| | JOINT EXHIBIT LIST | | | | |
|---|---|---|---|---|---|
| | CIVIL CASE NUMBER AND CAPTION | | | | |
| | List all Exhibits by Number and Check the Box if Stipulated as to Authenticity and Admissiblity | | | | |
| Exhibit # | Description | Stipulated | Admitted | Excluded | Notes |
| 1 | Indoor Environmental Mold Investigation Report on units 158 and 471 | | | | Depo Ex. 2 |
| 2 | Notification of Flood-Damaged Homes | | | | Depo Ex. 3 |
| 3 | 9News story entitled "City moves to stop unpermitted flood repairs" | | | | Depo Ex. 4 |
| 4 | Email string, 2/5/15 and 2/3/15, between Michael Wilson and Tim Williams | | | | Depo Ex. 5 |
| 5 | Memo, 6/17/14, to MHIP Installer and Inspectors from Colorado Division of Housing | | | | Depo Ex. 6 |
| 6 | Memo, 7/30/14, to MHIP Installers, Inspectors and Participating Jurisdictions from Colorado Division of Housing | | | | Depo Ex. 7 |
| 7 | Handwritten notes by Tanya Wiebold, 2-3-15 | | | | Depo Ex. 8 |
| 8 | Photocopies of text messages between Jeff Bennett and Ken Shriver | | | | Depo Ex. 9 |
| 9 | Various emails | | | | Depo Ex. 10 |
| 10 | Federal Heights Notice and Order for Removal | | | | Depo Ex. 11 |
| 11 | Draft letter, 12/18/15, to Teri Devlin from Gary Moschetti | | | | Depo Ex. 12 |
| 12 | Letter agreement, 2/1/14, from Tanya Wiebold | | | | Depo Ex. 13 |
| 13 | MID Agreements (Mid Space-Filling) | | | | Depo Ex. 17 |
| 14 | MID Agreements (Mid Space-Filling) | | | | Depo Ex. 18 |
| | Kimberly Hills' Response to First Set of Written Discovery | | | | Depo Ex. 19 (For impeachment only) |
| 15 | City of Evans Destroyed Mobile Home list | | | | Depo Ex. 23 |
| 16 | Purchase Agreements | | | | Depo Ex. 24 |
| 17 | Plaintiffs' Response to First Set of Written Discovery | | | | Depo Ex. 25 (For impeachment only) |
| 18 | Handwritten notes | | | | Depo Ex. 26 |

| | | | | | |
|---|---|---|---|---|---|
| 19 | Colorado Division of Housing Correction Notice with various attachments | | | | Depo Ex. 27 |
| 20 | Riverside Storage Estimates | | | | Depo Ex. 28 |
| 21 | Various emails and attachments | | | | Depo Ex. 29 |
| 22 | Federal Heights Notice and Order for Removal | | | | Depo Ex. 30 |
| 23 | Handwritten notes | | | | Depo Ex. 31 |
| 24 | Series of emails involving City of Evans, State of Colorado, etc. | | | | Depo Ex. 32 |
| 25 | Email, 1/12/15, to Front Range from Tim Pate | | | | Depo Ex. 33 |
| 26 | Code Enforcement Citation with various attachments | | | | Depo Ex. 34 |
| 27 | Email string, 2/20/15, between Nimtz and Krob | | | | Depo Ex. 35 |
| 28 | Letter, 9/10/14, to City of Federal Heights from Andrew Nimtz | | | | Depo Ex. 36 |
| 29 | Various emails between Bove and Krob | | | | Depo Ex. 38 |
| 30 | Signature page from indemnity agreement | | | | Depo Ex. 39 |
| 31 | Letter, 9/27/13, to Kowan Enterprises from N. Zach Ratkai | | | | Depo Ex. 40 |
| 32 | Letter, 11/25/13, to City of Evans from N. Zach Ratkai | | | | Depo Ex. 41 |
| 33 | Copies of color photographs of homes in Eastwood Village | | | | Depo Ex. 42 |
| 34 | Copies of color photographs, 11 pages | | | | Depo Ex. 43 |
| 35 | Memo, 6/17/14, to MHIP Installers and Inspectors from Colorado Division of Housing | | | | Depo Ex. 44 |
| 36 | Various emails re local jurisdiction and chief building official has full authority to deny placement of mobile homes | | | | Depo Ex. 46 |
| 37 | Email string between Craig Shriver and Rick Hanger, 1/22/15 and 1/23/15 | | | | Depo Ex. 47 |

