**PLAINTIFFS' LIST OF EXHIBITS**
Civil Action No. 1:15-cv-02325-CMA-NYW

| EXHIBIT | DESCRIPTION OF DOCUMENT | BATES NUMBER(S) | STIPULATED |
|---|---|---|---|
| 1 | Colorado Flood Guidance | Shriver 01708-01717 | |
| 2 | 23_2013-11-25_Letter to City Manager of Evans | Shriver 01518-01519 | |
| 3 | FH email  FHD 002152 | FHD 002152 | |
| 4 | Cowan Shriver Contract | Shriver 01750, 02592-02593 | |
| 5 | Demo Contract | Shriver 02592-02610 | |
| 6 | Straits email | FHD 002153 | |
| 7 | Purchase Agreement Mobile Home Pros | Shriver 02909 | |
| 8 | Kimberly Hills Shriver Contract | Shriver 01762 | |
| 9 | M Wilson's MID Agree flood homes | KH 00508-00517 | |
| 10 | State of Colorado Letter | KH 00092 | |
| 11 | Email Lowell to Halburnt | FHD  002203 | |
| 12 | FH Letter re Used MH Set Policy | KH 00489 | |
| 13 | FH Used Manufactured Home Inspection Policy | Shriver 01744 | |
| 14 | Rehabilitation of flooded manufactured housing | Shriver 02588-02589 | |
| 15 | Unit 516 FIR | FHD 000086 | |
| 16 | Unit 387 FIR | FHD 000084 | |
| 17 | FH Walkthrough Recordings | | |
| 18 | 9news report; Wiebold Deposition Exhibit 4 | | |
| 19 | City of Evans records request | | |
| 20 | Durian-Exhibit 101 email to Halburnt | FHD 000157-000159 | |
| 21 | Durian-Exhibit 102 Hanger email to Durian | FHD 000152-000156 | |
| 22 | Fed Heights Notice  Order for Removal | Cox Hood 00068-00069 | |
| 23 | Federal Heights Code | Shriver 02476-02481 | |
| 24 | Nimtz letter to Ekross; Shriver Deposition Exhibit 36 | | |
| 25 | Notice and Order of Removal Packet | Shriver 01352-01355 | |
| 26 | Notice and order to vacate | FHD 001971-001972 | |
| 27 | Disclosure 28 2-5-15 letter to fed hts | COX HOOD 00121 | |
| 28 | Code Enforcement Citation | Shriver 01667-01673 | |
| 29 | Hearing Transcript | Shriver 02703, 02878-02882 | |
| 30 | Order on Appeal | KH 00456-00459 | |
| 31 | Acker email | FHD  002283 | |
| 32 | FH Police Report | Shriver 02930-02932 | |
| 33 | Moving Permit | Shriver 01495, 01497-01502 | |
| 34 | Federal Heights Municipal Trial Recording | | |
| 35 | FH Timeline | Shriver 01292-01295 | |
| 36 | Disclosure 104 28_2014-08-25_Hanger_Email | Shriver 01481-01485 | |
| 37 | Disclosure 138 Letter from Vertex | Shriver 01742-01743 | |
| 38 | Durian-Exhibit 098 | FHD  000038-000047 | |
| 39 | Durian-Exhibit 099 | FHD  000048-000056 | |
| 40 | Durian-Exhibit 101 | FHD  000157-000159 | |
| 41 | Durian-Exhibit 102 | FHD  000152-000156 | |
| 42 | Ekross Deposition Exhibit 105 | | |
| 43 | Ekross Deposition Exhibit 106 | | |
| 44 | Ekross Deposition Exhibit 109 | Shriver 02482-02488 | |
| 45 | Emails Hanger and Nimtz | Shriver 02098-02099 | |
| 46 | Emails Williams Nimtz | Shriver 02093-02094 | |
| 47 | Exhibit 56 (Shriver) | Shriver 01031-01035 | |
| 48 | Wiebold email | KH 00490-00491 | |
| 49 | Crown Invoice | Shriver 02204-02222 | |
| 50 | Cowan Exhibit 146 | Shriver 02083-02084 | |
| 51 | Wilson Exhibit 165 | Shriver 02910-02927 | |
| 52 | Halburnt-Exhibit 143 | FHD 002253-002254 | |
| 53 | Halburnt-Exhibit 145 | FHD 002356-002358 | |
| 54 | Williams-Exhibit 88 | FHD  000073 | |
| 55 | Knoll Rebuttal Report Exhibit A | Shriver 03085-03090 | |
| 56 | Recording | FHD 003217 | |
| 57 | Flood Home in Thornton 1 | Shriver 03059 | |
| 58 | Flood Home in Thornton 2 | Shriver  03063 | |
| 59 | Picture of removed insignia 1 | Shriver 02982 | |
| 60 | Pictures of 2013 flood affected homes prepared to be transported out of the City of Evans 1 | Shriver 02980 | |
| 61 | Pictures of 2013 flood affected homes prepared to be transported out of the City of Evans 2 | Shriver 02979 | |
| 62 | Sample insignia picture | Shriver 02981 | |
| 63 | Knoll Expert Report Exhibit D | Shriver 03032 | |
| 64 | Knoll Expert Report Exhibit E | Shriver  03036 | |
| 65 | Knoll Expert Report Exhibit C | Shriver 03012 | |
| 66 | Knoll Expert Report Exhibit A | Shriver 03026 | |