

EXHIBIT B

October 25, 2016

Ms. Aimee Bove
BKN Murray, LLP
6795 E. Tennessee Avenue, Suite 300
Denver, CO  80224

Re:   Riverside Storage, et al v. City of Federal Heights, et al
      US District Court, Colorado 1:15-cv-023250CMA-NYW
      Supplement to My Expert Opinion Dated 09/16/16 and
      Rebuttal of Tremaine Enterprises, Inc. Report Dated 10/3/16

Dear Ms. Bove:

Based on new information, I have prepared this supplement to my original expert opinion dated 09/16/16.  Additionally, I have reviewed the Tremaine Enterprises expert opinion report and offer rebuttal comments herein.

**A. Supplemental Expert Opinion – Shriver Damages**

Recap of Revisions to House Repair Costs

The average costs of repairs expected by Mr. Shriver are revised upwards as follows:

| Standard Repair Costs Change from Version 1 to Version 2 | For Single Section Homes | | | For Muti- Section Homes | | | |
|---|---|---|---|---|---|---|---|
| Repair Description | In-House Materials | In-House Labor | Third Party Contractor | In-House Materials | In-House Labor | Third Party Contractor | Comments |
| Exterior Items: | | | | | | | |
| A/C - Increase | $ - | $ 300 | $ - | $ - | $ 300 | $ - | Net increase |
| Siding Repair | $ 100 | $ 100 | $ - | $ 100 | $ 100 | $ - | New cost |
| Exterior Items-Increase | $ 100 | $ 400 | $ - | $ 100 | $ 400 | $ - | |
| Interior Items: | | | | | | | |
| Ductwork | $ 250 | $ 150 | $ - | $ 250 | $ 150 | $ - | New cost |
| Electrical | $ 800 | $ 700 | $ - | $ 1,000 | $ 1,000 | $ - | New cost |
| Kit-Lower Cab/Cntr-Increase | $ - | $ - | $ 400 | $ - | $ - | $ 400 | Net increase |
| Kit-Upper Cabinets | $ - | $ - | $ 600 | $ - | $ - | $ 600 | New cost |
| Kitchen-Sink | $ 100 | $ 25 | | $ 100 | $ 25 | $ - | New cost |
| Subtotal - Interior | $ 1,150 | $ 875 | $ 1,000 | $ 1,350 | $ 1,175 | $ 1,000 | |
| Totals | $ 1,250 | $ 1,275 | $ 1,000 | $ 1,450 | $ 1,575 | $ 1,000 | |

| | |
|---|---|
| Single Section Total | $ 3,525 |
| Multi-Section Total | $ 4,025 |

**Manufactured Housing Resources Group**

1031 Harper St,    Louisville, CO  80027
(303)442-4402    FAX (303)442-4432    e-mail RoderickKnoll@gmail.com

Ms. Aimee Bove
October 25, 2016
Page 2 of 10

A restatement of all of the costs is as follows:

| Standard Repair Costs UPDATE - Version 2 | For Single Section Homes | | | For Muti- Section Homes | | | |
|---|---|---|---|---|---|---|---|
| Repair Description | In-House Materials | In-House Labor | Third Party Contractor | In-House Materials | In-House Labor | Third Party Contractor | Comments |
| Exterior Items: | | | | | | | |
| Prep/Paint/Caulk | | | $ 400 | | | $ 600 | |
| Roof Repair | $ 300 | $ 200 | | $ 450 | $ 300 | | |
| Windows | $ 1,400 | $ 600 | | $ 1,400 | $ 600 | | 9 to 12 count; MH type vinyl; dual pane |
| Underside | $ 500 | $ 300 | | $ 750 | $ 450 | | liner and insulation |
| Doors | $ 320 | $ 200 | | $ 320 | $ 200 | | house-type; 2 count |
| Air Conditioner | $ 900 | $ 600 | | $ 900 | $ 600 | | |
| Siding Repair | $ 100 | $ 100 | | $ 100 | $ 100 | | |
| Subtotal of Exterior Items | $ 3,520 | $ 2,000 | $ 400 | $ 3,920 | $ 2,250 | $ 600 | |
| Interior Items: | | | | | | | |
| Additional Demolition | | $ 300 | | | $ 600 | | |
| Sub-floor and Wall studs | $ 1,200 | $ 800 | | $ 1,800 | $ 1,200 | | |
| Ductwork | $ 250 | $ 150 | | $ 250 | $ 150 | | |
| Electrical | $ 800 | $ 700 | $ - | $ 1,000 | $ 1,000 | | |
| Drywall/Tape/Mud | | | $ 1,800 | | | $ 2,800 | |
| Prep/Paint/Caulk | | | $ 400 | | | $ 600 | |
| Furnance | $ 1,000 | | | $ 1,000 | | | 70K BTU unless small |
| Water Heater | $ 350 | | | $ 350 | | | 40 gallon electric |
| Plumbing System | | | $ 400 | | | $ 400 | Varies $200 to $600 |
| Fixtures - Master Bath | $ 500 | $ 200 | | $ 500 | $ 200 | | |
| Fixtures - Second Bath | $ 300 | $ 200 | | $ 300 | $ 200 | | |
| Kit-Lower Cab/Counter | | | $ 1,800 | | | $ 1,800 | |
| Kit-Upper Cabinets | | | $ 600 | $ - | $ - | $ 600 | |
| Kitchen-Sink | $ 100 | $ 25 | | $ 100 | $ 25 | | |
| Flooring (Carpet & Vinyl) | | | $ 1,500 | | | $ 2,000 | |
| Refrigerator | $ 800 | | | $ 800 | | | 24 cu ft |
| Dishwasher | $ 500 | | | $ 500 | | | |
| Range | $ 500 | | | $ 500 | | | |
| Garbage Disposal | $ 100 | | | $ 100 | | | |
| Light Fixtures | $ 100 | | | $ 150 | | | |
| Window Blinds | $ 300 | | | $ 300 | | | |
| Doors | $ 300 | $ 300 | | $ 300 | $ 300 | | 5 doors + 3 closet |
| Safety Detectors | $ 300 | | | $ 300 | | | 2 CO and 4 smoke |
| Final Cleaning | | | $ 200 | | | $ 250 | |
| IAQ Clearance Testing | | | $ 300 | | | $ 300 | |
| Materials - General | | $ 500 | | | $ 750 | | |
| Labor - General | $ 1,000 | | | $ 1,500 | | | |
| Subtotal - Interior | $ 8,400 | $ 3,175 | $ 7,000 | $ 9,750 | $ 4,425 | $ 8,750 | |
| Totals | $ 11,920 | $ 5,175 | $ 7,400 | $ 13,670 | $ 6,675 | $ 9,350 | |