| # | Description | | | | Exhibit |
|---|---|---|---|---|---|
| 38 | Email string, 4/14/15 and 4/15/15, between Craig Shriver and Todd Anderson | | | | Depo Ex. 48 |
| 39 | Mobile Home lease Agreement with Option to Own | | | | Depo Ex. 49 |
| 40 | Series of emails/questions and answers by Shriver | | | | Depo Ex. 50 |
| 41 | 2013 Floods – Guidance: Demolition and Disposal of Mobile Homes and Trailers | | | | Depo Ex. 51 |
| 42 | Authentication/Certification- Manufactured Home | | | | Depo Ex. 52 |
| 43 | State of Colorado Vehicle Master Search | | | | Depo Ex. 53 |
| 44 | City of Federal Heights Permit 20140323 | | | | Depo Ex. 54 |
| | Plaintiffs' Initial Disclosures | | | | Depo Ex. 55 (For impeachment only) |
| 45 | 2013 Floods – guidance: Demolition and Disposal of Mobile Homes and Trailers | | | | Depo Ex. 56 |
| 46 | Authentication/Certification – Manufactured Home | | | | Depo Ex. 57 |
| 47 | Spreadsheet, Building Damage Assessment | | | | Depo Ex. 58 |
| 48 | Email, 4/19/14, to Cox and Hood from Wilson | | | | Depo Ex. 59 |
| 49 | Email, 4/22/14, to Hood from Wilson | | | | Depo Ex. 60 |
| 50 | Purchase Agreement | | | | Depo Ex. 61 |
| 51 | Investor Loan Proposal for Manufactured Home, 4/21/14, Home #1, with attached Promissory Note and Security Agreement | | | | Depo Ex. 62 |
| 52 | Letter, 11/25/13, to City of Evans from N. Zach Ratkai | | | | Depo Ex. 63 |
| 53 | Various email strings between Krob and Nimtz | | | | Depo Ex. 64 |
| 54 | Manufactured Homes and Factory Built Housing Installation Handbook, Jan 2015 | | | | Depo Ex. 65 |
| 55 | Indoor Environmental Mold Investigation Report | | | | Depo Ex. 66 |

| | | | | | |
|---|---|---|---|---|---|
| 56 | 2013 Floods – Guidance: Management and Disposal of Flood Debris | | | | Depo Ex. 67 |
| 57 | Investor Loan Proposal for Manufactured Home, 4/21/14, Home #5, with attached Promissory Note and Security Agreement | | | | Depo Ex. 68 |
| 58 | Investor Loan Proposal for Manufactured Home, 4/21/14, Home #6, with attached Promissory Note and Security Agreement | | | | Depo Ex. 69 |
| 59 | Investor Loan Proposal for Manufactured Home, 4/21/14, Home #7, with attached security agreement | | | | Depo Ex. 70 |
| 60 | Investor Loan Proposal for Manufactured Home, 4/21/14, Home #8, with attached Promissory Note and Security Agreement | | | | Depo Ex. 71 |
| 61 | 2012 Single Wide Mobile Homes | | | | Depo Ex. 71-A |
| 62 | Investor Loan Proposal for Manufactured Home, 4/21/14, Home #9, with attached Promissory Note and Security Agreement | | | | Depo Ex. 72 |
| 63 | Michael Wilson/Mobile Home Pros, LLC's Evans Homes Debt to John & Kevin | | | | Depo Ex. 72-A |
| 64 | Various emails | | | | Depo Ex. 73 |
| 65 | Email, 3/13/14, to John Hood from Michael Wilson | | | | Depo Ex. 74 |
| 66 | Spreadsheet listing mobile homes | | | | Depo Ex. 75 |
| 67 | Spreadsheet listing mobile homes | | | | Depo Ex. 76 |
| 68 | 21st Mortgage Corporation information brochure | | | | Depo Ex. 77 |
| 69 | Various emails | | | | Depo Ex. 78 |
| 70 | Plaintiffs' First Supplemental Response to First Set of Written Discovery | | | | Depo Ex. 79 (For impeachment only) |