| Single Section Total | $ 24,495 |
|---|---|

| Multi-Section Total | $ 29,695 |
|---|---|





SHRIVER03076

Ms. Aimee Bove
October 25, 2016
Page 3 of 10

The set-up costs are unchanged as follows:

| Set-Up Costs | For Single Section Homes | | | For Muti- Section Homes | | | |
|---|---|---|---|---|---|---|---|
| Item Description | In-House Materials | In-House Labor | Third Party Contractor | In-House Materials | In-House Labor | Third Party Contractor | Comments |
| Rough Set: | | $ 700 | | | $ 700 | | |
| ABS Pads | $ 100 | | | $ 150 | | | |
| Concrete Blocks | $ 75 | | | $ 100 | | | |
| Tie-Down System | $ 75 | | | $ 75 | | | |
| Vapor Barrier | $ 60 | | | $ 60 | | | |
| Lumber/Wedges | $ 80 | | | $ 130 | | | |
| Materials-General | $ 50 | | | $ 50 | | | |
| | | | | | | | |
| Subtotal - Rough Set | $ 440 | $ 700 | $ - | $ 565 | $ 700 | $ - | |
| | | | | | | | |
| Plumbing Connections | $ 150 | $ 150 | | $ 200 | $ 200 | | |
| Skirting | $ 600 | $ 300 | | $ 600 | $ 300 | | |
| Deck/Steps | $ 800 | $ 400 | | $ 800 | $ 400 | | 4' by 6' front and back |
| Electrical Connection | | | $ 500 | | | $ 500 | |
| Installation Permit | | | $ 270 | | | $ 270 | |
| Electrical Permit | | | $ 100 | | | $ 100 | |
| | | | | | | | |
| Totals | $ 1,990 | $ 1,550 | $ 870 | $ 2,165 | $ 1,600 | $ 870 | |

| Single Section Total | $ 4,410 |
|---|---|

| Multi-Section Total | $ 4,635 |
|---|---|

Repairs and Set Up

| Single Section Total | $ 28,905 |
|---|---|

| Multi-Section Total | $ 34,330 |
|---|---|

Renovation Method for Flood-Damaged Homes

Mr. Shriver has set forth his standard renovation method as shown herein. I am relying upon Mr. Shriver's input as a non-retained expert in this area. Although I do not qualify as an expert in construction materials, methods or specifications, my experience in the manufactured housing industry suggests that Mr. Shriver's renovation methods are consistent with typical MH industry practices.

The order of the actions will vary somewhat for each house. In many cases, several actions will be in process at once.

1.  Select the homes in the flood-affected area. Selected homes meet the following criteria: (a) home still on the blocking or piers/pads; (b) no visible structural damage inside or out, and (c) flood water line not to exceed 60% of home height.

2.  Remove all wet personal belongings, appliances, and non-vinyl flooring from the home.

3.  Conduct (hire) asbestos test. If test detects asbestos, then abatement contractor hired. (All of Mr. Shriver's 30 homes



SHRIVER03077

      tested negative.)

4. Remove flood-affected drywall/paneling, insulation, flooring, similarly exposed wiring, lower kitchen/bath cabinets and other affected items. Wall studs to be either (a) replaced, (b) cut and supplemented or (c) cleaned and sealed, as needed. On the exterior, remove the belly liner, insulation and ductwork.