|    | Description | | | |   |
|----|----|---|---|---|----|
|    | Copy of first page of Third Amended Complaint | | | | Depo Ex. 80 (For impeachment only) |
| 71 | Copy of Certificate of Title for manufactured home Unit 612 | | | | Depo Ex. 81 |
| 72 | Copies of Certificates of Title for manufacture home Units 231, 140, 476, 602, 607H, 615 and 655 | | | | Depo Ex. 82 |
| 73 | Email, 9/11/14 to Nimtz from Hanger | | | | Depo Ex. 84 |
| 74 | Used Manufactured Home Set Inspection Policy | | | | Depo Ex. 87 |
| 75 | Email, 5/28/14, to Johnson from Durian, Subject: Inspections for May 29th, | | | | Depo Ex. 88 |
| 76 | Building Department Field Inspection Report, with various attached documents | | | | Depo Ex. 89 |
| 77 | Letter, 7/24/14, To: Manufactured Home Park Managers and Setters from Steve Durian | | | | Depo Ex. 90 |
| 78 | Listing of 22 most damaging floods in Colorado | | | | Depo Ex. 91 |
| 79 | Kristen Teague FEMA Certification | | | | Depo Ex. 93 |
|    | Application for Employment of Steven Durian | | | | Depo Ex. 94 |
|    | Community Services Director Job Description | | | | Depo Ex. 95 |
| 80 | Letter, 7/24/14, to Manufactured Home Park Managers and Setters from Steve Durian | | | | Depo Ex. 96 |
| 81 | Permit 20140322 (space 516) with various attached documents | | | | Depo Ex. 98 |
| 82 | Permit 20140323 (space 387) with various attachments | | | | Depo Ex. 99 |
| 83 | Building Department Field Inspection Reports | | | | Depo Ex. 100 |
| 84 | ATC-20 Rapid Evaluation Safety Assessment Form | | | | Depo Ex. 103 |
| 85 | 2013 Floods - Guidance: Management and Disposal of Flood Debris | | | | Depo Ex. 104 |

| | | | | | |
|---|---|---|---|---|---|
| 86 | Building Department Field Inspection Report, Permit #14-0323 | | | | Depo Ex. 107 |
| 87 | Building Department Field Inspection Report, Permit #14-0322 | | | | Depo Ex. 108 |
| 88 | Excerpt from 2012 IPMC, Chapter 1 and 2 | | | | Depo Ex. 109 |
| 89 | Excerpt from IRC For One- and Two-Family Dwellings | | | | Depo Ex. 110 |
| 90 | Building Department Field Inspection Report, Permit #20140239 | | | | Depo Ex. 111 |
| 91 | Excerpt from Federal Heights, CO, Code of Ordinances | | | | Depo Ex. 112 |
| 92 | E-mail chain | | | | Depo Ex. 118 |
| 93 | Plaintiffs' combined Response to Second Set of Written Discovery by Defendant Steven Durian | | | | Depo Ex. 119 (For impeachment only) |
| 94 | Draft letter to Teri Devlin from Gary Moschetti dated December 18, 2015 | | | | Depo Ex. 120 |
| 95 | E-mail chain | | | | Depo Ex. 121 |
| 96 | Plaintiff Kimberly Hills' Response to First Set of Written Discovery by Defendant Steven Durian | | | | Depo Ex. 122 |
| 97 | Kingsley Management document | | | | Depo Ex. 127 |
| 98 | Various correspondence between Andrew Nimtz and Ralph Josephsohn | | | | Depo Ex. 128 |
| 99 | 2012 International Property Maintenance Code | | | | Depo Ex. 129 |
| 100 | International Residential Code for One- and Two-Family Dwellings | | | | Depo Ex. 130 |
| 101 | Letter, 12/16/13, to Keith Cowan from Zach Ratkai | | | | Depo Ex. 131 |
| 102 | Letter, 3/10/14, to Jim Feehan from Zach Ratkai | | | | Depo Ex. 132 |
| 103 | Letter, 3/31/14, to Jim Feehan from Zach Ratkai | | | | Depo Ex. 133 |
| 104 | Email, 12/31/14, to Andrew Nimtz from Tim Pate | | | | Depo Ex. 134 |