5. Spray home with anti-microbial agents.

6. Prepare the home for transport: remove skirting, add hitch, install axels-wheels-tires, prepare exterior as needed. Obtain movement permits.

7. Transport the home.

8. Call for and participate in inspection prior to rough set.

9. Apply for set permit.

10. Rough-set the house, which involves positioning, blocking and leveling.

11. Request and receive building permit for the home repairs. May require another inspection or may be covered by step #8.

12. Clean the home using a HEPA vacuum and anti-bacterial cleaning solutions.

13. Complete any additional demolition needed.

14. Spray all flood-affected areas, interior and exterior, with oil-based Kilz product or similar sealer.

15. Remove all plumbing fixtures. Fixtures will be replaced or power-washed and sanitized as needed.

16. Remove and replace furnace and water-heater.

17. Replace floor insulation (R-19) and ductwork. Replace belly paper.

18. Replace wall insulation (R-13) and install drywall-tape-texture. Drywall to be 3/8" or ½" to match existing. In "wet areas" (i.e. kitchen and bath), install moisture-resistant drywall panels.



**Manufactured Housing Resources Group**

SHRIVER03078

Ms. Aimee Bove
October 25, 2016
Page 5 of 10

19. Prepare walls and paint with primer. (Tenant to paint final coat.)

20. Replace kitchen/bath lower cabinets. If needed, replace upper cabinets.

21. Install kitchen/bath fixtures.

22. Flush and sanitize water lines.

23. Install doors and windows (and blinds).

24. Install floor covering.

25. Install appliances.

26. Repair exterior siding as needed.

27. Complete installation: skirting, utility line connections, steps/decks, final leveling.

28. Repair roof as needed (typically minor shingle replacement due to transportation; may include small roof patch if a gas water-heater is replaced with an electric one).

29. Install safety detectors.

30. Conduct the final cleaning.

31. Conduct Indoor Air Quality clearance test.

32. Schedule final inspection. Complete any additional required items. Obtain certificate of occupancy.

According to Mr. Shriver, this protocol is based upon the authority of the local inspector. The specifications for the repairs are set forth by the inspector in step #8 and/or step #11. My experience in the manufactured housing industry is that this is common practice when repairing damaged houses.

Comments on the Revised Repairs Budget:

1. <u>Sources</u>: As mentioned, in my initial report, I have sourced these costs from Mr. Shriver. Although I am not an expert in construction costs, my experience in the manufactured housing industry suggests that these costs, as revised, are reasonable.



**Manufactured Housing Resources Group**

Ms. Aimee Bove
October 25, 2016
Page 6 of 10

2. <u>Variation by House</u>: Mr. Shriver makes the point that the need for some of the work items listed below will vary by house. For example, most of the houses have the kitchen upper cabinets still in place and serviceable. Only a minority of the houses will need full replacement of the upper cabinets. Thus, an average cost of the upper cabinets is used.

3. <u>Sunk Costs</u>: The Notice and Order by Federal Heights occurred between steps #8 and #11, depending upon the house. Thus, the costs of steps prior to step #8 are considered to be sunk costs and not included in the home repairs budgets.

4. <u>Net Increase</u>: The total increase in repairs amounts to $3525 for single section houses and $4025 for multi-section houses.

5. <u>Self-Contracting</u>: A major reason for the costs being economical is that Mr. Shriver is acting as his own contractor, which is his normal pattern of business. He buys building materials in bulk, at times uses materials already inventoried at his yard, and re-uses materials as possible (for example, some of the toilets and sinks may be able to be reused after cleaning and sanitizing). Mr. Shriver uses a similarly efficient approach in purchasing labor. Third-party subcontractors are used only when absolutely necessary (i.e. electricians). Even then, Mr. Shriver will narrow the scope of work of the third party as much as possible (i.e. placing the electrical switch and outlet boxes, pulling romex, etc.)

    This approach to conducting repairs is completely different than the Xactimate method, which calculates a retail price to the customer. The third-party subcontractor using Xactimate no doubt is earning a healthy profit.

    Mr. Shriver is not a customer for third party contractors or subcontractors using Xactimate. Mr. Shriver would not hire one firm to repair all of his homes. He does not desire full service. He performs the work with his own crew and only a few select third parties doing a limited amount of work. Hypothetically, Mr. Shriver would be a seller of services under the Xactimate system, not a buyer.

6. <u>Volume Cost Savings</u>: Mr. Shriver is repairing 50 houses not exactly "at once", but as part of one continuous project. This scale of the project creates opportunites for savings in materials, labor and third party services.

7. <u>Costs of Running Gear and Frame</u>: The TEI report calls for the renovation of the axels under the houses and for the stripping and repainting of the frame. Typical MH industry practice is

Manufactured Housing Resources Group



SHRIVER03080

to remove the axels upon the installation of the house. Thus, it would be very rare that an axel would be under a home. Mr. Shriver maintains a large inventory of running gear parts at his yard. Such parts are used for a transport and then returned to the yard. Regarding the stripping and repainting of the frame, I have not observed such a practice in my 25 years in the industry. I don't know anyone who does this.