| | | | | | |
|---|---|---|---|---|---|
| 105 | Email string, 12/16/13, between Tim Pate and Andrew Nimtz | | | | Depo Ex. 135 |
| 106 | Typed statement of detail regarding People v. Nimtz | | | | Depo Ex. 136 |
| 107 | Email, 11/24/14, to Nimtz from Pate, and email 10/21/14 to Jeff from Pate | | | | Depo Ex. 137 |
| 108 | Email, 2/20/15, to Nimtz from Krob | | | | Depo Ex. 138 |
| 109 | Letter, 12/16/13, to Cowan from Ratkai | | | | Depo Ex. 139 |
| 110 | Notice of Violation, 12/16/13, to Cowan from Kyle Fehr | | | | Depo Ex. 146 |
| 111 | Letter, 2/5/14, to EWV, LLC, from Mark Wallace | | | | Depo Ex. 147 |
| 112 | Email, 9/24/13, to Cowan from Trent | | | | Depo Ex. 148 |
| 113 | Riverside Storage estimate to Keith Cowan, 9/21/14 | | | | Depo Ex. 149 |
| 114 | Email string, various dates and recipients | | | | Depo Ex. 150 |
| 115 | Hand-drawn diagram | | | | Depo Ex. 151 |
| 116 | Eastwood Village Flood Map | | | | Depo Ex. 152 |
| 117 | Letter, 9/14/13, Re: Information on Placards and Initial Home Inspections | | | | Depo Ex. 153 |
| 118 | Letter, 9/23/13, to Evans Resident | | | | Depo Ex. 154 |
| 119 | Riverside Storage estimates to Keith Cowan | | | | Depo Ex. 155 |
| 120 | Purchase Agreement | | | | Depo Ex. 156 |
| 121 | Letter, 2/5/15, to Tim Williams from Michael Wilson | | | | Depo Ex. 157 |
| 122 | Email, 7/16/16, to John Hood and Kevin Cox from Michael Wilson | | | | Depo Ex. 158 |
| 123 | Email, 7/29/16, to Kevin Cox and John Hood from Michael Wilson | | | | Depo Ex. 159 |
| 124 | Agreements between Kimberly Hills and Michael Wilson | | | | Depo Ex. 160 |
| 125 | Article Entitled "Factory-Built Structure Providers; List of 2013 Flood | | | | Depo Ex. 161 |

| | | | | | |
|---|---|---|---|---|---|
| 126 | Certificates of Title for various mobile homes | | | | Depo Ex. 162 |
| 127 | Email, 12/17/15, to John Hood and Kevin Cox from Michael Wilson | | | | Depo Ex. 163 |
| 128 | Handwritten timeline by Michael Wilson, 1 page | | | | Depo Ex. 164 |
| 129 | Colorado Registration and Ownership documents with attached Certificates of Title for various mobile homes produced by Michael Wilson, 18 pages | | | | Depo Ex. 165 |
| 130 | Professional Restoration document, DURIAN_0003 and 0004 | | | | Depo Ex. 166 |
| 131 | Handwritten notes | | | | Depo Ex. 167 |
| 132 | Exhibit C - Craigslist Ad | | | | Depo Ex. 168 |
| 133 | Plaintiffs' combined Response to Second Set of Written Discovery by Defendant, | | | | Depo Ex. 169 |
| 134 | Home Information Sheet with attached pictures | | | | Depo Ex. 170 |
| 135 | Banyan Environmental Agency Testing documents | | | | Depo Ex. 171 |
| 136 | City of Federal Heights Vouchers with attached documents | | | | Depo Ex. 172 |
| 137 | Home Information Sheets with attached pictures, 34 pages | | | | Depo Ex. 173 |
| 138 | 125 Kimberly Hills MHP financial information January 2014 through December 2014, (CONFIDENTIAL) | | | | Depo Ex. 174 |
| 139 | 125 Kimberly Hills MHP financial information January 2016 through July 2016 | | | | Depo Ex. 175 |
| 140 | Black and white photocopies of pictures | | | | Depo Ex. 176 |
| 141 | Gil Rossmiller CV and Publication List | | | | |
| 142 | Gil Rossmiller Report | | | | |
| 143 | Chris Tremaine CV and Publication List | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 144 | Kelly Spence CV and Publication List | | | | |
| 145 | Tremaine Enterprises Report | | | | |
| 146 | Professional Restoration Estimate and Documents (DURIAN_0005 - DURIAN 00136) | | | | |
| 147 | Copy of Photographs, Bates labeled FHD 003217-003284 | | | | |
| 148 | Notice of Disposition, Bates labeled FHD 003215 | | | | |