8. <u>Replacing Exterior Substrate</u>: The TEI report calls for replacing exterior substrate. Most manufactured homes sold on the Colorado Front Range do not have exterior substrate. None (that I recall) of Mr. Shriver's homes that I inspected had substrate. A minority of manufactured homes produced in the U.S. have substrate — typically for specific reasons such as being set in high velocity wind zones or being set in challenging thermal environments. Related to this subject is the access to the exterior insulation. Access is from the interior of the house (i.e. once drywall is removed), not from the exterior.

Operating Income and Expense Comments

1. <u>Vacancy and Credit Loss</u>: My estimate of 3% for vacancy and credit loss remains unchanged. According to the 3Q16 Metro Denver Apartment Report issued by the commercial real estate firm JLL, the current vacancy rate for Class C apartments is 3.9% in the metro area. Additionally, the Kimberly Hills manufactured housing community is essentially 100% occupied.

2. <u>Property Management</u>: Is estimated at 5%, consistent with my earlier report. A higher fee of 8% or even 10% would be reasonable for a single home. With 50 homes under common management in one location, a rate of 5% is more typical.

3. <u>Repairs</u>: Repairs of 2.5% are forecasted in part due to the like-new condition the houses will be in as a result of the substantial repair expenditures. It is expected that very few repairs will be needed during the first 10 years of service. If repairs are required, Craig will perform those items using his own staff in most cases. This tends to be more cost-effective than using third parties.

4. <u>Turn-Over Reserves</u>: No change from the original estimate of $150 per home per year. According to Mr. Shriver, his tenants tend to stay longer-term. Many of his tenants stay 5 or more years. The average tenure of a MH resident in a land-lease community when the tenant owns their manufactured home is over 8 years. A renter is likely to stay less than an owner, of



**Manufactured Housing Resources Group**

Ms. Aimee Bove
October 25, 2016
Page 8 of 10

course. Thus, the estimate of an average tenure of 3 to 5 years is reasonable. This is especially true for affordable housing options, which are becoming increasingly more limited in metro Denver.

The TEI report suggests that half of the tenants will stay one year or less. This is not consistent with my observation of the market and is not the experience of Mr. Shriver.

In my experience, most people who live in manufactured homes are happy with their houses. All other things being equal, this tends to lengthen tenure. Many MH residents previously lived in apartments and moved in order to (1) have a yard, (2) have dedicated parking, (3) being able to park at their front door, (4) avoid common walls, (5) avoid interior hallways, (6) live on the ground floor, and the like. Taken together, these facts suggest that a longer MH tenure, even if the home is rented, is a reasonable assumption.

5. <u>Lot Rent and Utilities During Vacancy</u>: The TEI report makes a valid point here. These expenses are estimated as follows:

<u>Lot Rent</u>: 3% vacancy equals 18 month units (50 houses x 12 months x 3%). Of these, roughly one-half are orderly move-outs at the end of the lease term and one-half are evictions or abandonments. For the orderly move-outs, the cost is calculated at 9 units x $652 current rent, or $5868, which is 2.1% of Year 2 adjusted gross income. For the abandonment or eviction cases, there is no net park rent expense since this cost is covered by the combined last month's rent and security deposit collected by Mr. Shriver upon move-in.

<u>Utilities</u>: roughly estimated at $100 per month in 4 coldest months and $50 in remaining 8 months, for an average of $67. When vacant, the policy of most landlords is to maintain a temperature of 50 degrees or so, yielding a much lower cost than if occupied. Using same logic as before, 9 units x $67 is $603, or 0.2% of AGI.

Total cost is then 2.3% of adjusted gross income and is added to the operating expenses.

Calculations and Outputs

The revised discounted cash flow model is attached as Exhibit A. The worksheet has been prepared in Microsoft Excel.

1. <u>Present Value and Net Present Value</u>: The present value of the



Manufactured Housing Resources Group

```
Ms. Aimee Bove
October 25, 2016
Page 9 of 10
```

net operating income interrupted by the Notice and Order is calculated as $2,319,534. After deducting the $1,352,000 of net repair costs, the net present value becomes $967,534.

Damages are estimated at the revised amount of $967,534.

**B. Supplemental Expert Opinion – Other Comments**

After reviewing the TEI expert report, I have the following comments and/or rebuttals:

1. <u>TEI Home Inspections</u>: The home inspection photos do not identify the subject homes. I am not clear as to whether TEI inspected the homes in person or relied upon second-hand inspections.

2. <u>TEI Home Inspection Sample Size</u>: The manufactured homes that are the subject of this study vary widely in terms of age, manufacturer, condition and original construction specifications. Additionally, as I understand it, the flood water level reached a different level within each house. Taken together, these two dynamics make each house somewhat unique. While a 8% sample size may be fitting in the case of standardized homes, common sense tells me this does not work in this case.

3. <u>TEI Assumptions in Photos Presented</u>: TEI makes comments that imbed assumptions, namely that demolition has been completed and that all of the sanitization work has been completed. These assertions may or may not be accurate.

4. <u>Misunderstanding of the HUD HOME Program</u>: The TEI report suggests that Mr. Shriver's homes should comply with the requirements of the HUD HOME program. The HOME program administered by HUD is a funding program that allows developers and owners of affordable housing to meet local needs. The HOME program does not seek to regulate the construction, operation, maintenance, etc. of manufactured homes not financed with HOME funds. From the HUD.gov website:

**The HOME Program: HOME Investment Partnerships**

**Grants to states and units of general local government to implement local housing strategies designed to increase homeownership and affordable**



Manufactured Housing Resources Group

Ms. Aimee Bove
October 25, 2016
Page 10 of 10

housing opportunities for low and very low-income Americans.

**Nature of Program:** Participating jurisdictions may use HOME funds for a variety of housing activities, according to local housing needs. Eligible uses of funds include tenant-based rental assistance; housing rehabilitation; assistance to homebuyers; and new construction of housing. HOME funding may also be used for site acquisition, site improvements, demolition, relocation, and other necessary and reasonable activities related to the development of non-luxury housing. Funds may not be used for public housing development, public housing operating costs, or for Section 8 tenant-based assistance, nor may they be used to provide non-federal matching contributions for other federal programs, for operating subsidies for rental housing, or for activities under the Low-Income Housing Preservation Act.

It is true that manufactured housing is eligible as a project type for HOME funding.  However, Mr. Shriver did not intend to use HOME funds for his 50 homes.  The HOME guidelines thus do not apply in this case.

In my observation, very few manufactured housing projects are funded under the HOME program each year.  It is not a common occurrence.

Aimee, it has been a pleasure to work with you and BNK Murray on this assignment.  Please direct any questions to me.

Sincerely,

MHRG, INC. DBA MANUFACTURED HOUSING RESOURCES GROUP

*R P Knoll, Pres.*

Roderick Knoll, President

Manufactured Housing Resources Group

RESOURCES

UPDATE - Version 2

**SHRIVER RENTAL HOMES**
**Kimberly Hills MHC, Federal Heights, CO**
**Starting January 2015**

DISCOUNTED CASH FLOW ANALYSIS - Annual Basis

Number of Homes: 50

| INCOME: | Base Amount | Annual Growth | Percent of Income | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|---|
| Base Rent | | 2.50% | | $ 174,022 | $ 287,640 | $ 294,831 | $ 302,202 | $ 309,757 | $ 317,501 | $ 325,438 |
| Less vacancy & Credit Loss | | | 3.00% | $ - | $ (8,629) | $ (8,845) | $ (9,066) | $ (9,293) | $ (9,525) | $ (9,763) |
| *ADUSTED GROSS INCOME* | | | | $ 174,022 | $ 279,011 | $ 285,986 | $ 293,136 | $ 300,464 | $ 307,976 | $ 315,675 |
| Less EXPENSES: | | | | | | | | | | |
| Operations | | | | | | | | | | |
| Property Management | | | 5.00% | $ 8,701 | $ 13,951 | $ 14,299 | $ 14,657 | $ 15,023 | $ 15,399 | $ 15,784 |
| Admin/Legal | | | 2.00% | $ 3,480 | $ 5,580 | $ 5,692 | $ 5,806 | $ 5,922 | $ 6,040 | $ 6,161 |
| Repairs, Maintenance, and Reserves | | | | | | | | | | |
| Repairs | | | 2.50% | $ 4,351 | $ 6,975 | $ 7,150 | $ 7,328 | $ 7,512 | $ 7,699 | $ 7,892 |
| Replacement Reserves | $ 300 | 2.00% | | $ 8,875 | $ 15,000 | $ 15,300 | $ 15,606 | $ 15,918 | $ 16,236 | $ 16,561 |
| Turn-Over Reserves | $ 150 | 2.00% | | $ 4,438 | $ 7,500 | $ 7,650 | $ 7,803 | $ 7,959 | $ 8,118 | $ 8,281 |
| Park Rent & Utilties if Vacant | | | 2.30% | $ - | $ 6,417 | $ 6,578 | $ 6,742 | $ 6,911 | $ 7,083 | $ 7,261 |
| Taxes and Insurance | | | | | | | | | | |
| Insurance | | | 2.50% | $ 13,017 | $ 22,000 | $ 22,550 | $ 23,114 | $ 23,692 | $ 24,284 | $ 24,891 |
| Real Estate Taxes | | | 2.50% | $ 7,786 | $ 13,160 | $ 13,489 | $ 13,826 | $ 14,172 | $ 14,526 | $ 14,889 |
| *TOTAL EXPENSES* | | | | $ 50,648 | $ 90,583 | $ 92,707 | $ 94,882 | $ 97,108 | $ 99,387 | $ 101,719 |
| NET OPERATING INCOME: | | | | $ 123,375 | $ 188,428 | $ 193,279 | $ 198,254 | $ 203,356 | $ 208,589 | $ 213,956 |
| TOTAL CASH FLOW: | | | | $ 123,375 | $ 188,428 | $ 193,279 | $ 198,254 | $ 203,356 | $ 208,589 | $ 213,956 |
| Discount Rate Factor | | 9.80% | | | | | | | | |
| PRESENT WORTH OF CASH FLOW: | | | | $112,363 | $156,293 | $146,008 | $136,399 | $127,422 | $119,036 | $111,201 |

TOTAL PRESENT VALUE:     $2,319,534         Alt formula: $2,319,534

Less: Costs of Home Repair     $ 1,352,000

NET PRESENT VALUE     $ 967,534

EXHIBIT A
PAGE 1

| 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
|---|---|---|---|---|---|---|---|---|---|---|
| $ 333,574 | $ 341,914 | $ 350,461 | $ 359,223 | $ 368,204 | $ 377,409 | $ 386,844 | $ 396,515 | $ 406,428 | $ 416,588 | $ 427,003 |
| $ (10,007) | $ (10,257) | $ (10,514) | $ (10,777) | $ (11,046) | $ (11,322) | $ (11,605) | $ (11,895) | $ (12,193) | $ (12,498) | $ (12,810) |
| $ 323,567 | $ 331,656 | $ 339,948 | $ 348,446 | $ 357,157 | $ 366,086 | $ 375,239 | $ 384,619 | $ 394,235 | $ 404,091 | $ 414,193 |
| | | | | | | | | | | |
| $ 16,178 | $ 16,583 | $ 16,997 | $ 17,422 | $ 17,858 | $ 18,304 | $ 18,762 | $ 19,231 | $ 19,712 | $ 20,205 | $ 20,710 |
| $ 6,284 | $ 6,410 | $ 6,538 | $ 6,669 | $ 6,802 | $ 6,938 | $ 7,077 | $ 7,219 | $ 7,363 | $ 7,510 | $ 7,660 |
| $ 8,089 | $ 8,291 | $ 8,499 | $ 8,711 | $ 8,929 | $ 9,152 | $ 9,381 | $ 9,615 | $ 9,856 | $ 10,102 | $ 10,355 |
| $ 16,892 | $ 17,230 | $ 17,575 | $ 17,926 | $ 18,285 | $ 18,651 | $ 19,024 | $ 19,404 | $ 19,792 | $ 20,188 | $ 20,592 |
| $ 8,446 | $ 8,615 | $ 8,787 | $ 8,963 | $ 9,142 | $ 9,325 | $ 9,512 | $ 9,702 | $ 9,896 | $ 10,094 | $ 10,296 |
| $ 7,442 | $ 7,628 | $ 7,819 | $ 8,014 | $ 8,215 | $ 8,420 | $ 8,630 | $ 8,846 | $ 9,067 | $ 9,294 | $ 9,526 |
| $ 25,513 | $ 26,151 | $ 26,805 | $ 27,475 | $ 28,162 | $ 28,866 | $ 29,588 | $ 30,327 | $ 31,085 | $ 31,863 | $ 32,659 |
| $ 15,262 | $ 15,643 | $ 16,034 | $ 16,435 | $ 16,846 | $ 17,267 | $ 17,699 | $ 18,141 | $ 18,595 | $ 19,060 | $ 19,536 |
| $ 104,107 | $ 106,552 | $ 109,054 | $ 111,616 | $ 114,239 | $ 116,924 | $ 119,672 | $ 122,486 | $ 125,366 | $ 128,315 | $ 131,334 |
| $ 219,460 | $ 225,104 | $ 230,893 | $ 236,830 | $ 242,919 | $ 249,163 | $ 255,566 | $ 262,134 | $ 268,869 | $ 275,775 | $ 282,859 |
| | | | | | | | | | | |
| $ 219,460 | $ 225,104 | $ 230,893 | $ 236,830 | $ 242,919 | $ 249,163 | $ 255,566 | $ 262,134 | $ 268,869 | $ 275,775 | $ 282,859 |
| | | | | | | | | | | |
| $103,881 | $97,043 | $90,654 | $84,686 | $79,110 | $73,901 | $69,035 | $64,489 | $60,242 | $56,275 | $52,569 |

EXHIBIT A
PAGE 2

SHRIVER03086

| | 19 | | 20 | | 21 | | 22 | | 23 | | 24 | | 25 | | 26 | | 27 | | 28 | | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ | 437,678 | $ | 448,620 | $ | 459,836 | $ | 471,332 | $ | 483,115 | $ | 495,193 | $ | 507,573 | $ | 520,262 | $ | 533,268 | $ | 546,600 | $ | 560,265 |
| $ | (13,130) | $ | (13,459) | $ | (13,795) | $ | (14,140) | $ | (14,493) | $ | (14,856) | $ | (15,227) | $ | (15,608) | $ | (15,998) | $ | (16,398) | $ | (16,808) |
| $ | 424,548 | $ | 435,162 | $ | 446,041 | $ | 457,192 | $ | 468,621 | $ | 480,337 | $ | 492,345 | $ | 504,654 | $ | 517,270 | $ | 530,202 | $ | 543,457 |
| $ | 21,227 | $ | 21,758 | $ | 22,302 | $ | 22,860 | $ | 23,431 | $ | 24,017 | $ | 24,617 | $ | 25,233 | $ | 25,864 | $ | 26,510 | $ | 27,173 |
| $ | 7,814 | $ | 7,970 | $ | 8,129 | $ | 8,292 | $ | 8,458 | $ | 8,627 | $ | 8,799 | $ | 8,975 | $ | 9,155 | $ | 9,338 | $ | 9,525 |
| $ | 10,614 | $ | 10,879 | $ | 11,151 | $ | 11,430 | $ | 11,716 | $ | 12,008 | $ | 12,309 | $ | 12,616 | $ | 12,932 | $ | 13,255 | $ | 13,586 |
| $ | 21,004 | $ | 21,424 | $ | 21,852 | $ | 22,289 | $ | 22,735 | $ | 23,190 | $ | 23,653 | $ | 24,127 | $ | 24,609 | $ | 25,101 | $ | 25,603 |
| $ | 10,502 | $ | 10,712 | $ | 10,926 | $ | 11,145 | $ | 11,367 | $ | 11,595 | $ | 11,827 | $ | 12,063 | $ | 12,305 | $ | 12,551 | $ | 12,802 |
| $ | 9,765 | $ | 10,009 | $ | 10,259 | $ | 10,515 | $ | 10,778 | $ | 11,048 | $ | 11,324 | $ | 11,607 | $ | 11,897 | $ | 12,195 | $ | 12,500 |
| $ | 33,476 | $ | 34,312 | $ | 35,170 | $ | 36,050 | $ | 36,951 | $ | 37,875 | $ | 38,821 | $ | 39,792 | $ | 40,787 | $ | 41,806 | $ | 42,852 |
| $ | 20,024 | $ | 20,525 | $ | 21,038 | $ | 21,564 | $ | 22,103 | $ | 22,656 | $ | 23,222 | $ | 23,803 | $ | 24,398 | $ | 25,008 | $ | 25,633 |
| $ | 134,425 | $ | 137,589 | $ | 140,828 | $ | 144,144 | $ | 147,539 | $ | 151,015 | $ | 154,573 | $ | 158,216 | $ | 161,946 | $ | 165,764 | $ | 169,673 |
| $ | 290,123 | $ | 297,573 | $ | 305,213 | $ | 313,047 | $ | 321,082 | $ | 329,322 | $ | 337,772 | $ | 346,438 | $ | 355,325 | $ | 364,438 | $ | 373,784 |
| $ | 290,123 | $ | 297,573 | $ | 305,213 | $ | 313,047 | $ | 321,082 | $ | 329,322 | $ | 337,772 | $ | 346,438 | $ | 355,325 | $ | 364,438 | $ | 373,784 |
| | $49,106 | | $45,872 | | $42,850 | | $40,028 | | $37,391 | | $34,927 | | $32,626 | | $30,476 | | $28,468 | | $26,592 | | $24,840 |

EXHIBIT A
PAGE 3

| | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $ | 574,272 | $ 588,629 | $ 603,344 | $ 618,428 | $ 633,889 | $ 649,736 | $ 665,979 | $ 682,629 | $ 699,694 | $ 717,187 | $ 735,116 |
| $ | (17,228) | $ (17,659) | $ (18,100) | $ (18,553) | $ (19,017) | $ (19,492) | $ (19,979) | $ (20,479) | $ (20,991) | $ (21,516) | $ (22,053) |
| $ | 557,044 | $ 570,970 | $ 585,244 | $ 599,875 | $ 614,872 | $ 630,244 | $ 646,000 | $ 662,150 | $ 678,704 | $ 695,671 | $ 713,063 |
| | | | | | | | | | | | |
| $ | 27,852 | $ 28,548 | $ 29,262 | $ 29,994 | $ 30,744 | $ 31,512 | $ 32,300 | $ 33,107 | $ 33,935 | $ 34,784 | $ 35,653 |
| $ | 9,715 | $ 9,910 | $ 10,108 | $ 10,310 | $ 10,516 | $ 10,726 | $ 10,941 | $ 11,160 | $ 11,383 | $ 11,611 | $ 11,843 |
| | | | | | | | | | | | |
| $ | 13,926 | $ 14,274 | $ 14,631 | $ 14,997 | $ 15,372 | $ 15,756 | $ 16,150 | $ 16,554 | $ 16,968 | $ 17,392 | $ 17,827 |
| $ | 26,115 | $ 26,638 | $ 27,170 | $ 27,714 | $ 28,268 | $ 28,833 | $ 29,410 | $ 29,998 | $ 30,598 | $ 31,210 | $ 31,834 |
| $ | 13,058 | $ 13,319 | $ 13,585 | $ 13,857 | $ 14,134 | $ 14,417 | $ 14,705 | $ 14,999 | $ 15,299 | $ 15,605 | $ 15,917 |
| $ | 12,812 | $ 13,132 | $ 13,461 | $ 13,797 | $ 14,142 | $ 14,496 | $ 14,858 | $ 15,229 | $ 15,610 | $ 16,000 | $ 16,400 |
| | | | | | | | | | | | |
| $ | 43,923 | $ 45,021 | $ 46,146 | $ 47,300 | $ 48,483 | $ 49,695 | $ 50,937 | $ 52,211 | $ 53,516 | $ 54,854 | $ 56,225 |
| $ | 26,274 | $ 26,931 | $ 27,604 | $ 28,294 | $ 29,001 | $ 29,726 | $ 30,470 | $ 31,231 | $ 32,012 | $ 32,812 | $ 33,633 |
| $ | 173,675 | $ 177,773 | $ 181,968 | $ 186,263 | $ 190,660 | $ 195,162 | $ 199,771 | $ 204,490 | $ 209,321 | $ 214,268 | $ 219,333 |
| $ | 383,368 | $ 393,197 | $ 403,276 | $ 413,612 | $ 424,212 | $ 435,082 | $ 446,229 | $ 457,660 | $ 469,382 | $ 481,403 | $ 493,730 |
| | | | | | | | | | | | |
| $ | 383,368 | $ 393,197 | $ 403,276 | $ 413,612 | $ 424,212 | $ 435,082 | $ 446,229 | $ 457,660 | $ 469,382 | $ 481,403 | $ 493,730 |
| | | | | | | | | | | | |
| | $23,203 | $21,674 | $20,245 | $18,911 | $17,665 | $16,500 | $15,413 | $14,396 | $13,447 | $12,561 | $11,733 |

EXHIBIT A
PAGE 4

SHRIVER03088

Rent Detail - Year 2 Fully Occupied

| Unit Type | Existing Count | Demolished Count | Total Count | Monthly Rent |
|---|---|---|---|---|
| Single Section - 3 Bed | 15 | 8 | 23 | $ 495 |
| Single Section - 2 Bed | 7 | 5 | 12 | $ 395 |
| Single Section - Small | 3 | 1 | 4 | $ 325 |
| Multi-Section | 5 | 6 | <u>11</u> | $ 595 |
| | | | 50 | |
| Monthly | | | | $ 23,970 |
| Annual | | | | $ 287,640 |

For Year 1 Fill-Up Period:   Average Per Unit Per Month  $   479

Property Tax Detail - Year 2 Fully Occupied

| Unit Type | Existing Count | Demolished Count | Total Count | Annual Property Tax |
|---|---|---|---|---|
| Single Section - 3 Bed | 15 | 8 | 23 | $ 240 |
| Single Section - 2 Bed | 7 | 5 | 12 | $ 240 |
| Single Section - Small | 3 | 1 | 4 | $ 200 |
| Multi-Section | 5 | 6 | <u>11</u> | $ 360 |
| | | | 50 | |
| Annual | | | | $ 13,160 |

For Year 1 Fill-Up Period:   Average Per Unit Per Month  $   263

EXHIBIT A
PAGE 5

SHRIVER03089

Insurance Detail - Year 2 Fully Occupied

| Unit Type | Existing Count | Demolished Count | Total Count | Annual Insurance |
|---|---|---|---|---|
| Single Section - 3 Bed | 15 | 8 | 23 | $ 400 |
| Single Section - 2 Bed | 7 | 5 | 12 | $ 400 |
| Single Section - Small | 3 | 1 | 4 | $ 350 |
| Multi-Section | 5 | 6 | <u>11</u> | $ 600 |
|  |  |  | 50 |  |
| Annual |  |  |  | $ 22,000 |

For Year 1 Fill-Up Period:            Average Per Unit Per Month   $   440

Cost Recap

| Unit Type | Existing Count | Demolished Count | Total Count | Repairs Cost | Installation Cost | Total Cost |
|---|---|---|---|---|---|---|
| Single Section - 3 Bed | 15 | 8 | 23 | $ 24,495 | $ 4,410 | $ 28,905 |
| Single Section - 2 Bed | 7 | 5 | 12 | $ 24,495 | $ 4,410 | $ 28,905 |
| Single Section - Small | 3 | 1 | 4 | $ 24,495 | $ 4,410 | $ 28,905 |
| Multi-Section | 5 | 6 | <u>11</u> | $ 29,695 | $ 4,635 | $ <u>34,330</u> |
| Subtotal |  |  |  |  |  | $ 1,504,925 |
|  |  |  | 50 |  |  |  |
| Year 1 Rent to Kim Hills |  |  |  |  |  | $ 147,000 |
| Less: Concessions from Kim Hills ($6000 x 50) |  |  |  |  |  | $ (300,000) |
| Total |  |  |  |  |  | $ 1,351,925 |
| Rounded |  |  |  |  |  | $ 1,352,000 |

EXHIBIT A
PAGE 6

SHRIVER03090