EXHIBIT

**C**



September 16, 2016

Ms. Aimee Bove
BKN Murray, LLP
6795 E. Tennessee Avenue, Suite 300
Denver, CO  80224

Re:   Riverside Storage, et al v. City of Federal Heights, et al
      US District Court, Colorado 1:15-cv-02325OCMA-NYW
      Expert Opinion

Dear Ms. Bove:

Based upon in-office research and fieldwork conducted during August and
September of 2016, I make the following observations and opinions
regarding the damages suffered by several plaintiffs in the above-
referenced litigation.

**A. The Assignment**

The assignment given to me by BKN Murray is to estimate the monetary
damages experienced by the following plaintiffs:

1.    Craig Shriver, owner of Riverside Storage and Recycling Center,
      LLC, who was prevented from fulfilling his 50-home contract with
      the Kimberly Hills Manufactured Housing Community ("MHC") due to
      the September 3 and 19, 2014 Notices and Orders for Removal
      issued by the City of Federal Heights in September of 2014

2.    Kevin Cox, an individual investor, who purchased 5 homes from
      Shriver, expended additional funds for home repairs and
      installation and who later was required to remove his homes from
      Kimberly Hills due to said Orders.

3.    John Hood, an individual investor, who purchased 4 homes from
      Shriver, and experienced the same situation as Mr. Cox.

4.    Kimberly Hills Mobile Home Park, LLC suffered additional vacancy
      costs due to the said Order from Federal Heights, which caused
      the removal of 23 homes from the community and prevented the
      arrival of 50 additional homes.  Kimberly Hills did eventually
      attain full occupancy, but the delay represents lost revenue,
      which is estimated herein.

## Manufactured Housing Resources Group

SHRIVER 03038

Ms. Aimee Bove
September 16, 2016
Page 2 of 20

**B. Research Process**

As part of the in-office research, I reviewed the following documents:

1. Deposition of Craig Shriver — Volume 1 — June 16, 2016
2. Deposition of Kimberly Hills Mobile Home Park by and through Tanya Wiebold — June 15, 2016
3. Deposition of John Hood — June 24, 2016
4. Deposition of Kevin Cox — June 20, 2016
5. Deposition of Kenneth Ekross — August 9, 2016
6. Deposition of Steven Durian — July 18, 2016
7. Notice and Order for Removal dated September 3, 2014
8. Notice and Order for Removal dated September 19, 2014
9. Agreement between Shriver and Kimberly Hills dated February 1, 2014.
10. KDVR.com website article "Study: Denver Apartment Rent Increases to Be Largest in U.S. This Year."
11. U.S. Department of Labor, Bureau of Labor Statistics, CPI Database, CPI for the Denver-Boulder-Greeley area, 2010-2015.

As part of the field research, I did the following:

1. Inspected 30 homes owned by Shriver in storage at the Riverside facility in Sterling, Colorado on September 8 and 9, 2016.  I inspected the exterior and interior of each home as possible.
2. Inspected 4 homes owned by John Hood and 5 homes owned by Kevin Cox in storage at a Fort Lupton facility on September 7, 2015.  I inspected the interior and exterior (as available) of each home.
3. Inspected the Kimberly Hills manufactured housing community on August 16, 2016.  Using of golf car, I slowly drove the entire length of every street in the community.

As part of the in-office research, I obtained information in person or by phone from the following persons:

1. From Steve Hullibarger, a consultant within the manufactured housing industry, I gained information regarding the repair of damaged homes.  This occurred on September 8, 2016.
2. From Ken Essex, an investor in manufactured homes in the metro Denver area, I gained detail regarding market conditions over the past five years.  This occurred on September 13, 2016.
3. From Plaintiff Craig Shriver, I obtained most of the assumptions used in the preparation of the Shriver/Riverside damage model.  A notable exception is the discount rate, which I estimated with reliance on several published sources of real estate rates of return in generally and discount rates in particular.
4. From Michael Wilson, I obtained information about the 4 homes John Hood financed and the 5 homes Kevin Cox financed for Michael.  Specific information included retail prices, sale



Ms. Aimee Bove
September 16, 2016
Page 3 of 20

terms, repair costs, customer demand, timing, and the like.

## C. Shriver/Riverside Damages

Mr. Shriver executed an agreement with Kimberly Hills on February 1, 2014 which contained the following provisions:

1. Shriver agreed to provide 50 homes and Kimberly Hills agreed to make 50 homesites available.

2. Upon occupancy by a park-approved resident (i.e. the homesite becomes revenue-producing) Kimberly Hills will pay Shriver an incentive of $6000.

3. As of January 1, 2015, Shriver will be liable for the payment of rent on any unoccupied homesites at the current market rent, which was $604 for January and February and $627 for the rest of the year.  Kimberly Hills typically raises rents in March of each year.

Mr. Shriver's intention was to acquire flood-damaged homes from the owners of Eastwood Village and Bella Vista in Evans, Colorado, to transport the homes to Kimberly Hills in Federal Heights, to repair the homes on site (including curing any contamination), to offer the homes for lease, and to own/manage the homes over the long-term.

Due to the Federal Heights' Notices and Orders, Mr. Shriver experienced the following losses:

1. Loss of revenue from 50 homes indefinitely (which I have limited to 40 years herein).
2. Loss of move-in incentives offered by Kimberly Hills under the agreement dated February 1, 2014.
3. Loss of the ability to sell the homes at the end of the hold period (i.e. return of or partial return of the initial investment).
4. Incurring the additional cost of transporting the homes to Sterling for storage.
5. Incurring the additional cost of storage (or the opportunity cost of taking space in the storage yard, given that it is owned by Mr. Shriver).
6. Loss of tax benefits gained from IRS-allowed depreciation expense.

Mr. Shriver's damages are reduced by the following items:

1. Avoiding the costs of repairing the homes to nearly like-new condition.

Manufactured Housing Resources Group



SHRIVER 03040

Ms. Aimee Bove
September 16, 2016
Page 4 of 20

    2. Avoiding the costs of installing the homes at Kimberly Hills.
    3. Avoiding the cost of the rent payment requirements under the contract with Kimberly Hills.

<u>Shriver Damages Model</u>

A.    Assumptions and Inputs

1.   <u>Shriver As A Source</u>:  As mentioned, most of the assumptions used herein (rental rates, operating costs, repair costs, etc.) have been provided by Mr. Shriver.  Although I have reviewed all assumptions and find them to be reasonable, I am relying upon Mr. Shriver's expertise for such assumptions.

2.   <u>Start Time</u>:  During the spring of 2014, Mr. Shriver was acquiring flood-damaged homes in Evans, as mentioned.  Mr. Shriver had two uses for the homes: (1) to sell a portion of the homes to third-parties (including Kevin Cox and John Hood, among others) and (2) to personally maintain long-term ownership of a majority of the homes, setting them in Kimberly Hills.

Shriver's work on the third-party homes occurred during the months of May through September 2014.  Shriver's intention was to begin setting his own homes at Kimberly hills in October through December 2014 period.

For ease of calculation, the first month of the model is assumed to be January of 2015.  January shows the make-ready of 8 homes by the end of the month.  Making ready this many homes would be unlikely for the size of crew that Mr. Shriver maintains (6 to 8 persons).  The volume of 8 homes shown for January reflects some work done in October through January.  Any effect on the model results from this minor accommodation is not material.

3.   <u>Rental Rates</u>:  The homes are separated into four categories: multi-section, single section 3-bedroom, single section 2-bedroom, and small single section homes (i.e. those of approximately 50 feet or less in length).

The Year 1 (i.e. 2015) rental rates for the homes and the gross rental income amounts are as follows:


RESOURCES

SHRIVER 03041

Ms. Aimee Bove
September 16, 2016
Page 5 of 20

Rent Detail (Years 1 and 2)

| Unit Type | Existing Count | Demolished Count | Total Count | Monthly Rent |
|---|---|---|---|---|
| Single Section - 3 Bed | 15 | 8 | 23 | $ 495 |
| Single Section - 2 Bed | 7 | 5 | 12 | $ 395 |
| Single Section - Small | 3 | 1 | 4 | $ 325 |
| Multi-Section | 5 | 6 | 11 | $ 595 |
| | | | 50 | |
| Monthly (at full occupancy) | | | | $ 23,970 |
| Average Per Unit Per Month | | | | $ 479 |

The homesite rent is paid separately (and in addition to the home
rent) to Kimberly Hills directly. The cost of utilities and
cable television are paid by residents directly to the respective
providers.

Rental rate growth is projected at a long-term average of 2.5%
annually. Mr. Shriver indicated his intention to start the rent
growth in Year 2. In actuality, rents will increase more in some
years and less in others, depending upon market conditions. The
2.5% growth assumption is reasonable in light of the 2010-2015
increase in the Consumer Price Index. Specifically, the Denver-
Boulder-Greeley CPI-All Urban Consumers as published by the U.S.
Department of Labor — Bureau of Labor Statistics increased 2.6%
annually on average during the same period (from a reading of
212.447 to 239.990). Apartment rents in Denver have actually
increased much more that the CPI during the 2010-2015 period. In
particular, Fox 31 Denver reports on its website, KDVR.com, the
following: "Rents in Denver have increased more than 5 percent a
year every year since 2010. In 2014, the spike was 9.2 percent,
according to Marcus & Millichap, a commercial real estate
services firm."

4. Vacancy and Credit Loss: The combined cost of vacancy and credit
loss is estimated at 3%. Like rental rate increases, this cost
category will be lower in some years and higher in others.
Currently, affordably-priced rental units are in high demand. At
Kimberly Hills, for example, the homesites are just a few units
short of being 100% occupied.

5. Operating Expenses: Property management expense is budgeted at
5% of adjusted gross income ("AGI"). Third-party management
firms typically charge between 5% and 8% for a property
containing 50 units. The lower end of the range is selected
because Mr. Shriver had no intention of hiring third-party
management. Mr. Shriver manages his other rental homes in
Colorado without third-party help. Administration and legal is



SHRIVER 03042

Ms. Aimee Bove
September 16, 2016
Page 6 of 20

estimated at 2% of adjusted gross income per Mr. Shriver.

Repairs are forecasted at an average of 2.5% of adjusted gross annually. My experience is that normal ongoing repairs typically amount to 3% of AGI, with newer properties recording a somewhat lower number and older properties (or those in poor condition) recording a higher number. Given that Mr. Shriver's homes would have been extensively repaired into nearly like-new condition, it is reasonable to expect a repairs budget of less than 3%.

Replacement reserves, which are funds set aside over time to cover major repairs (such as the replacement of a roof 10 to 15 years from now) are budgeted at $300 per home per year. Like normal maintenance expense, "reserves" can vary from $250 to $500 depending upon the age and condition of the property. Given the expected condition of Mr. Shriver's units, a value at the lower end of the range is reasonable in my opinion.

Turn-over reserves are funds used to cover the cost of a resident turn-over, whether the resident elected to move-out and the end of the lease term, or broke the lease and moved out, or was evicted. The legal cost of eviction, however, is accounted for in the administrative/legal category. Mr. Shriver estimates that, on average, that the typical resident will occupy a house for 3 to 5 years and that the turn-over cost of cleaning, paint and carpet touch-up and other minor items will on average cost $500. Simple arithmetic then yields an annual accrual of $150 per year.

Property taxes are estimated by Mr. Shriver as follows: Multi-section homes at $360 per year, single section 2-bedroom homes and 3-bedroom homes at $240 per year, and small single section homes at $200 per year.

Insurance expense is provided by Mr. Shriver as follows: Multi-section homes at $600 per year, single section 2-bedroom homes and 3-bedroom homes at $400 per year, and small single section homes at $350 per year.

6. Hold Period and Terminal Value: The hold period is 40 years. This hold period is consistent with Mr. Shriver's intention for the houses. Mr. Shriver has many other homes in his portfolio that he also intends to hold for 40 or more years. Kimberly Hills was built in the early 1970's (the first phase, anyway), more than 40 years ago, and have observed that some of the houses still there today are likely original to that period. Finally, the NADA database of manufactured home values states the likely remaining physical life. Recently, several new single section homes valued by me (for an unrelated assignment) had a likely



Ms. Aimee Bove
September 16, 2016
Page 7 of 20

remaining physical life of 60 to 67 years per the NADA system. Given the forgoing, I opine that Mr. Shriver's intention and expectation of holding the homes in place at Kimberly Hills for 40 years is reasonable.

Regarding the terminal value, the model assumes no terminal value. The purpose for this assumption is to be conservative. Given the forgoing discussion, a case can be made that the homes will have a remaining physical life of another 20-plus years and, as a result, the homes indeed do have terminal value. In spite of this reality, the terminal value is nonetheless disregarded.

7. <u>Present Value Discount Rate</u>:  In my opinion, a reasonable discount rate for this model is 9.8%. Based upon my education and experience, I contend that the selection of an appropriate discount rate is as much art and intuition as it is research and analysis. Furthermore, I contend that there is no such thing as the determination of a perfect discount rate, but rather an assessment of whether a rate is reasonable.

With that in mind, I considered the following two scenarios:

Estimation of a Reasonable Discount Rate
For the Shriver Cash Flow/Damage Model

<u>A.  Based on Published Discount Rates</u>
by Integra Realty 2016 Annual Viewpoint

| | |
|---|---|
| B-grade suburban multi-family (Western region) | 7.53% |
| Premium | <u>3.00%</u> |
| Discount Rate | 10.53% |

<u>B.  Based on Shriver's Expectations</u>

| | |
|---|---|
| Risk-Free Rate (30-yr Treasury 5-yr average) | 3.05% |
| Opportunity Cost (S&P500 Dividend Yield 5 yr average) | 2.02% |
| Liquidity Premium | 1.00% |
| Personal Yield | <u>3.00%</u> |
| Discount Rate | 9.07% |
| **Reconciliation** | **9.80%** |

In the first scenario, I found published discount rate data from



RESOURCES

SHRIVER 03044

Ms. Aimee Bove
September 16, 2016
Page 8 of 20

Integra Realty Resources, a nationwide firm which provides real
estate market research, valuation, and consulting services.
Integra has 58 offices and more than 200 staff with the MAI
(Member Appraisal Institute) designation.

Integra states that investors require a 7.53% discount rate when
committing funds to B-grade suburban apartment properties.  To
this amount I have added a spread of 3.00% to account for the
perceptions the typical investor may have about renting
manufactured homes, namely that the physical remaining life is
limited and that the overall risk is higher than that of
apartments.

A discount rate of 10.53% results.  I opine that this represents
the high end of the reasonable range.

In the second scenario, the expectations of Mr. Shriver are
considered.  This is a build-up rate starting with the long-term
risk-free rate as reflected by the 30-year Treasury yield.  A
five-year average is used.  An opportunity cost is then added.
Specifically, the S&P 500 dividend yield is commonly used as an
indicator of investment opportunity cost.  A liquidity premium is
then added.  My experience is that liquidity premiums are
subjective, vary by property type and vary by the investor.  For
more mainstream investments like residential units, I have notice
liquidity premiums in the range of 1% to 2%.  I have selected the
lower end of this range because the homes could be sold off
individually relatively quickly (i.e. 30 to 45 days) on a non-
distress basis.  Larger, indivisible apartment properties take
longer to sell:  90 days would be fast and 120 days would be more
typical, in my observation.

Finally, Mr. Shriver's personal preference is added.  In this
case, a spread of 3%.  Although subjective, Mr. Shriver has his
own personal criteria for investing in manufactured home rentals.
His return expectation is no doubt influenced by his deep level
of experience and skill (and thus comfort) with this type of
asset.

According to Mr. Shriver's criteria, his personal discount rate
is 9.07%.

In my opinion, the mid-point of these two estimates is a
reasonable discount rate for Mr. Shriver's model.  This rate, as
shown, is 9.8%.

8. Costs of Repairing and Installing the Homes:  The 50 homes are
currently not repaired.  This is due to Notices and Orders issued
by Federal Heights.  Mr. Shriver understandably has not proceeded



SHRIVER 03045

Ms. Aimee Bove
September 16, 2016
Page 9 of 20

with the repairs needed until this issue is resolved.  It is
worth mentioning that subsequent to Federal Heights' Notices and
Orders, the vacancies of manufactured home homesites within the
metro Denver area has declined substantially, which has led to
both a shortage of vacant sites generally and, important to Mr.
Shriver's business model, a lack of communities offering
incentives in the $5000 to $6000 range.

I inspected Mr. Shriver's 30 flood-damaged homes in storage in
Sterling on September 8 and 9, 2016.  I inspected the interior of
every home.  I inspected the exterior of the homes as possible.
The homes are parked very close together, making it difficult to
inspect all four sides of the house in about 50% of the cases.

With the help of the storage staff, I measured the width and
length of 29 homes (one was omitted in error).  In most cases, as
available and accessible, I viewed the home's Data Plate and HUD
Label.

Most of the homes have had demolition work, ranging from a small
amount to having the demolition work completed (and being ready
for the repairs to begin).

I met with Mr. Shriver on September 9, 2016 to determine the
typical costs of repairing a house to nearly like-new condition.
The list of repair items is extensive and is shown below.  The
estimate is an average, as some homes will need more work and
others less.  The costs are shown separately for single section
homes and multi-section homes.  Costs are classified as in-house
materials (i.e. purchased by Shriver), in-house labor (i.e.
Shriver staff) or third-party contractor.  Costs are further
classified as exterior items or interior items.

(Remainder of Page Left Blank Intentionally)

Manufactured Housing Resources Group



SHRIVER 03046

Ms. Aimee Bove
September 16, 2016
Page 10 of 20

| Standard Repair Costs | For Single Section Homes | | | For Multi- Section Homes | | | |
|---|---|---|---|---|---|---|---|
| Repair Description | In-House Materials | In-House Labor | Third Party Contractor | In-House Materials | In-House Labor | Third Party Contractor | Comments |
| **Exterior Items:** | | | | | | | |
| Prep/Paint/Caulk | | | $ 400 | | | $ 600 | |
| Roof Repair | $ 300 | $ 200 | | $ 450 | $ 300 | | |
| Windows | $ 1,400 | $ 600 | | $ 1,400 | $ 600 | | 9 to 12 count; MH type |
| Underside | $ 500 | $ 300 | | $ 750 | $ 450 | | vinyl; dual pane |
| Doors | $ 320 | $ 200 | | $ 320 | $ 200 | | liner and insulation |
| Air Conditioner | $ 900 | $ 300 | | $ 900 | $ 300 | | house-type; 2 count |
| **Subtotal of Exterior Items** | $ 3,420 | $ 1,600 | $ 400 | $ 3,820 | $ 1,850 | $ 600 | |
| **Interior Items:** | | | | | | | |
| Demolition | | $ 300 | | | $ 600 | | |
| Sub-floor and Wall studs | $ 1,200 | $ 800 | | $ 1,800 | $ 1,200 | | |
| Drywall/Tape/Mud | | | $ 1,800 | | | $ 2,800 | |
| Prep/Paint/Caulk | | | $ 400 | | | $ 600 | |
| Furnance | $ 1,000 | | | $ 1,000 | | | 70K BTU unless small |
| Water Heater | $ 350 | | | $ 350 | | | 40 gallon electric |
| Plumbing System | | | $ 400 | | | $ 400 | Varies $200 to $600 |
| Fixtures - Master Bath | $ 500 | $ 200 | | $ 500 | $ 200 | | |
| Fixtures - Second Bath | $ 300 | $ 200 | | $ 300 | $ 200 | | |
| Kitchen Cab/Counter | | | $ 1,400 | | | $ 1,400 | |
| Flooring (Carpet & Vinyl) | | | $ 1,500 | | | $ 2,000 | |
| Refrigerator | $ 800 | | | $ 800 | | | 24 cu ft |
| Dishwasher | $ 500 | | | $ 500 | | | |
| Range | $ 500 | | | $ 500 | | | |
| Garbage Disposal | $ 100 | | | $ 100 | | | |
| Light Fixtures | $ 100 | | | $ 150 | | | |
| Window Blinds | $ 300 | | | $ 300 | | | |
| Doors | $ 300 | $ 300 | | $ 300 | $ 300 | | 5 doors + 3 closet |
| Safety Detectors | $ 300 | | | $ 300 | | | 2 CO and 4 smoke |
| Final Cleaning | | | $ 200 | | | $ 250 | |
| Air Quality Testing | | | $ 300 | | | $ 300 | |
| Materials - General | | $ 500 | | | $ 750 | | |
| Labor - General | $ 1,000 | | | $ 1,500 | | | |
| **Subtotal - Interior** | $ 7,250 | $ 2,300 | $ 6,000 | $ 8,400 | $ 3,250 | $ 7,750 | |
| **Totals** | $ 10,670 | $ 3,900 | $ 6,400 | $ 12,220 | $ 5,100 | $ 8,350 | |

| | |
|---|---|
| Single Section Total | $ 20,970 |
| Multi-Section Total | $ 25,670 |

The costs of installing the homes (aka setup costs) were also
provided by Mr. Shriver at the same time. As with repair costs,
installation costs for single section homes and multi-section
homes are shown separately and classified by in-house and third-
party providers.

The setup cost and combined repair and setup costs are estimated
as follows:

**Manufactured Housing Resources Group**



RESOURCES

SHRIVER 03047

Ms. Aimee Bove
September 16, 2016
Page 11 of 20

Set-Up Costs      For Single Section Homes      For Muti- Section Homes

| Item Description | In-House Materials | In-House Labor | Third Party Contractor | In-House Materials | In-House Labor | Third Party Contractor | Comments |
|---|---|---|---|---|---|---|---|
| Rough Set: | | $ 700 | | | $ 700 | | |
| ABS Pads | $ 100 | | | $ 150 | | | |
| Concrete Blocks | $ 75 | | | $ 100 | | | |
| Tie-Down System | $ 75 | | | $ 75 | | | |
| Vapor Barrier | $ 60 | | | $ 60 | | | |
| Lumber/Wedges | $ 80 | | | $ 130 | | | |
| Materials-General | $ 50 | | | $ 50 | | | |
| | | | | | | | |
| Subtotal - Rough Set | $ 440 | $ 700 | $ - | $ 565 | $ 700 | $ - | |
| | | | | | | | |
| Plumbing Connections | $ 150 | $ 150 | | $ 200 | $ 200 | | |
| Skirting | $ 600 | $ 300 | | $ 600 | $ 300 | | |
| Deck/Steps | $ 800 | $ 400 | | $ 800 | $ 400 | | 4' by 6' front and back |
| Electrical Connection | | | $ 500 | | | $ 500 | |
| Installation Permit | | | $ 270 | | | $ 270 | |
| Electrical Permit | | | $ 100 | | | $ 100 | |
| | | | | | | | |
| Totals | $ 1,990 | $ 1,550 | $ 870 | $ 2,165 | $ 1,600 | $ 870 | |

| Single Section Total | $ 4,410 |
|---|---|

| Multi-Section Total | $ 4,635 |
|---|---|

Repairs and Set Up

| Single Section Total | $ 25,380 |
|---|---|

| Multi-Section Total | $ 30,305 |
|---|---|

The repair and installation costs for the 50 homes are calculated as follows:

Cost Recap

| Unit Type | Existing Count | Demolished Count | Total Count | Repairs Cost | Installation Cost | Total Cost |
|---|---|---|---|---|---|---|
| Single Section - 3 Bed | 15 | 8 | 23 | $20,970 | $ 4,410 | $ 25,380 |
| Single Section - 2 Bed | 7 | 5 | 12 | $20,970 | $ 4,410 | $ 25,380 |
| Single Section - Small | 3 | 1 | 4 | $20,970 | $ 4,410 | $ 25,380 |
| Multi-Section | 5 | 6 | 11 | $25,670 | $ 4,635 | $ 30,305 |
| Subtotal | | | 50 | | | $1,323,175 |

Year 1 Rent to Kim Hills                 $ 147,000
Less: Concessions from Kim Hills ($6000 x 50)    $ (300,000)

Total                               $1,170,175
Rounded                          $1,170,000

The cost recap also shows an estimate of the Year 1 rent Mr. Shriver would have to pay to Kimberly Hills under his contract, which states that he is to pay the market rent on 50 homesites starting January 2015 (which, as mentioned, is the first month of the model). His liability is reduced each month as homes are rented and the homesite rents are paid by the respective residents. The calculations are shown in Exhibit A.

Manufactured Housing Resources Group



RESOURCES

SHRIVER 03048

Ms. Aimee Bove
September 16, 2016
Page 12 of 20

The incentive payment Mr. Shriver is due from Kimberly Hills in
the amount of $6000 per unit is shown as a deduction from the
repair and installation costs.

Net repair and setup costs amount to $1,170,000.

B.    Calculations and Outputs

The entire worksheet is attached as Exhibit B.  The worksheet has been
prepared in Microsoft Excel.

1. Present Value and Net Present Value:  The present value of the
   net operating income interrupted by the Notice and Order is
   calculated as $2,394,123.  After deducting the $1,170,000 of net
   repair costs, the net present value becomes $1,224,123.

C. Kevin Cox and John Hood Damages

Background

Messrs. Hood and Cox act as private equity investors to retailers of
manufactured homes in Colorado.  They provide funds to retailers for
the purpose of acquiring and installing homes which will then be
offered for sale on a retail basis.

Their investment occurs in two distinct phases.  First they advance
funds to the retailer for the acquisition and installation, as
mentioned.  This is akin to a construction loan in the site-built
world.  Once the home is sold to a family (with the retailer collecting
a down payment and carrying back a promissory note for the balance),
Hood and Cox then purchase the promissory note from the retailer.
Depending upon the relative balances of the initial advances and the
promissory note, either the retailer will owe funds to Hood and Cox or
the retailer will be paid additional funds by them.  Hood and Cox then
act like a mortgage lender, collecting monthly payments throughout the
life of the promissory note.  In the case of the 7 homes of this
litigation, the promissory notes were intended to have 36 monthly
payments.

Messrs. Hood and Cox generate revenue by charging interest to the
retailer during the acquisition/installation period and then by earning
yield from holding the promissory note over its life.  This yield is
generated by the interest paid by the homeowner (intended at 4.95% in
this case) and from the amortization of the discount Hood and Cox
earned upon the purchase of the note.  The interest charged to the
retailer was agreed to at 15%.  The total yield on the promissory note

**Manufactured Housing Resources Group**



Ms. Aimee Bove
September 16, 2016
Page 13 of 20

was intended to be 20%.

During April of 2014, Hood and Cox were approached by Michael Wilson of The Mobile Home Pros, LLC, an entity that they had loaned to many times in the past, who requested funds to purchase flood-damaged homes from Shriver. Wilson then negotiated an agreement with Kimberly Hills to place the homes there and to be paid an incentive for each home. Wilson would then repair the homes (largely using a third-party contractor) and would sell the repaired homes on a retail basis to families. Wilson would, as mentioned, collect a down payment and promissory note. Finally, Wilson would sell the note on a discounted basis to either Hood or Cox.

Due to the Federal Height's Notice and Order, Messrs. Hood and Cox experienced the following losses:

1. Loss of revenue from interim interest charges during the retailer's acquisition, installation and marketing period.
2. Loss of revenue from the interest earned from holding the promissory notes over the 36-month period.
3. Loss of revenue from the amortization of the promissory note discount earned upon purchase of the note.
4. Loss of opportunity to reinvest the cash flows into other interim loans and other promissory notes.
5. Loss of the home's in-park value and loss of the set-up costs. Moving a home to storage automatically reduces its value by 20% to 30%, in my experience.
6. Incurring additional expenses for tearing-down (i.e. preparing for transport) the homes, transporting the homes to a storage yard, storage fees, repair and winterization, management and marketing of the homes.
7. Market conditions actually moved against Hood and Cox during the storage period in that the availability of vacant homesites decline substantially and, perhaps more importantly, the availability of concessions to retailers also declined (if not nearly eliminated). Retailers would then be willing to pay less for the homes.

Messrs. Hood and Cox' damages are reduced by the following items:

1. Hood and Cox repossessed the homes from the retailer, Mobile Home Pros, LLC and have subsequently sold two of the original 9 homes.
2. Hood and Cox gained $5000 in non-refundable earnest money when a prospective buyer of the homes did not perform.

Hood and Cox Damages Model

A.    Assumptions and Inputs



Ms. Aimee Bove
September 16, 2016
Page 14 of 20

1. <u>Michael Wilson As A Source</u>:  Several of the assumptions and background information used herein have been provided by Michael Wilson, who was the retailer, as mentioned.  A few examples include promissory note balances (which are a derivative of the home sales price and the buyer's down payment), promissory note interest rate and term, and promissory note discount factor. Although I have reviewed Mr. Wilson's information items and find them to be reasonable, I am relying upon Mr. Wilson for such assumptions and information.

2. <u>Start Time</u>:  Michael Wilson arranged to purchase 9 flood-damaged homes from Shriver in April of 2014.  The homes started to arrive in Kimberly Hills in May.  Installation and repair work was in full swing throughout the summer.

   The first month of the model is assumed to be April of 2014. Hood and Cox made the first advance of funds to Wilson ($7000 per home) in April and a second, larger advance ($18,700 per home) in May.  Their normal program with Wilson is a four-month period from the first advance until the sale of the home and corresponding purchase of the discounted promissory note.

3. <u>Interim Period Interest Charges</u>:  Hood/Cox and Wilson agreed to an interest rate of 15% for the (up to) four-month period.  The interest is accrued and paid at the time of the purchase of the promissory note.

4. <u>Promissory Note Purchase</u>:  At 120 days, or sooner by mutual agreement, Hood and Cox buy the note at a discount, getting credit for advances already made and charging for the accrued interest.  The note discount is based upon a 20% yield to maturity.  The face rate of the notes was planned at 4.95%.  The term of notes were intended at 36 months.  The monthly payments of principal and interest were forecasted as ranging from $949 to $1039.

5. <u>Discounting the Cash Flow to Present Value</u>:  In my opinion the same discount rate of 9.8% is reasonable this cash flow model. Yes, it is true that the hold period is much shorter, which would suggest lower discount rate.  However, it is my opinion that the risk to capital is higher in this situation than it is in Mr. Shriver's rental home concept.  Renting homes is easier and less risky than having speculative home inventory for sale. Additionally, Mr. Shriver is the project manager and owner in his concept.  He is in control and there are no other significantly important third-parties.  In the Hood and Cox concept, they are relying upon Wilson to perform.  Mr. Wilson is known in the Colorado manufactured housing industry to be highly competent,



SHRIVER 03051

Ms. Aimee Bove
September 16, 2016
Page 15 of 20

honest and possessing a long track record of successful
transactions. Still, relying upon a third-party in a material
way increases risk. I opine that the higher risk and shorter
hold period offset each other and that as such the same discount
rate of 9.8% is reasonable.

6. <u>Value of the Homes Retained by Hood and Cox</u>: As mentioned, Hood
and Cox repossessed the homes from Wilson. There were 9 homes
originally. Hood sold 2 of his and 7 remain. Of the remaining
homes, Hood owns 2 homes and Cox owns 5.

The value of the homes is an offset against the damages Hood and
Cox have experienced. I inspected the 7 homes on September 7,
2016. I inspected the interior of each home. I inspected the
exteriors to the degree possible (homes are parked close together
in storage). I measured the width and length of each home. I
viewed the Data Plate and HUD label for each home as possible.

I used the NADA system to value the homes as-is, where-is today.
NADA Combined Reports attached as Exhibit C. All of the homes
are 2012 homes built by Legacy Housing. The model names are
unknown, however, Legacy has only 4 or 5 models and the NADA
system values the models quite similarly. In my opinion, in this
case, the lack of a model name is not material to determining a
reasonable value for the homes.

I have valued the homes on a wholesale basis and have also
adjusted values downward by 10% for a bulk purchase. The
experience of Hood and Cox is quite relevant to these choices.
Hood and Cox have actively marketed the 9 houses for the past
year. During that time they have sold 2 houses — a miserable
showing in the midst of a very active housing market. The prices
they achieved were retail, but the pace of sale is clearly
unacceptable. For all remaining 7 houses to sell in a 90 to 120
period, they will have to be priced at wholesale with a further
incentive of 10% or so for bulk purchase.

Finally, I deducted an allowance for marketing and sales. Hood
and Cox have incurred marketing-related expenses (even though not
shown on the damages expenses) and have devoted considerable time
to the marketing process. It is reasonable to
compensate/reimburse them with a 15% allowance of bulk sales
price.

Please note that the Hood and Cox homes are valued on an as-is
versus the Shriver concept of him repairing the homes to like-new
condition. The difference is due to the intention of the
respective parties: Hood and Cox desire to sell the units as-is
whereas Shriver desires to repair and hold.



SHRIVER 03052

Ms. Aimee Bove
September 16, 2016
Page 16 of 20

Also note that the Hood and Cox valuation reflect a few
differences. Most of the homes are in Fair condition while a few
are in Average condition. Several of the homes have deductions
for missing refrigerators and/or ranges, both of which are
assumed to be present in the NADA Base Structure Value.

B.   Calculations and Outputs

The entire worksheet is attached as Exhibit D. The worksheet has been
prepared in Microsoft Excel.

1. <u>Present Value and Net Present Value - Cox</u>: The present value of
   Cox' cash flow interrupted by the Notice and Order is calculated
   as $147,849. After deducting the $82,231 for homes in inventory,
   the net present value becomes $65,619. After adding $29,281 for
   other expenses incurred by virtue of the interruption (storage
   fees, transport, etc.), the total damages become $94,900.

2. <u>Present Value and Net Present Value - Hood</u>: The present value of
   Hood's cash flow interrupted by the Notice and Order is
   calculated as $60,945. After deducting the $34,660 for homes in
   inventory, the net present value becomes $26,285. After adding
   $11,712 for other expenses incurred by virtue of the interruption
   (storage fees, transport, etc.), the total damages become
   $37,997.

**C. Kimberly Hills Damages**

<u>Background</u>

With 687 homesites, Kimberly Hills is one of the largest, if not the
very largest, manufactured housing community in Colorado. It was
developed in the early 1970's to what were very high standards at the
time (i.e. sturdy wide streets, larger lots, clubhouse and swimming
pool, open space areas, and the like).

Manufactured housing communities earn revenue by renting homesites. At
times, communities get involved in renting or selling homes in order to
fill vacant sites, but typically the first preference is to let third-
parties handle the homes.

One way of encouraging third-parties to facilitate the rental or sale
of homes is to offer move-in incentives and/or rent concessions. Move-
in incentives typically amount to $2000 to $6000 as a one-time payment
to manufactured housing retailers (like Michael Wilson or Clayton Homes
or American Housing) or to other manufactured housing investors (like
Mr. Shriver).

**Manufactured Housing Resources Group**



SHRIVER 03053

Ms. Aimee Bove
September 16, 2016
Page 17 of 20

Rent concessions are offered to the residents living in the homes (who typically own the home). Rent concessions vary widely. A few examples: (1) $200 off for 2 years, or 3 years; (2) $300 off in Year 1, $200 off in Year 2, and $100 off in Year 3; (3) 30% off market rent in Year 1, 20% off in Year 2, and 10% in Year 3.

Sometimes a community will offer both an incentive and a rent concession in order to fill a site. Other times the offer is for one or the other.

Incentives and concessions vary according to market conditions. When MH communities have more than 3% to 5% vacancy, promotions tend to show up. When market conditions are tight, concessions and incentives understandably fade away.

During late 2013 and early 2014 Kimberly Hills had over 150 vacant sites. Tanya Wiebold, the onsite manager, reports that filling sites was the company's chief priority. Kimberly Hills used incentives and promotions extensively.

Of course, Management at Kimberly Hills wants to fill their vacant sites at the lowest cost that still is effective.

In February 1, 2014, Kimberly Hills entered into an agreement with Mr. Shriver that was more cost-effective than most other agreements. The agreement called for a $6000 incentive to be paid to Shriver on 50 homes at the time the home becomes occupied. Shriver agreed to have all of the 50 homes rough set (i.e. set on blocks, leveled, and ready for the rest of the installation to commence, including repairs if needed) by December 31, 2014. Starting on January 1, 2015, Shriver was to pay the market rent on all of his homes (except for those which are occupied, as residents would then pay the homesite rent). Kimberly Hills' arrangement with Mr. Shriver did not include any rent concessions.

With 50 sites committed to be filled, no rent concessions, and an obligation to pay market rent starting on January 1, 2015, this was one of the least expensive arrangements made by Kimberly Hills.

Mr. Shriver had his 50 homes identified from the 208 flood-damaged homes in Evans. He was preparing those homes for transportation to Federal Heights during August and September of 2014.

Then the Notice and Order was issued by Federal Heights in early September (and again in mid-September). Shriver (and others) initially thought that the objections could be worked through and resolved. He (they) were surprised to eventually discover that there was no way forward with Federal Heights.



RESOURCES

SHRIVER 03054

Ms. Aimee Bove
September 16, 2016
Page 18 of 20

Due to the Federal Heights" Notices and Orders, Kimberly Hills
experienced the following losses:

1. Loss of 50 filled sites at an incentive of $6000, which had to be
   replaced with other arrangements, which on average were more
   expensive.
2. Loss of guaranteed rent on 50 homesites as of January 1, 2015.
   The replacement arrangements created income at later dates,
   representing a loss of income in the interim.
3. The increase of staff burden to replace the loss of 50 occupied
   sites.  One large arrangement had to be replaced with many
   smaller arrangements.

Kimberly Hills' damages are reduced by the following items:

1. As of now, no mitigating factors can be identified.


## Kimberly Hills Damages Model

A.   Assumptions and Inputs

1. <u>Tanya Wiebold As A Source</u>:  The MID agreements have been provided
   to me by Tanya.  I am relying on her to have provided all of the
   MID agreements.  She thinks that all of the agreements have been
   provided, but that there is always the possibility that one or
   two may be missing.  She does not keep the agreements onsite;
   they were requested from the owner's main office.

   I have relied upon statements Tanya has made, particularly in
   regard to details of how MID agreements work in the field.  For
   example, Tanya stated to me that in the case of Mr. Shriver's 50
   homes, the key performance date was that all 50 homes needed to
   be delivered to the community and rough set by December 31, 2014.
   Repairs could then be completed over time.  Normal MID agreements
   call for installation to be complete within 60 days of arrival.
   Mr. Shriver was granted an alternative deadline, which is
   reasonable given the number of homes he was scheduled to move in.

   The MID agreements make no mention of the need for a home to be
   repaired.  Thus, field interpretation is needed.  Tanya has been
   my source for such interpretations.

2. <u>Time Period</u>:  The time period for this model is the last 50 MID
   agreements, since these are the ones that would have not existed
   if the Shriver agreement had not been interrupted.  I worked
   backwards from current day to November 2014.

3.  <u>"MID" Agreements</u>:  Kimberly Hills memorializes its move-in

---



Ms. Aimee Bove
September 16, 2016
Page 19 of 20

incentives and rent concessions using a one-page agreement that they refer to as a "MID Agreement". "MID" stands for Mover-Investor-Dealer and refers to anyone or entity who professionally causes houses to become available for sale or rent at the community.

A MID agreement applies to one specific homesite. The agreement is signed between the Mover-Investor-Dealer and community owner's "Account Manager", a position that most larger community owners would call Regional Manager or Regional Director of Marketing.

The MID agreement states that the intended home will be set-up and will have gained an occupancy permit with 60 days of the agreement being executed. The agreement also states that the details of the intended home must be pre-approved by the Account Manager prior to the home arriving at the community (before "proceeding with HOME move-in" is the language).

The agreement waives homesite rent charges until the home is first rented or sold. The agreement also may waive rent charges for up to 60 days if the home becomes vacant after first being sold or rented (if the community occupancy is less than 95%).

The agreement has a claw-back provision. The move-in incentive may be demanded to be repaid in full if the home is removed from the community prior to the payment of 84 months of homesite rent. In my opinion it is likely that the claw-back in practice would apply to move-in incentive monies paid but not to any rent incentives used by a family.

It is important to note (or note again) that the amount of move-in incentive and rent concessions, individually or combined, vary widely agreement to agreement.

Important dates of a MID agreement include (1) the home arrival date, since this starts the 60-day period to complete installation

In my view, the agreement for 50 homes between Mr. Shriver and Kimberly Hills was essentially an agreement to enter into 50 MID agreements.

4. Mid-Month Move-Ins: Many residents moved-in mid-month. The model assumes that homesite revenue starts on the first day of the following month.

5. Future Rental Rates: Some of the rent concessions are expressed as a percentage of rent in the future. Because the future rental rates are unknown, I have used the current rate of $652 for all

**Manufactured Housing Resources Group**



SHRIVER 03056

Ms. Aimee Bove
September 16, 2016
Page 20 of 20

future months, even for months going past March 2017, when the
rental rate will likely be increased.

6. <u>Loss Due to Delay</u>:  Mr. Shriver's agreement called for him to pay
rent on all 50 houses starting on January 1, 2015.  Both Mr.
Shriver and Tanya Wiebold have told me that rent would begin on
January 1, 2015 (or earlier if a house is occupied earlier).  It
is reasonable to think that the fact that his agreement does not
state a rent concession amount is an indication that there is
none.

7. <u>Multi-Section Houses</u>:  Multi-section houses qualify for a normal
incentive of $7500 as opposed to $6000 for single section homes.
Mr. Shriver intended to bring in 11 multi-section homes, but had
not asked for a larger incentive on those homes.  To be
conservative, the cost is adjusted downward as if all homes were
single section.

8. <u>Discount Rate</u>:  Given the short time period of less than 24
months, I have not made use of a discount factor.


B.    Calculations and Outputs

The entire worksheet is attached as Exhibit E.  The worksheet has been
prepared in Microsoft Excel.

1. <u>Cost of What Actually Happened</u>:  Kimberly Hills spent $453,191
(adjusted) on incentives and concessions and lost $203,516 in
rent due to the delay of having to start over.  Total cost is
then $656,707.

2. <u>Shriver Cost and Subsequent Damages</u>:  The cost of the Shriver
alternative would have been $300,000.  The difference of $356,707
represents damages to Kimberly Hills.


Aimee, it has been a pleasure to work with you and BNK Murray on
this assignment.  Please direct any questions to me.

Sincerely,

MHRG, INC. DBA MANUFACTURED HOUSING RESOURCES GROUP

R P Knoll, Pres

Roderick Knoll, President

RESOURCES

# QUALIFICATIONS OF

## RODERICK P. KNOLL, PRESIDENT
## MANUFACTURED HOUSING RESOURCES GROUP

### I.   GENERAL INFORMATION

Office Address:                1031 Harper Street
                               Louisville, Colorado  80027
                               (303) 442-4402
                               (303) 641-7227 (mobile)
                               (626) 228-2056 (fax)
                               e-mail:RoderickKnoll@gmail.com

### II.   EDUCATION

Bachelor of Business Administration, Southern Methodist
University.  1983

Was graduated with honors.

### III.   WORK EXPERIENCE

**President, Manufactured Housing Resources Group (MHRG) — Since 1987**

At MHRG, I provide services to owners and developers of manufactured
housing properties.   Services include pre-purchase due diligence, pre-
construction market research, expert witness consulting, property
brokerage, and construction and permanent financing.

Special project have included: portfolio due diligence, MH community
closure, auction of a manufactured home portfolio, and appraisal of
manufactured home portfolios on a mass basis.

Outside the manufactured housing industry I have arranged financing for
industrial buildings, multifamily properties, subdivision developments,
homebuilder lines of credit and other commercial property loans.

SHRIVER 03001

Additionally, I have provided management guidance and strategy to business owners (up to $10 million in annual sales).

In the non-profit sector, I have originated projects for non-profit developers and I provide training for a nationwide non-profit housing organization.

Prior to 1987, I worked for Manufactured Housing Resources Group as an Associate. My work included extensive market research across the U.S. A special project was the marketing of 3000 repossessed manufactured homes for a lender and the work-out of many development loans in default. As part of this assignment, a team of us became bank employees for several years. During this time, I learned the inner workings of the bank, including practice in obtaining loan approvals. The bank had over $3 billion in assets at the time.

## IV. CLIENT SERVICES CONDUCTED

### Clients (sampling)

Alegre Communities
AMC REIT, Inc.
American Federal Savings
American Realty Corporation
Bellamah Community Development
The Birger Group
Carlsberg Management Company
Mr. Bert Caster
City of Boulder, CO
City of Manhattan, KS
Clayton Bank and Trust
Clayton, Williams & Sherwood/Security Capital
CREICO-Colorado Real Estate Investment Co.
DeAnza Corporation
Mr. Charles Fanaro
Field Corporation/Shelter America Corp.
Mr. David Gough
Highland Realty
Homefree Village Resorts
JLT Associates/Turzer Reports
Mr. Steve Levine
Mabrey Partners
Martin Farrell Homes
Metro Wastewater Reclamation District
NeighborWorks America
NeighborWorks of Montana/Montana Homeownership Network
Mr. Wayne Newsome
Mr. Randy Reiner
Rimco Construction

2

SHRIVER 03002

ROC Properties/Chateau Communities
ROCUSA
Roberts Resorts
Southern Parks, Inc.
Stockbridge Real Estate Funds
Sun Communities, Inc.
Trinity Business Group
Uniprop, Inc.
Yes! Communities

**Assignments (sampling)**

Property Business Plan, Phoenix, AZ.

Property Business Plan, Austin, TX.

Property Business Plan, San Angelo, TX.

Eminent Domain Consulting, Brighton, CO

Eminent Domain Consulting, Colorado Springs, CO

Eminent Domain Consulting, Indianapolis, IN

Expert Witness Testimony, Denver, CO

Expert Witness Testimony, Orlando, FL

Expert Witness Testimony, Des Moines, IA

Manufactured Home Mass Appraisals, Brighton, CO

Manufactured Home Mass Appraisals, TX, CO, MI, AZ

Manufactured Home Mass Auction, Brighton, CO

Brief Market Study, Flint, MI.

Brief Market Study, Atlantic City, NJ.

Market Feasibility Study, Tucson, AZ.

Market Feasibility Study, Collinsville, IL.

Brief Market Study, Leesville, LA.

Brief Market Study, Fountain, CO.

Brief Market Study, Daytona Beach, FL.

Brief Market Study, Davenport, IA.

3

SHRIVER 03003

Property Due Diligence, Mansfield, TX.

Home Sales Management, Denver, CO.

Home Sales Manual Prep., Western US.

Lender Relations, Western US.

HUD 207m Loan Request, Cedar Rapids, IA.

Brief Market Study, Ramona, CA

Market Feasibility Study and Task Force Consultant, Boulder, CO.

Demonstration Project Study, Manhattan, KS.

Property Acquisition Due Diligence, Austin, TX

Property Acquisition Due Diligence, Dallas/Fort Worth, TX

Property Acquisition Due Diligence, Corpus Christi, TX

Property Acquisition Due Diligence, Riverside, CA

Property Acquisition Due Diligence, Sicklerville, NJ

Property Acquisition Due Diligence, Vero Beach, Stuart, and Boynton Beach, FL

Property Acquisition Due Diligence, Orlando, FL

Property Acquisition Due Diligence, St. Petersburg, FL

Property Acquisition Due Diligence, Highlands County, FL

Property Acquisition Due Diligence, Flint, MI

Property Acquisition Due Diligence, Tucson, AZ

Property Financing, Fort Collins, CO

Property Financing, Louisville, CO

Brief Market Study, Colorado Springs, CO.

Marketing Plan, Shreveport, LA.

FHA Financing Processing, Shreveport, LA.

Property Brokerage, Colorado Springs, CO.

Market Feasibility Study, San Antonio, TX.

4

SHRIVER 03004

Zoning Testimony Preparation, Chicago, IL.

Market Feasibility Study and Update, Windsor, CO.

Market Feasibility Study, Milliken, CO.

Project Consulting, Grand Junction, CO.

Repossessed MH Marketing Plan, Colorado Springs, CO.

Repossessed MH Marketing Plan, Loveland, CO.

Repossessed MH Marketing Plan, Pueblo, CO.

Repossessed MH Marketing Plan, Oklahoma City, OK.

Repossessed MH Marketing Plan, Tulsa, OK.

Repossessed MH Marketing Plan, Nashville, TN.

Repossessed MH Marketing Plan, Amarillo, TX.

Repossessed MH Marketing Plan, Austin, TX.

Repossessed MH Marketing Plan, Bryan-College Station, TX.

Repossessed MH Marketing Plan, Dallas, TX.

Repossessed MH Marketing Plan, Fort Worth, TX.

Brief Market Study, Covington, LA.

Brief Market Study, Fort Worth, TX.

Land Rezoning, Boulder, CO.

Project Consulting, Frederick, CO.

Brief Market Study, Denton, TX.

Litigation Testimony Preparation, Greeley, CO.

Market Feasibility Study, Denver, CO.

Brief Market Study, Denver, CO.

Brief Market Study, Las Vegas, NV.

Seller Agency Brokerage, Largo, FL.

Market Research and Site Selection, Palm Springs, CA.

SHRIVER 03005

Lender Relations, Phoenix, AZ.

Brief Market Study, Redding, CA.

HUD Title X Financing, Redding, CA.

Brief Market Study, Branson, MO

Brief Market Study, Limon, CO.

HUD 207m Loan Request, Limon, CO.

Market Feasibility Study, Colorado Springs, CO.

Market Feasibility Study, Charleston, SC.

Brief Market Study, Prescott, AZ

Loan Request, Juneau, AK

Brief Market Study, Victorville, CA.

Property Brokerage, Fort Collins, CO

Property Brokerage, Lafayette, CO

Property Brokerage, Omaha, NE

Marketing Plan, Seguin, TX.

Regulatory Officials Survey, New Mexico.

Brief Market Study, Reno, NV.

Brief Market Study, Canon City, CO.

Private Placement of Equity, Columbia, MD

Market Feasibility Study, Sebring, FL.

Marketing Database, Florida.

Comprehensive Market Study, Muncie, IN

Brief Market Study, Vero Beach, FL.

Marketing Plan, Lake Tenkiller, OK.

Brief Market Study, Edgewater, FL.

Brief Market Study, Flint, MI.

6

SHRIVER 03006

Market Study Update, Houston, TX.

Brief Market Study, Des Moines, IA

Brief Market Study, Tucson, AZ.

Market Feasibility Study, Pensacola, FL.

Brief Market Study, Pittsburgh, PA.

Property Brokerage, Los Lunas, NM

Market Feasibility Study, Denver, CO.

Property Brokerage, Pueblo, CO

Property Acquisition Due Diligence, Indio, CA.

Property Acquisition Due Diligence, Santee, CA.

Property Annexation and Rezoning, Davenport, IA

207m Financing Request, Ithaca, NY.

Marketing Field Trip, Florida.

Brief Market Study, Hudson, NY.

Military Housing Project Evaluation, Ft. Bragg, NC.

HUD Title X Loan Request, San Antonio, TX.

Market Feasibility Study, Carson City, NV.

Brief Market Study, Cleveland, TN

Brief Market Study, Union County, TN

Brief Market Study, Sevierville, TN

Site Selection, Bilouxi, MS

Site Selection, Myrtle Beach, SC

Brief Market Study, Columbus, OH.

Buyer Agency Brokerage, Fort Collins, CO.

Brief Market Study, Jacksonville, NC.

Brief Market Study, Atlanta, GA.

7

Brief Market Study, Loveland-Fort Collins, CO.

Brief Market Study, Albuquerque, NM.

Market Feasibility Study, Indianapolis, IN.

Brief Market Study, Aurora, CO.

## V.   CONFERENCE ADDRESSES

Manufactured Housing Institute MH Congress, "Development Seminar," Las Vegas, NV, 2016

Manufactured Housing Institute MH Congress, "Development Seminar," Las Vegas, NV, 2015

Manufactured Housing Institute MH Congress, "Selling Homes in Land Lease Communities — Scott Roberts Interview," Las Vegas, NV, 2015

Manufactured Housing Institute MH Congress, "Park Closure Versus Renovation," Las Vegas, NV, 2014

Manufactured Housing Institute MH Congress, "Manufactured Housing in Energy Impact Areas," Las Vegas, NV, 2013

Manufactured Housing Institute MH Congress, "Project Financing: Try Putting Your Hand in the Government's Pocket," Las Vegas, NV, 2010

Manufactured Housing Institute MH Congress, "Coping With Crisis: How To Survive When the Bottom Falls Out From Your Project," Las Vegas, NV, 2009

Manufactured Housing Institute MH Congress, "Never Again: How To Recession-Proof Yourself," Las Vegas, NV, 2009

Manufactured Housing Institute Land Development Conference, "Finance and Strategy," Las Vegas, NV, 2008

Manufactured Housing Institute Land Development Conference, "The Market Matrix," Multiple Locations, 2000-2007

Manufactured Housing Institute Land Development Conference, "Perfecting the Pro Forma," Multiple Locations, 1998-2008

Manufactured Housing Institute Land Development Conference, "Project Financing," Multiple Locations, 1998-2006

SHRIVER 03008

Manufactured Housing Institute Land Development Conference, "A Journey Through the Development Cycle," San Diego, CA, 1997

Manufactured Housing Institute Land Development Conference, "A Journey Through the Development Cycle," Raleigh, NC, 1996

Manufactured Housing Institute Land Development Conference, "Financing the Customer," Dallas, TX, 1996

Manufactured Housing Institute Land Development Conference, "Project Financing," Seattle, WA, 1995

Manufactured Housing Institute Land Development Conference, "Project Financing," Detroit, MI, 1995

Manufactured Housing Institute Land Development Conference, "Project Financing," Denver, CO, 1995

Crittenden Financing Conference, "Financing Manufactured Housing Communities," Atlanta, GA, 1992

Crittenden Financing Conference, "Financing Manufactured Housing Communities," Orlando, FL, 1992

Crittenden Financing Conference, "Financing Manufactured Housing Communities," Arlington, VA, 1992

Manufactured Housing Land Development Marketing/Management Conference, "Project Feasibility: The Go/No Go Decision," Baltimore, MD, 1988.

Manufactured Housing Land Development Marketing/Management Conference, "New Techniques in Planning and Obtaining Zoning," Baltimore, MD, 1988.

Development & Marketing Trends in Manufactured Housing: 1987, "Financing: Case Studies in Parks, Subdivisions, and End Loans," Scottsdale, AZ, 1987.

Washington-Montana-Nevada-Idaho-Utah Regional Conference, "Market Research," Coeur d' Alene, ID, 1987.

Marketing the Manufactured Housing Project, "Market Research and Marketing Studies," Dallas, TX, 1986.

Manufactured Housing Land Development: What's Hot – What's Not, "Project Sequencing," Dallas, TX - Tampa, FL, 1985.

Manufactured Housing Land Development: What's Hot – What's Not, "Construction and Development Costs," Dallas, TX - Tampa, FL, 1985.

SHRIVER 03009

## VI.  LITIGATION CONSULTING

All Cases Within Previous Four Years:

April 2016 to July 2016
Ayala et al vs. Yes! Companies, LLC et al
Cause Number: 15-08495-211
Judicial District Court — Denton County, Texas
Wilson Elser Moskowitz Edelman & Dicker LLP
Matter settled prior to expert report and deposition.

Beyond Four Years:

I have prodived expert consulting on another 4 or 5 cases during the
1980's and 1990's.  I no longer have the details available.  Many of
the cases involved condemnation of property, especially manufactured
housing communities.


## VII.  PUBLICATIONS

All Publications Within Past 10 Years:

DVD and software series (self published):

"Projects That Work in Tough Times — or Great Times" DVD, 2008
Land-Lease Community Pro Forma — Concise Edition, 2006
Land-Lease Community Pro Forma — Comprehensive Edition, 2006
Subdivision Pro Forma — Concise Edition, 2006
Subdivision Pro Forma — Comprehensive Edition, 2006
"Bank Secrets" DVD, 2006
Project Financing — Land-Lease Community, 2006
Project Financing — Subdivision, 2006
"The Market Matrix" DVD, 2006


Sampling of Publications Beyond 10 Years:

Renewing Your Manufactured Housing Community, Manufactured Housing
Institute, Arlington, VA, 2004. (with Don Westphal and Craig White)

"Perfecting the Pro Forma," Modern Homes Development, Manufactured
Housing Institute, Arlington, VA, January, 2001.

"Meeting the Market: The Right Product is the Key to Success,"
Modern Homes Development, Manufactured Housing Institute, Arlington,
VA, May, 2001.

"Meeting the Market: Selecting the Right Type of Product is Key,"
Modern Homes Development, Manufactured Housing Institute, Arlington,
VA, Spring/Summer, 2002.

10

SHRIVER 03010

## VIII.  AWARDS

High Meadows Development Co., LLC, "Best New Subdivision for 1996" presented by the Colorado Manufactured Housing Association, September, 1996

High Meadows Development Co., LLC, "Best New Home Under $100,000 for 1996" presented by the Colorado Manufactured Housing Association, September, 1996

High Meadows Development Co., LLC, "Best New Home Over $100,000 for 1996" presented by the Colorado Manufactured Housing Association, September, 1996

High Meadows Development Co., LLC, "Building Innovation For Homeownership" presented by the National Partners in Homeownership, an initiative of the Department of Housing and Urban Development, October, 1996

## IX.  MEMBERSHIPS, CERTIFICATIONS & LICENSES

Rocky Mountain Home Association (aka Colorado Manufactured Housing Association)

Manufactured Housing Institute

Housing Colorado

NADA National MH Valuation System (certified 1986; recertified 2010 and 2016)

Colorado Real Estate Broker's License, 1985–Current

## X.  ACADEMIC APPOINTMENTS

University of Colorado, School of Environmental Design, Studio in Affordable Housing, Jury Member, Spring 1988.

University of Colorado, School of Environmental Design, Studio in Affordable Housing, Jury Member, Fall, 1988.

University of Colorado, School of Environmental Design, Studio in Affordable Housing, Jury Member, Spring 1989

11

SHRIVER 03011

## XI.   COMPENSATION SCHEDULE

Professional Services:

Consulting, Research, Report Preparation, Communications, Testimony Preparation  $125/hr
(10 minute increments)

Testimony        $150/hour
(8 hour minimum)

Fieldwork     $125/hour
(5 hour or 10 hour minium for half-day or full-day)

Reimbursable Expenses:

Travel at cost or by pre-approved flat allowance
Mileage: 0.50/mile

Digital Photos     $1 per photo on disk

Photocopies and Other Administrative Expenses at cost

12

SHRIVER 03012

Shriver Homes
September 16, 2016
Page 1

**Shriver Rental Homes**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| RENT DUE KIMBERLY HILLS | | | | | | | |
| Rental Rate | $ 604 | $ 604 | $ 627 | $ 627 | $ 627 | $ 627 | $ 627 |
| Contract Obligation (50 sites) | $ 30,200 | $ 30,200 | $ 31,350 | $ 31,350 | $ 31,350 | $ 31,350 | $ 31,350 |
| Paid By Residents | $ 4,832 | $ 7,248 | $ 10,032 | $ 12,540 | $ 15,048 | $ 17,556 | $ 20,064 |
| Paid By Shriver | $ 25,368 | $ 22,952 | $ 21,318 | $ 18,810 | $ 16,302 | $ 13,794 | $ 11,286 |

SHRIVER 03026

Shriver Homes
September 16, 2016
Page 2

**Shriver Rental Homes**

| | 8 | 9 | 10 | 11 | 12 | Total |
|---|---|---|---|---|---|---|
| RENT DUE KIMBERLY HILLS | | | | | | |
| Rental Rate | $ 627 | $ 627 | $ 627 | $ 627 | $ 627 | |
| Contract Obligation (50 | $ 31,350 | $ 31,350 | $ 31,350 | $ 31,350 | $ 31,350 | $ 373,900 |
| Paid By Residents | $ 22,572 | $ 25,707 | $ 28,842 | $ 31,350 | $ 31,350 | $ 227,141 |
| Paid By Shriver | $ 8,778 | $ 5,643 | $ 2,508 | $ – | $ – | $ 146,759 |
| | | | | Rounded | | $ 147,000 |

SHRIVER 03027

# BREAKDOWN OF REPAIR AND SET-UP COSTS

## STANDARD REPAIR COSTS

1. <u>Standard Exterior Repair Costs for Single Section Homes:</u>

Prep/Paint/Caulk,
    Third-Party Contractor:  $400
Roof Repair:
    In-House Materials:  $300
    In-House Labor:  $200
Windows (9-12 count; MH type vinyl; dual pane liner and insulation house-type; 2 count):
    In-House Materials:  $1,400
    In-House Labor:  $600
Underside:
    In-House Materials:  $500
    In-House Labor:  $300
Doors:
    In-House Materials:  $320
    In-House Labor:  $200
Air Conditioner:
    In-House Materials:  $900
    In-House Labor:  $300

**Subtotals of Exterior Repair Items for Single Section Homes:**
**In House Materials:  $3,240**
**In-House Labor:  $1,600**
**Subtotal of Third Party Contractors:  $400**

2. <u>Standard Exterior Repair Costs for Multi-Section Homes:</u>

Prep/Paint/Caulk,
    Third-Party Contractor:  $600
Roof Repair:
    In-House Materials:  $450
    In-House Labor:  $300
Windows (9-12 count; MH type vinyl; dual pane liner and insulation house-type; 2 count):
    In-House Materials:  $1,400
    In-House Labor:  $600
Underside:
    In-House Materials:  $750
    In-House Labor:  $450
Doors:
    In-House Materials:  $320
    In-House Labor:  $200
Air Conditioner:

In-House Materials:  $900
In-House Labor:  $300

### Subtotals of Exterior Repair Items for Multi-Section Homes:
**In House Materials:  $3,820**
**In-House Labor:  $1,850**
**Third Party Contractors:  $600**

3.   <u>Standard Interior Repair Costs for Single Section Homes:</u>

Demolition:
In-House Labor:  $300
Sub-Floor and Wall Studs:
In-House Materials:  $1,200
In-House Labor:  $800
Drywall/Tape/Mud:
Third-Party Contractor:  $1,800
Prep/Paint/Caulk:
Third-Party Contractor:  $400
Furnace (70K BTU unless small):
In-House Materials:  $1,000
Water Heater (40 gallon electric):
In-House Materials:  $350
Plumbing System (Varies $200-$600):
Third-Party Contractor:  $400
Fixtures – Master Bath:
In-House Materials:  $500
In-House Labor:  $200
Fixtures – Second Bath:
In-House Materials:  $300
In-House Labor:  $200
Kitchen Cabinets/Counter:
Third-Party Contractor:  $1,400
Flooring (Carpet & Vinyl):
Third-Party Contractor:  $1,500
Refrigerator (24 cubic feet):
In-House Materials:  $800
Dishwasher:
In-House Materials:  $500
Range:
In-House Materials:  $500
Garbage Disposal:
In-House Materials:  $100
Light Fixtures:
In-House Materials:  $100
Window Blinds:
In-House Materials:  $300
Doors:

In-House Materials:  $300
In-House Labor:  $300
Safety Detectors:
In-House Materials:  $300
Final Cleaning:
Third-Party Contractor:  $200
Air Quality Testing:
Third-Party Contractor:  $300
Materials – General:
In-House Labor:  $500
Labor – General:
In-House Materials:  $1,000

**Subtotals of Interior Repair Items for Single Section Homes:**
**In House Materials:  $7,250**
**In-House Labor:  $2,300**
**Third Party Contractors:  $6,000**

4. Standard Interior Repair Costs for Multi-Section Homes:

Demolition:
In-House Labor:  $600
Sub-Floor and Wall Studs:
In-House Materials:  $1,800
In-House Labor:  $1,200
Drywall/Tape/Mud:
Third-Party Contractor:  $2,800
Prep/Paint/Caulk:
Third-Party Contractor:  $600
Furnace (70K BTU unless small):
In-House Materials:  $1,000
Water Heater (40 gallon electric):
In-House Materials:  $350
Plumbing System (Varies $200-$600):
Third-Party Contractor:  $400
Fixtures – Master Bath:
In-House Materials:  $500
In-House Labor:  $200
Fixtures – Second Bath:
In-House Materials:  $300
In-House Labor:  $200
Kitchen Cabinets/Counter:
Third-Party Contractor:  $1,400
Flooring (Carpet & Vinyl):
Third-Party Contractor:  $2,000
Refrigerator (24 cubic feet):
In-House Materials:  $800
Dishwasher:

In-House Materials:  $500
Range:
     In-House Materials:  $500
Garbage Disposal:
     In-House Materials:  $100
Light Fixtures:
     In-House Materials:  $150
Window Blinds:
     In-House Materials:  $300
Doors (5 doors and 3 closet):
     In-House Materials:  $300
     In-House Labor:  $300
Safety Detectors (2 CO2 and 4 smoke):
     In-House Materials:  $300
Final Cleaning:
     Third-Party Contractor:  $250
Air Quality Testing:
     Third-Party Contractor:  $300
Materials – General:
     In-House Labor:  $750
Labor – General:
     In-House Materials:  $1,500

**<u>Subtotals of Interior Repair Items for Multi-Section Homes</u>:**
**In House Materials:  $8,400**
**In-House Labor:  $3,250**
**Third Party Contractors:  $7,750**

**TOTALS FOR STANDARD REPAIR COSTS SINGLE SECTION HOMES:**
**In House Materials:  $10,670**
**In-House Labor:  $3,900**
**Third Party Contractors:  $6,400**

**TOTALS FOR STANDARD REPAIR COSTS MULTI-SECTION HOMES:**
**In House Materials:  $12,220**
**In-House Labor:  $5,100**
**Third Party Contractors:  $8,350**

**SINGLE SECTION TOTAL:  $20,970**
**MULTI-SECTION TOTAL:  $25,670**

EXHIBIT A

## SET-UP COSTS

    1.   <u>Set-Up Costs for Single Section Homes:</u>

Rough Set:
    In-House Labor:  $700
ABS Pads:
    In-House Materials:  $100
Concrete Blocks:
    In-House Materials:  $75
Tie-Down System:
    In-House Materials:  $75
Vapor Barrier:
    In-House Materials:  $60
Lumber/Wedges:
    In-House Materials:  $80
Materials – General:
    In-House Materials:  $50
Plumbing Connections:
    In-House Materials:  $150
    In-House Labor:  $150
Skirting:
    In-House Materials:  $600
    In-House Labor:  $300
Deck/Steps:
    In-House Materials:  $800
    In-House Labor:  $400
Electrical Connection:
    Third-Party Contractor:  $500
Installation Permit:
    Third-Party Contractor:  $270
Electrical Permit:
    Third-Party Contractor:  $100

**<u>Totals of Set-Up Costs for Single Section Homes</u>:**
**In House Materials:  $1,990**
**In-House Labor:  $1,550**
**Third Party Contractors:  $870**

    2.   <u>Set-Up Costs for Multi-Section Homes:</u>

Rough Set:
    In-House Labor:  $700
ABS Pads:
    In-House Materials:  $150

EXHIBIT A

Concrete Blocks:
    In-House Materials:  $100
Tie-Down System:
    In-House Materials:  $75
Vapor Barrier:
    In-House Materials:  $60
Lumber/Wedges:
    In-House Materials:  $130
Materials – General:
    In-House Materials:  $50
Plumbing Connections:
    In-House Materials:  $200
    In-House Labor:  $200
Skirting:
    In-House Materials:  $600
    In-House Labor:  $300
Deck/Steps:
    In-House Materials:  $800
    In-House Labor:  $400
Electrical Connection:
    Third-Party Contractor:  $500
Installation Permit:
    Third-Party Contractor:  $270
Electrical Permit:
    Third-Party Contractor:  $100

<u>**Totals of Set-Up Costs for Multi-Section Homes:**</u>
**In House Materials:  $2,165**
**In-House Labor:  $1,600**
**Third Party Contractors:  $870**

**SINGLE SECTION TOTAL:  $4,410**
**MULTI-SECTION TOTAL:  $4,635**

# TOTAL REPAIRS AND SET-UP:

**Single Section Total:  $25,380**
**Multi-Section Total:  $30,305**

Shriver Rental Homes
September 16, 2016
Page 1

**SHRIVER RENTAL HOMES**
**Kimberly Hills MHC, Federal Heights, CO**
**Starting January 2015**

| | Base Amount | Annual Growth | Percent of Income | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INCOME: | | | | | | | | | | | |
| Base Rent | | 2.50% | | $ 174,022 | $ 287,640 | $ 294,831 | $ 302,202 | $ 309,757 | $ 317,501 | $ 325,438 | $ 333,574 |
| Less vacancy & Credit Loss | | | 3.00% | $ - | $ (8,629) | $ (8,845) | $ (9,066) | $ (9,293) | $ (9,525) | $ (9,763) | $ (10,007) |
| *ADJUSTED GROSS INCOME* | | | | $ 174,022 | $ 279,011 | $ 285,986 | $ 293,136 | $ 300,464 | $ 307,976 | $ 315,675 | $ 323,567 |
| | | | | | | | | | | | |
| Less EXPENSES: | | | | | | | | | | | |
| Operations | | | | | | | | | | | |
| Property Management | | | 5.00% | $ 8,701 | $ 13,951 | $ 14,299 | $ 14,657 | $ 15,023 | $ 15,399 | $ 15,784 | $ 16,178 |
| Admin/Legal | | | 2.00% | $ 3,480 | $ 5,580 | $ 5,692 | $ 5,806 | $ 5,922 | $ 6,040 | $ 6,161 | $ 6,284 |
| Repairs, Maintenance, and Reserves | | | | | | | | | | | |
| Repairs | | | 2.50% | $ 4,351 | $ 6,975 | $ 7,150 | $ 7,328 | $ 7,512 | $ 7,699 | $ 7,892 | $ 8,089 |
| Replacement Reserves | $ 300 | 2.00% | | $ 8,875 | $ 15,000 | $ 15,300 | $ 15,606 | $ 15,918 | $ 16,236 | $ 16,561 | $ 16,892 |
| Turn-Over Reserves | $ 150 | 2.00% | | $ 4,438 | $ 7,500 | $ 7,650 | $ 7,803 | $ 7,959 | $ 8,118 | $ 8,281 | $ 8,446 |
| Taxes and Insurance | | | | | | | | | | | |
| Insurance | | 2.50% | | $ 13,017 | $ 22,000 | $ 22,550 | $ 23,114 | $ 23,692 | $ 24,284 | $ 24,891 | $ 25,513 |
| Real Estate Taxes | | 2.50% | | $ 7,786 | $ 13,160 | $ 13,489 | $ 13,826 | $ 14,172 | $ 14,526 | $ 14,889 | $ 15,262 |
| *TOTAL EXPENSES* | | | | $ 50,648 | $ 84,166 | $ 86,130 | $ 88,140 | $ 90,197 | $ 92,303 | $ 94,459 | $ 96,665 |
| NET OPERATING INCOME: | | | | $ 123,375 | $ 194,845 | $ 199,856 | $ 204,996 | $ 210,267 | $ 215,673 | $ 221,216 | $ 226,902 |
| | | | | | | | | | | | |
| TOTAL CASH FLOW: | | | | $ 123,375 | $ 194,845 | $ 199,856 | $ 204,996 | $ 210,267 | $ 215,673 | $ 221,216 | $ 226,902 |
| Discount Rate Factor | | 9.80% | | | | | | | | | |
| | | | | | | | | | | | |
| PRESENT WORTH OF CASH FLOW: | | | | $112,363 | $161,616 | $150,977 | $141,038 | $131,753 | $123,078 | $114,974 | $107,404 |

TOTAL PRESENT VALUE:    $2,394,123      Alt formula:
                                 $2,394,123

Less: Costs of Home Repair    $ 1,170,000

NET PRESENT VALUE:    $ 1,224,123



Shriver Rental Homes
September 16, 2016
Page 2

|  | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME**: | | | | | | | | | | | |
| Base Rent | $ 341,914 | $ 350,461 | $ 359,223 | $ 368,204 | $ 377,409 | $ 386,844 | $ 396,515 | $ 406,428 | $ 416,588 | $ 427,003 | $ 437,678 |
| Less vacancy & Credit Loss | $ (10,257) | $ (10,514) | $ (10,777) | $ (11,046) | $ (11,322) | $ (11,605) | $ (11,895) | $ (12,193) | $ (12,498) | $ (12,810) | $ (13,130) |
| *ADUSTED GROSS INCOME* | $ 331,656 | $ 339,948 | $ 348,446 | $ 357,157 | $ 366,086 | $ 375,239 | $ 384,619 | $ 394,235 | $ 404,091 | $ 414,193 | $ 424,548 |
| | | | | | | | | | | | |
| Less EXPENSES: | | | | | | | | | | | |
| Operations | | | | | | | | | | | |
| Property Management | $ 16,583 | $ 16,997 | $ 17,422 | $ 17,858 | $ 18,304 | $ 18,762 | $ 19,231 | $ 19,712 | $ 20,205 | $ 20,710 | $ 21,227 |
| Admin/Legal | $ 6,410 | $ 6,538 | $ 6,669 | $ 6,802 | $ 6,938 | $ 7,077 | $ 7,219 | $ 7,363 | $ 7,510 | $ 7,660 | $ 7,814 |
| Repairs, Maintenance, and Reserves | | | | | | | | | | | |
| Repairs | $ 8,291 | $ 8,499 | $ 8,711 | $ 8,929 | $ 9,152 | $ 9,381 | $ 9,615 | $ 9,856 | $ 10,102 | $ 10,355 | $ 10,614 |
| Replacement Reserves | $ 17,230 | $ 17,575 | $ 17,926 | $ 18,285 | $ 18,651 | $ 19,024 | $ 19,404 | $ 19,792 | $ 20,188 | $ 20,592 | $ 21,004 |
| Turn-Over Reserves | $ 8,615 | $ 8,787 | $ 8,963 | $ 9,142 | $ 9,325 | $ 9,512 | $ 9,702 | $ 9,896 | $ 10,094 | $ 10,296 | $ 10,502 |
| Taxes and Insurance | | | | | | | | | | | |
| Insurance | $ 26,151 | $ 26,805 | $ 27,475 | $ 28,162 | $ 28,866 | $ 29,588 | $ 30,327 | $ 31,085 | $ 31,863 | $ 32,659 | $ 33,476 |
| Real Estate Taxes | $ 15,643 | $ 16,034 | $ 16,435 | $ 16,846 | $ 17,267 | $ 17,699 | $ 18,141 | $ 18,595 | $ 19,060 | $ 19,536 | $ 20,024 |
| *TOTAL EXPENSES* | $ 98,924 | $ 101,236 | $ 103,602 | $ 106,024 | $ 108,504 | $ 111,042 | $ 113,640 | $ 116,299 | $ 119,021 | $ 121,808 | $ 124,660 |
| NET OPERATING INCOME: | $ 232,732 | $ 238,712 | $ 244,844 | $ 251,133 | $ 257,583 | $ 264,197 | $ 270,980 | $ 277,936 | $ 285,070 | $ 292,385 | $ 299,888 |
| | | | | | | | | | | | |
| TOTAL CASH FLOW: | $ 232,732 | $ 238,712 | $ 244,844 | $ 251,133 | $ 257,583 | $ 264,197 | $ 270,980 | $ 277,936 | $ 285,070 | $ 292,385 | $ 299,888 |
| Discount Rate Factor | | | | | | | | | | | |
| | | | | | | | | | | | |
| PRESENT WORTH OF CASH FLO | $100,331 | $93,724 | $87,552 | $81,785 | $76,399 | $71,367 | $66,666 | $62,274 | $58,172 | $54,339 | $50,759 |

TOTAL PRESENT VALUE:

Less: Costs of Home Repair

NET PRESENT VALUE

SHRIVER 03029



Shriver Rental Homes
September 16, 2016
Page 3

| | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME:** | | | | | | | | | | | |
| Base Rent | $ 448,620 | $ 459,836 | $ 471,332 | $ 483,115 | $ 495,193 | $ 507,573 | $ 520,262 | $ 533,268 | $ 546,600 | $ 560,265 | $ 574,272 |
| Less vacancy & Credit Loss | $ (13,459) | $ (13,795) | $ (14,140) | $ (14,493) | $ (14,856) | $ (15,227) | $ (15,608) | $ (15,998) | $ (16,398) | $ (16,808) | $ (17,228) |
| *ADUSTED GROSS INCOME* | $ 435,162 | $ 446,041 | $ 457,192 | $ 468,621 | $ 480,337 | $ 492,345 | $ 504,654 | $ 517,270 | $ 530,202 | $ 543,457 | $ 557,044 |
| **Less EXPENSES:** | | | | | | | | | | | |
| Operations | | | | | | | | | | | |
| Property Management | $ 21,758 | $ 22,302 | $ 22,860 | $ 23,431 | $ 24,017 | $ 24,617 | $ 25,233 | $ 25,864 | $ 26,510 | $ 27,173 | $ 27,852 |
| Admin/Legal | $ 7,970 | $ 8,129 | $ 8,292 | $ 8,458 | $ 8,627 | $ 8,799 | $ 8,975 | $ 9,155 | $ 9,338 | $ 9,525 | $ 9,715 |
| Repairs, Maintenance, and Reserves | | | | | | | | | | | |
| Repairs | $ 10,879 | $ 11,151 | $ 11,430 | $ 11,716 | $ 12,008 | $ 12,309 | $ 12,616 | $ 12,932 | $ 13,255 | $ 13,586 | $ 13,926 |
| Replacement Reserves | $ 21,424 | $ 21,852 | $ 22,289 | $ 22,735 | $ 23,190 | $ 23,653 | $ 24,127 | $ 24,609 | $ 25,101 | $ 25,603 | $ 26,115 |
| Turn-Over Reserves | $ 10,712 | $ 10,926 | $ 11,145 | $ 11,367 | $ 11,595 | $ 11,827 | $ 12,063 | $ 12,305 | $ 12,551 | $ 12,802 | $ 13,058 |
| Taxes and Insurance | | | | | | | | | | | |
| Insurance | $ 34,312 | $ 35,170 | $ 36,050 | $ 36,951 | $ 37,875 | $ 38,821 | $ 39,792 | $ 40,787 | $ 41,806 | $ 42,852 | $ 43,923 |
| Real Estate Taxes | $ 20,525 | $ 21,038 | $ 21,564 | $ 22,103 | $ 22,656 | $ 23,222 | $ 23,803 | $ 24,398 | $ 25,008 | $ 25,633 | $ 26,274 |
| *TOTAL EXPENSES* | $ 127,580 | $ 130,569 | $ 133,629 | $ 136,761 | $ 139,967 | $ 143,249 | $ 146,609 | $ 150,049 | $ 153,569 | $ 157,174 | $ 160,863 |
| NET OPERATING INCOME: | $ 307,581 | $ 315,472 | $ 323,563 | $ 331,861 | $ 340,370 | $ 349,096 | $ 358,045 | $ 367,222 | $ 376,633 | $ 386,284 | $ 396,180 |
| TOTAL CASH FLOW: | $ 307,581 | $ 315,472 | $ 323,563 | $ 331,861 | $ 340,370 | $ 349,096 | $ 358,045 | $ 367,222 | $ 376,633 | $ 386,284 | $ 396,180 |
| Discount Rate Factor | | | | | | | | | | | |
| PRESENT WORTH OF CASH FLO | $47,415 | $44,291 | $41,372 | $38,646 | $36,099 | $33,720 | $31,498 | $29,422 | $27,482 | $25,671 | $23,979 |

TOTAL PRESENT VALUE:

Less: Costs of Home Repair

NET PRESENT VALUE

SHRIVER 03030

Shriver Rental Homes
September 16, 2016
Page 4

| | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 |
|---|---|---|---|---|---|---|---|---|---|---|
| INCOME: | | | | | | | | | | |
| Base Rent | $ 588,629 | $ 603,344 | $ 618,428 | $ 633,889 | $ 649,736 | $ 665,979 | $ 682,629 | $ 699,694 | $ 717,187 | $ 735,116 |
| Less vacancy & Credit Loss | $ (17,659) | $ (18,100) | $ (18,553) | $ (19,017) | $ (19,492) | $ (19,979) | $ (20,479) | $ (20,991) | $ (21,516) | $ (22,053) |
| *ADUSTED GROSS INCOME* | $ 570,970 | $ 585,244 | $ 599,875 | $ 614,872 | $ 630,244 | $ 646,000 | $ 662,150 | $ 678,704 | $ 695,671 | $ 713,063 |
| | | | | | | | | | | |
| Less EXPENSES: | | | | | | | | | | |
| Operations | | | | | | | | | | |
| Property Management | $ 28,548 | $ 29,262 | $ 29,994 | $ 30,744 | $ 31,512 | $ 32,300 | $ 33,107 | $ 33,935 | $ 34,784 | $ 35,653 |
| Admin/Legal | $ 9,910 | $ 10,108 | $ 10,310 | $ 10,516 | $ 10,726 | $ 10,941 | $ 11,160 | $ 11,383 | $ 11,611 | $ 11,843 |
| Repairs, Maintenance, and Reserves | | | | | | | | | | |
| Repairs | $ 14,274 | $ 14,631 | $ 14,997 | $ 15,372 | $ 15,756 | $ 16,150 | $ 16,554 | $ 16,968 | $ 17,392 | $ 17,827 |
| Replacement Reserves | $ 26,638 | $ 27,170 | $ 27,714 | $ 28,268 | $ 28,833 | $ 29,410 | $ 29,998 | $ 30,598 | $ 31,210 | $ 31,834 |
| Turn-Over Reserves | $ 13,319 | $ 13,585 | $ 13,857 | $ 14,134 | $ 14,417 | $ 14,705 | $ 14,999 | $ 15,299 | $ 15,605 | $ 15,917 |
| Taxes and Insurance | | | | | | | | | | |
| Insurance | $ 45,021 | $ 46,146 | $ 47,300 | $ 48,483 | $ 49,695 | $ 50,937 | $ 52,211 | $ 53,516 | $ 54,854 | $ 56,225 |
| Real Estate Taxes | $ 26,931 | $ 27,604 | $ 28,294 | $ 29,001 | $ 29,726 | $ 30,470 | $ 31,231 | $ 32,012 | $ 32,812 | $ 33,633 |
| *TOTAL EXPENSES* | $ 164,641 | $ 168,507 | $ 172,466 | $ 176,518 | $ 180,666 | $ 184,913 | $ 189,260 | $ 193,711 | $ 198,268 | $ 202,932 |
| NET OPERATING INCOME: | $ 406,329 | $ 416,737 | $ 427,410 | $ 438,354 | $ 449,578 | $ 461,087 | $ 472,889 | $ 484,992 | $ 497,404 | $ 510,131 |
| | | | | | | | | | | |
| TOTAL CASH FLOW: | $ 406,329 | $ 416,737 | $ 427,410 | $ 438,354 | $ 449,578 | $ 461,087 | $ 472,889 | $ 484,992 | $ 497,404 | $ 510,131 |
| Discount Rate Factor | | | | | | | | | | |
| | | | | | | | | | | |
| PRESENT WORTH OF CASH FLO | $22,398 | $20,921 | $19,542 | $18,253 | $17,050 | $15,926 | $14,876 | $13,895 | $12,978 | $12,122 |

TOTAL PRESENT VALUE:

Less: Costs of Home Repair

NET PRESENT VALUE



## NADAguides Used Value Report
### *(This is not an appraisal form)*

Date: 09/15/2016

| Reference Number | Hood 6441 | | Office Location | | Guide Edition | Sep-Oct 2016 |
|---|---|---|---|---|---|---|

| Year Mfg'd | Manufacturer | Trade Name | State | Region |
|---|---|---|---|---|
| 2012 | LEGACY HOUSING LTD | CLASSIC | CO | MO |

Floor Areas: Single-Wide    Chart: 257

| | Width | | Length | | Total Value |
|---|---|---|---|---|---|
| Main Floor Area | 16 | x | 60 | | $28,205.00 |

| | | | | | |
|---|---|---|---|---|---|
| | Floor Value | | | | $28,205.00 |
| | Items Multiplier (N/A) | | | x | N/A |
| 1. | **Base Structure Value** | | | | **$28,205.00** |
| 2. | State Location Adjustment Selected: Yes | | | x | 106 % |
| 3. | Total Book Retail Value (in average condition) | | | | $29,897.30 |
| 4. | Condition Adjustment Selected: Average | | | x | 100 % |
| 5. | Condition Adjusted Value    Remaining Physical Life: 52-45 yrs. | | | | $29,897.30 |
| 6. | Land-Lease Community Adjustment Selected: N/A | | | x | N/A |
| 7. | Land-Lease Community Adjusted Value | | | | $29,897.30 |
| 8. | **Total Adjusted Value of Used Home** | | | | **$29,897.30** |
| 9. | Total Additional Features | | | + | ($606.00) |
| 10. | Total Repairs | | | - | $0.00 |
| 11. | **Total Adjusted (Retail) Value of Used Home and Optional Equipment** | | | | **$29,291.30** |
| 12. | Wholesale Value Selected: Purchase | | x 78 % | | $22,847.21 |
| 13. | Additional Adjustments Selected: No | | | | |

Prepared For:

Prepared By:   RODERICK KNOLL

Comments:

---

1004C/70B users - cost guide quality converts to: Good.
For detailed explanation, see "Construction Quality" under "Help".

---

Disclaimer
This Value Report may be used for compliance with the Higher-Priced Mortgage Loans (HPML) Appraisal Rule on a **used manufactured home**, but **not on a new manufactured home.**

Used Value Report Filename: Hood 6441

Copyright © 2016 National Appraisal Guides, Inc., all rights reserved. National Appraisal Guides, Inc. is a strategic ally of J.D. Power and Associates. © J.D. Power and Associates 2016, all rights reserved.

SHRIVER 03012

EXHIBIT C



# NADAguides Used Value Report
## *(This is not an appraisal form)*

Date: 09/15/2016

| | | | | |
|---|---|---|---|---|
| Reference Number  Hood 6441 | | Office Location | Guide Edition  Sep-Oct 2016 | |

| Year Mfg'd | Manufacturer | Trade Name | State | Region |
|---|---|---|---|---|
| 2012 | LEGACY HOUSING LTD | CLASSIC | CO | MO |

## ADDITIONAL FEATURES

| Description | Quantity | Unit of Measure | Age | Unit Price | Total Value |
|---|---|---|---|---|---|
| **Components** | | | | | |
| - OMIT VALUES (Subtract) Deduct from Base Structure Value | | | | | |
| - 12 CF Single Door Refrigerator | 1 | ea. | 4 Years | ($252.00) | ($252.00) |
| - 30" Freestanding Cooking Range | 1 | ea. | 4 Years | ($354.00) | ($354.00) |
| Total OMIT VALUES (Subtract) Deduct from Base Structure Value | | | | | ($606.00) |
| **Total Components** | | | | | ($606.00) |
| **Total Additional Features** | | | | | ($606.00) |

Used Value Report Filename: Hood 6441

Copyright © 2016 National Appraisal Guides, Inc., all rights reserved. National Appraisal Guides, Inc. is a strategic ally of J.D. Power and Associates. © J.D. Power and Associates 2016, all rights reserved.

SHRIVER 03013

EXHIBIT C



## NADAguides Used Value Report
### *(This is not an appraisal form)*

Date: 09/15/2016

| Reference Number | Cox 6974 | Office Location | | Guide Edition | Sep-Oct 2016 |
|---|---|---|---|---|---|

| Year Mfg'd | Manufacturer | Trade Name | State | Region |
|---|---|---|---|---|
| 2012 | LEGACY HOUSING LTD | CLASSIC | CO | MO |

Floor Areas: Single-Wide   Chart: 257

| | Width | Length | Total Value |
|---|---|---|---|
| Main Floor Area | 16 x | 60 | $28,205.00 |

| | | | |
|---|---|---|---|
| | Floor Value | | $28,205.00 |
| | Items Multiplier (N/A) | x | N/A |
| 1. | **Base Structure Value** | | **$28,205.00** |
| 2. | State Location Adjustment Selected: Yes | x | 106 % |
| 3. | Total Book Retail Value (in average condition) | | $29,897.30 |
| 4. | Condition Adjustment Selected: Fair | x | 84 % |
| 5. | Condition Adjusted Value   Remaining Physical Life: 49-40 yrs. | | $25,113.73 |
| 6. | Land-Lease Community Adjustment Selected: N/A | x | N/A |
| 7. | Land-Lease Community Adjusted Value | | $25,113.73 |
| 8. | **Total Adjusted Value of Used Home** | | **$25,113.73** |
| 9. | Total Additional Features | + | ($606.00) |
| 10. | Total Repairs | - | $0.00 |
| 11. | **Total Adjusted (Retail) Value of Used Home and Optional Equipment** | | **$24,507.73** |
| 12. | Wholesale Value Selected: Purchase | x 78 % | $19,116.03 |
| 13. | Additional Adjustments Selected: No | | |

Prepared For:
Prepared By:   RODERICK KNOLL
Comments:

---

1004C/70B users - cost guide quality converts to: Good.
For detailed explanation, see "Construction Quality" under "Help".

---

Disclaimer
This Value Report may be used for compliance with the Higher-Priced Mortgage Loans (HPML) Appraisal Rule on a **used manufactured home**, but **not on a new manufactured home**.

Used Value Report Filename: Cox 6974

Copyright © 2016 National Appraisal Guides, Inc., all rights reserved. National Appraisal Guides, Inc. is a strategic ally of J.D. Power and Associates. © J.D. Power and Associates 2016, all rights reserved.

SHRIVER 03014



## NADAguides Used Value Report
### *(This is not an appraisal form)*

Date: 09/15/2016

Reference Number  Cox 6974        Office Location        Guide Edition  Sep-Oct 2016

| Year Mfg'd | Manufacturer | Trade Name | State | Region |
|---|---|---|---|---|
| 2012 | LEGACY HOUSING LTD | CLASSIC | CO | MO |

### ADDITIONAL FEATURES

| Description | Quantity | Unit of Measure | Age | Unit Price | Total Value |
|---|---|---|---|---|---|
| **Components** | | | | | |
| - OMIT VALUES (Subtract) Deduct from Base Structure Value | | | | | |
|   - 12 CF Single Door Refrigerator | 1 | ea. | 4 Years | ($252.00) | ($252.00) |
|   - 30" Freestanding Cooking Range | 1 | ea. | 4 Years | ($354.00) | ($354.00) |
| Total OMIT VALUES (Subtract) Deduct from Base Structure Value | | | | | ($606.00) |
| **Total Components** | | | | | **($606.00)** |
| **Total Additional Features** | | | | | **($606.00)** |

Copyright © 2016 National Appraisal Guides, Inc., all rights reserved. National Appraisal Guides, Inc. is a strategic ally of J.D. Power and Associates. © J.D. Power and Associates 2016, all rights reserved.

SHRIVER 03015

EXHIBIT C

# NADAguides Used Value Report
## *(This is not an appraisal form)*

Date: 09/15/2016

Reference Number  Cox 3035          Office Location _____          Guide Edition  Sep-Oct 2016

| Year Mfg'd | Manufacturer | Trade Name | State | Region |
|---|---|---|---|---|
| 2012 | LEGACY HOUSING LTD | CLASSIC | CO | MO |

Floor Areas: Single-Wide   Chart: 257

| | Width | Length | Total Value |
|---|---|---|---|
| Main Floor Area | 16 x | 60 | $28,205.00 |

| | | | | |
|---|---|---|---|---|
| | Floor Value | | | $28,205.00 |
| | Items Multiplier (N/A) | | x | N/A |
| 1. | **Base Structure Value** | | | **$28,205.00** |
| 2. | State Location Adjustment Selected: Yes | | x | 106 % |
| 3. | Total Book Retail Value (in average condition) | | | $29,897.30 |
| 4. | Condition Adjustment Selected: Fair | | x | 84 % |
| 5. | Condition Adjusted Value    Remaining Physical Life: 49-40 yrs. | | | $25,113.73 |
| 6. | Land-Lease Community Adjustment Selected: N/A | | x | N/A |
| 7. | Land-Lease Community Adjusted Value | | | $25,113.73 |
| 8. | **Total Adjusted Value of Used Home** | | | **$25,113.73** |
| 9. | Total Additional Features | | + | $0.00 |
| 10. | Total Repairs | | - | $0.00 |
| 11. | **Total Adjusted (Retail) Value of Used Home and Optional Equipment** | | | **$25,113.73** |
| 12. | Wholesale Value Selected: Purchase | | x 78 % | $19,588.71 |
| 13. | Additional Adjustments Selected: No | | | |

Prepared For:

Prepared By:   RODERICK KNOLL

Comments:

> 1004C/70B users - cost guide quality converts to: Good.
> For detailed explanation, see "Construction Quality" under "Help".

Disclaimer

This Value Report may be used for compliance with the Higher-Priced Mortgage Loans (HPML) Appraisal Rule on a **used manufactured home**, but **not on a new manufactured home**.

Used Value Report Filename: cox 3035

Copyright © 2016 National Appraisal Guides, Inc., all rights reserved. National Appraisal Guides, Inc. is a strategic ally of J.D. Power and Associates. © J.D. Power and Associates 2016, all rights reserved.

Page 1 of 1

SHRIVER 03016

## NADAguides Used Value Report
### *(This is not an appraisal form)*

Date: 09/15/2016

Reference Number  Cox 6982           Office Location _____           Guide Edition  Sep-Oct 2016

| Year Mfg'd | Manufacturer | Trade Name | State | Region |
|---|---|---|---|---|
| 2012 | LEGACY HOUSING LTD | CLASSIC | CO | MO |

Floor Areas: Single-Wide   Chart: 257

| | Width | Length | Total Value |
|---|---|---|---|
| Main Floor Area | 16   x | 60 | $28,205.00 |

| | | | | |
|---|---|---|---:|---:|
| | Floor Value | | | $28,205.00 |
| | Items Multiplier (N/A) | | x | N/A |
| 1. | **Base Structure Value** | | | **$28,205.00** |
| 2. | State Location Adjustment Selected: Yes | | x | 106 % |
| 3. | Total Book Retail Value (in average condition) | | | $29,897.30 |
| 4. | Condition Adjustment Selected: N/A | | x | N/A |
| 5. | Condition Adjusted Value      Remaining Physical Life: N/A | | | $29,897.30 |
| 6. | Land-Lease Community Adjustment Selected: Standard | | x | 113 % |
| 7. | Land-Lease Community Adjusted Value | | | $33,783.95 |
| 8. | **Total Adjusted Value of Used Home** | | | **$33,783.95** |
| 9. | Total Additional Features | | + | $0.00 |
| 10. | Total Repairs | | - | $0.00 |
| 11. | **Total Adjusted (Retail) Value of Used Home and Optional Equipment** | | | **$33,783.95** |
| 12. | Wholesale Value Selected: Purchase | | x 78 % | $26,351.48 |
| 13. | Additional Adjustments Selected: No | | | |

Prepared For:

Prepared By:   RODERICK KNOLL

Comments:

> 1004C/70B users - cost guide quality converts to: Good.
> For detailed explanation, see "Construction Quality" under "Help".

**Disclaimer**
This Value Report may be used for compliance with the Higher-Priced Mortgage Loans (HPML) Appraisal Rule on a **used manufactured home**, but **not on a new manufactured home.**

Copyright © 2016 National Appraisal Guides, Inc., all rights reserved. National Appraisal Guides, Inc. is a strategic ally of J.D. Power and Associates. © J.D. Power and Associates 2016, all rights reserved.

SHRIVER 03017

EXHIBIT C



# NADAguides Used Value Report
### *(This is not an appraisal form)*

Date: 09/15/2016

| Reference Number | Cox 6975 | Office Location | | Guide Edition | Sep-Oct 2016 |

| Year Mfg'd | Manufacturer | Trade Name | State | Region |
|---|---|---|---|---|
| 2012 | LEGACY HOUSING LTD | CLASSIC | CO | MO |

Floor Areas: Single-Wide    Chart: 257

| | Width | Length | Total Value |
|---|---|---|---|
| Main Floor Area | 16  x | 60 | $28,205.00 |

|  | | | | |
|---|---|---|---|---|
| | Floor Value | | | $28,205.00 |
| | Items Multiplier (N/A) | | x | N/A |
| 1. | **Base Structure Value** | | | **$28,205.00** |
| 2. | State Location Adjustment Selected: Yes | | x | 106 % |
| 3. | Total Book Retail Value (in average condition) | | | $29,897.30 |
| 4. | Condition Adjustment Selected: Fair | | x | 84 % |
| 5. | Condition Adjusted Value        Remaining Physical Life: 49-40 yrs. | | | $25,113.73 |
| 6. | Land-Lease Community Adjustment Selected: N/A | | x | N/A |
| 7. | Land-Lease Community Adjusted Value | | | $25,113.73 |
| 8. | **Total Adjusted Value of Used Home** | | | **$25,113.73** |
| 9. | Total Additional Features | | + | ($606.00) |
| 10. | Total Repairs | | - | $0.00 |
| 11. | **Total Adjusted (Retail) Value of Used Home and Optional Equipment** | | | **$24,507.73** |
| 12. | Wholesale Value Selected: Purchase | | x 78 % | $19,116.03 |
| 13. | Additional Adjustments Selected: No | | | |

Prepared For:

Prepared By:   RODERICK KNOLL

Comments:

---

1004C/70B users - cost guide quality converts to: Good.
For detailed explanation, see "Construction Quality" under "Help".

---

Disclaimer
This Value Report may be used for compliance with the Higher-Priced Mortgage Loans (HPML) Appraisal Rule on a **used manufactured home**, but **not on a new manufactured home.**

Used Value Report Filename: Cox 6975

Copyright © 2016 National Appraisal Guides, Inc., all rights reserved. National Appraisal Guides, Inc. is a strategic ally of J.D. Power and Associates. © J.D. Power and Associates 2016, all rights reserved.

Page 1 of 2

SHRIVER 03018



## NADAguides Used Value Report
*(This is not an appraisal form)*

Date: 09/15/2016

Reference Number Cox 6975    Office Location    Guide Edition Sep-Oct 2016

| Year Mfg'd | Manufacturer | Trade Name | State | Region |
|---|---|---|---|---|
| 2012 | LEGACY HOUSING LTD | CLASSIC | CO | MO |

### ADDITIONAL FEATURES

| Description | Quantity | Unit of Measure | Age | Unit Price | Total Value |
|---|---|---|---|---|---|
| **Components** | | | | | |
| - OMIT VALUES (Subtract) Deduct from Base Structure Value | | | | | |
| - 12 CF Single Door Refrigerator | 1 | ea. | 4 Years | ($252.00) | ($252.00) |
| - 30" Freestanding Cooking Range | 1 | ea. | 4 Years | ($354.00) | ($354.00) |
| Total OMIT VALUES (Subtract) Deduct from Base Structure Value | | | | | ($606.00) |
| **Total Components** | | | | | **($606.00)** |
| **Total Additional Features** | | | | | **($606.00)** |

Copyright © 2016 National Appraisal Guides, Inc., all rights reserved. National Appraisal Guides, Inc. is a strategic ally of J.D. Power and Associates. © J.D. Power and Associates 2016, all rights reserved.

SHRIVER 03019

# NADAguides Used Value Report
## *(This is not an appraisal form)*

Date: 09/15/2016

Reference Number Cox 6442          Office Location _____          Guide Edition Sep-Oct 2016

| Year Mfg'd | Manufacturer | Trade Name | State | Region |
|---|---|---|---|---|
| 2012 | LEGACY HOUSING LTD | CLASSIC | CO | MO |

Floor Areas: Single-Wide    Chart: 257

| | Width | Length | Total Value |
|---|---|---|---|
| Main Floor Area | 16 x | 60 | $28,205.00 |

| | | | |
|---|---|---|---|
| | Floor Value | | $28,205.00 |
| | Items Multiplier (N/A) | x | N/A |
| 1. | **Base Structure Value** | | **$28,205.00** |
| 2. | State Location Adjustment Selected: Yes | x | 106 % |
| 3. | Total Book Retail Value (in average condition) | | $29,897.30 |
| 4. | Condition Adjustment Selected: Average | x | 100 % |
| 5. | Condition Adjusted Value    Remaining Physical Life: 52-45 yrs. | | $29,897.30 |
| 6. | Land-Lease Community Adjustment Selected: N/A | x | N/A |
| 7. | Land-Lease Community Adjusted Value | | $29,897.30 |
| 8. | **Total Adjusted Value of Used Home** | | **$29,897.30** |
| 9. | Total Additional Features | + | $0.00 |
| 10. | Total Repairs | - | $0.00 |
| 11. | **Total Adjusted (Retail) Value of Used Home and Optional Equipment** | | **$29,897.30** |
| 12. | Wholesale Value Selected: Purchase | x 78 % | $23,319.89 |
| 13. | Additional Adjustments Selected: No | | |

Prepared For:
Prepared By:   RODERICK KNOLL
Comments:

| |
|---|
| 1004C/70B users - cost guide quality converts to: Good. For detailed explanation, see "Construction Quality" under "Help". |

**Disclaimer**
This Value Report may be used for compliance with the Higher-Priced Mortgage Loans (HPML) Appraisal Rule on a **used manufactured home**, but **not on a new manufactured home.**

Used Value Report Filename: Cox 6442

Copyright © 2016 National Appraisal Guides, Inc., all rights reserved. National Appraisal Guides, Inc. is a strategic ally of J.D. Power and Associates. © J.D. Power and Associates 2016, all rights reserved.

SHRIVER 03020



## NADAguides Used Value Report
### *(This is not an appraisal form)*

Date: 09/15/2016

Reference Number  Hood 6445          Office Location          Guide Edition  Sep-Oct 2016

| Year Mfg'd | Manufacturer | Trade Name | State | Region |
|---|---|---|---|---|
| 2012 | LEGACY HOUSING LTD | CLASSIC | CO | MO |

Floor Areas: Single-Wide    Chart: 257

| | Width | Length | Total Value |
|---|---|---|---|
| Main Floor Area | 16 x | 72 | $33,021.00 |

|  |  |  |  |
|---|---|---|---|
| | Floor Value | | $33,021.00 |
| | Items Multiplier (N/A) | x | N/A |
| 1. | **Base Structure Value** | | **$33,021.00** |
| 2. | State Location Adjustment Selected: Yes | x | 106 % |
| 3. | Total Book Retail Value (in average condition) | | $35,002.26 |
| 4. | Condition Adjustment Selected: Fair | x | 84 % |
| 5. | Condition Adjusted Value    Remaining Physical Life: 49-40 yrs. | | $29,401.90 |
| 6. | Land-Lease Community Adjustment Selected: N/A | x | N/A |
| 7. | Land-Lease Community Adjusted Value | | $29,401.90 |
| 8. | **Total Adjusted Value of Used Home** | | **$29,401.90** |
| 9. | Total Additional Features | + | ($606.00) |
| 10. | Total Repairs | - | $0.00 |
| 11. | **Total Adjusted (Retail) Value of Used Home and Optional Equipment** | | **$28,795.90** |
| 12. | Wholesale Value Selected: Purchase | x 78 % | $22,460.80 |
| 13. | Additional Adjustments Selected: No | | |

Prepared For:

Prepared By:   RODERICK KNOLL

Comments:

> 1004C/70B users - cost guide quality converts to: Good.
> For detailed explanation, see "Construction Quality" under "Help".

**Disclaimer**

This Value Report may be used for compliance with the Higher-Priced Mortgage Loans (HPML) Appraisal Rule on a **used manufactured home**, but **not on a new manufactured home.**

Used Value Report Filename: Hood 6445

Copyright © 2016 National Appraisal Guides, Inc., all rights reserved. National Appraisal Guides, Inc. is a strategic ally of J.D. Power and Associates. © J.D. Power and Associates 2016, all rights reserved.

SHRIVER 03021

EXHIBIT C



## NADAguides Used Value Report
### *(This is not an appraisal form)*

Date: 09/15/2016

| | | | |
|---|---|---|---|
| Reference Number  Hood 6445 | Office Location | | Guide Edition  Sep-Oct 2016 |

| Year Mfg'd | Manufacturer | Trade Name | State | Region |
|---|---|---|---|---|
| 2012 | LEGACY HOUSING LTD | CLASSIC | CO | MO |

### ADDITIONAL FEATURES

| Description | Quantity | Unit of Measure | Age | Unit Price | Total Value |
|---|---|---|---|---|---|
| **Components** | | | | | |
| - OMIT VALUES (Subtract) Deduct from Base Structure Value | | | | | |
|   - 12 CF Single Door Refrigerator | 1 | ea. | 4 Years | ($252.00) | ($252.00) |
|   - 30" Freestanding Cooking Range | 1 | ea. | 4 Years | ($354.00) | ($354.00) |
|   Total OMIT VALUES (Subtract) Deduct from Base Structure Value | | | | | ($606.00) |
| **Total Components** | | | | | **($606.00)** |
| **Total Additional Features** | | | | | **($606.00)** |

Used Value Report Filename: Hood 6445

Copyright © 2016 National Appraisal Guides, Inc., all rights reserved. National Appraisal Guides, Inc. is a strategic ally of J.D. Power and Associates. © J.D. Power and Associates 2016, all rights reserved.

SHRIVER 03022

**KIMBERLY HILLS DAMAGES**

| | | | | | Without Concession | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Count | Month | Homesite | Move In Incentive | Rent Concession Description | Will Yield | Would Have Yielded | Concession Cost | Total Cost | Market Rent | Months of Delay Loss | Cost of Delay Loss |
| **2014** | | | | | | | | | | | |
| 1 | 11 | 189 | $ 5,000 | $200 rent for 3 years | $ 7,200 | $ 23,028 | $ 15,828 | $ 20,828 | $ 604 | -1 | $ (604) |
| 2 | 11 | 363 | $ 5,000 | 30% off for 3 years | $ 16,120 | $ 23,028 | $ 6,908 | $ 11,908 | $ 604 | -1 | $ (604) |
| 3 | 11 | 150 | $ 5,000 | $200 rent for 3 years | $ 7,200 | $ 23,028 | $ 15,828 | $ 20,828 | $ 604 | -1 | $ (604) |
| 4 | 11 | 185 | $ 7,500 | 40%/30%/20% off | $ 16,157 | $ 23,028 | $ 6,872 | $ 14,372 | $ 604 | -1 | $ (604) |
| 5 | 12 | 511D | $ 7,500 | 40%/30%/20% off | $ 16,188 | $ 23,076 | $ 6,888 | $ 14,388 | $ 604 | 0 | $ - |
| 6 | 12 | 280 | $ 5,000 | None | | | | $ 5,000 | $ 604 | 0 | $ - |
| **2015** | | | | | | | | | | | |
| 7 | 1 | 157 | $ 6,000 | 40%/30%/20% off | $ 16,219 | $ 23,124 | $ 6,905 | $ 12,905 | $ 604 | 1 | $ 604 |
| 8 | 1 | 306 | $ 5,000 | $200 rent for 3 years | $ 7,200 | $ 23,124 | $ 15,924 | $ 20,924 | $ 604 | 1 | $ 604 |
| 9 | 1 | 256 | $ 7,500 | 40%/30%/20% off | $ 16,219 | $ 23,124 | $ 6,905 | $ 14,405 | $ 604 | 1 | $ 604 |
| 10 | 1 | 316 | $ 7,500 | None | | | | $ 7,500 | $ 604 | 1 | $ 604 |
| 11 | 1 | 342 | $ 5,000 | $200 rent for 3 years | $ 7,200 | $ 23,124 | $ 15,924 | $ 20,924 | $ 604 | 1 | $ 604 |
| 12 | 1 | 442 | $ 5,000 | $200 rent for 3 years | $ 7,200 | $ 23,124 | $ 15,924 | $ 20,924 | $ 604 | 1 | $ 604 |
| 13 | 2 | 430 | $ 5,000 | $200 rent for 3 years | $ 7,200 | $ 23,172 | $ 15,972 | $ 20,972 | $ 604 | 2 | $ 1,208 |
| 14 | 2 | 581 | $ 7,500 | none | | | | $ 7,500 | $ 604 | 2 | $ 1,208 |
| 15 | 2 | 650 | $ 5,000 | $200 rent for 3 years | $ 7,200 | $ 23,172 | $ 15,972 | $ 20,972 | $ 604 | 2 | $ 1,208 |
| 16 | 2 | 502 | $ 7,500 | None | | | | $ 7,500 | $ 604 | 2 | $ 1,208 |
| 17 | 2 | 225 | $ 6,000 | None | | | | $ 6,000 | $ 604 | 2 | $ 1,208 |
| 18 | 3 | 455 | $ 5,000 | $200 rent for 3 years | $ 7,200 | $ 23,197 | $ 15,997 | $ 20,997 | $ 627 | 3 | $ 1,881 |
| 19 | 3 | 228 | $ 5,000 | None | | | | $ 5,000 | $ 627 | 3 | $ 1,881 |
| 20 | 4 | 528 | $ 5,000 | None | | | | $ 5,000 | $ 627 | 4 | $ 2,508 |
| 21 | 5 | 439 | $ 5,000 | None | | | | $ 5,000 | $ 627 | 5 | $ 3,135 |
| 22 | 5 | 554 | $ 7,500 | None | | | | $ 7,500 | $ 627 | 5 | $ 3,135 |
| 23 | 6 | 140 | $ 5,000 | None | | | | $ 5,000 | $ 627 | 6 | $ 3,762 |
| 24 | 6 | 259 | $ 5,000 | None | | | | $ 5,000 | $ 627 | 6 | $ 3,762 |
| 25 | 6 | 471 | $ 5,000 | None | | | | $ 5,000 | $ 627 | 6 | $ 3,762 |
| 26 | 6 | 578 | $ 5,000 | None | | | | $ 5,000 | $ 627 | 6 | $ 3,762 |
| 27 | 7 | 158 | $ 5,000 | None | | | | $ 5,000 | $ 627 | 7 | $ 4,389 |
| 28 | 7 | 181 | $ 5,000 | 30% off for 3 years | $ 16,308 | $ 23,297 | $ 6,989 | $ 11,989 | $ 627 | 7 | $ 4,389 |
| 29 | 7 | 476 | $ 5,000 | None | | | | $ 5,000 | $ 627 | 7 | $ 4,389 |
| 30 | 7 | 577 | $ 7,500 | None | | | | $ 7,500 | $ 627 | 7 | $ 4,389 |
| 31 | 7 | 595 | $ 5,000 | None | | | | $ 5,000 | $ 627 | 7 | $ 4,389 |
| 32 | 7 | 599 | $ 5,000 | None | | | | $ 5,000 | $ 627 | 7 | $ 4,389 |
| 33 | 8 | 655 | $ 5,000 | None | | | | $ 5,000 | $ 627 | 8 | $ 5,016 |
| 34 | 8 | 603C | $ 5,000 | None | | | | $ 5,000 | $ 627 | 8 | $ 5,016 |
| 35 | 9 | 662C | $ 7,500 | None | | | | $ 7,500 | $ 627 | 9 | $ 5,643 |
| 36 | 10 | 473 | $ 7,500 | None | | | | $ 7,500 | $ 627 | 10 | $ 6,270 |
| 37 | 10 | 546 | $ 7,500 | None | | | | $ 7,500 | $ 627 | 10 | $ 6,270 |
| 38 | 10 | 604 | $ 7,500 | None | | | | $ 7,500 | $ 627 | 10 | $ 6,270 |
| 39 | 10 | 229 | $ 6,000 | None | | | | $ 6,000 | $ 627 | 10 | $ 6,270 |
| 40 | 11 | 551 | $ 7,500 | None | | | | $ 7,500 | $ 627 | 11 | $ 6,897 |
| 41 | 11 | 622 | $ 5,000 | None | | | | $ 5,000 | $ 627 | 11 | $ 6,897 |
| 42 | 11 | 387 | $ 6,000 | None | | | | $ 6,000 | $ 627 | 11 | $ 6,897 |
| 43 | 12 | 653 | $ 5,000 | None | | | | $ 5,000 | $ 627 | 12 | $ 7,524 |

SHRIVER 03036

**KIMBERLY HILLS DAMAGES**

| Count | Month 2016 | Homesite | Move In Incentive | Rent Concession Description | Without Concession Will Yield | Without Concession Would Have Yielded | Without Concession Concession Cost | Total Cost | Market Rent | Months of Delay Loss | Cost of Delay Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 44 | 2 | 171 | $ 5,000 | $200 rent for 3 years | $ 7,200 | $ 23,472 | $ 16,272 | $ 21,272 | $ 627 | 14 | $ 8,828 |
| 45 | 3 | 351 | $ 7,500 | 30% off for 3 years | $ 16,430 | $ 23,472 | $ 7,042 | $ 14,542 | $ 652 | 15 | $ 9,780 |
| 46 | 4 | 96 | $ 5,000 | 30% off for 3 years | $ 16,430 | $ 23,472 | $ 7,042 | $ 12,042 | $ 652 | 16 | $ 10,432 |
| 47 | 4 | 532 | $ 5,000 | None | | | | $ 5,000 | $ 652 | 16 | $ 10,432 |
| 48 | 5 | 506 | $ 7,500 | None | | | | $ 7,500 | $ 652 | 17 | $ 11,084 |
| 49 | 5 | 582 | $ 7,500 | None | | | | $ 7,500 | $ 652 | 17 | $ 11,084 |
| 50 | 8 | 516 | $ 7,500 | None | | | | $ 7,500 | $ 652 | 18 | $ 11,736 |

| | |
|---|---|
| Subtotal | $ 495,691 |

Cost of Delay Loss Subtotal: $ 203,516

Assuming first of month move-in following month

| | |
|---|---|
| Adjust for Multi-section ($2500 x17) | $ (42,500) |
| Cost of Incentives & Concessions | $ 453,191 |
| Delay Loss | $ 203,516 |
| Total Cost of What Happened | $ 656,707 |
| Cost of Shriver (50 at $6000) | $ (300,000) |
| Damages | $ 356,707 |

SHRIVER 03037

Cox and Hood Homes
September 16, 2016
Page 1

**HOOD LOANS – COX LOANS**
**Kimberly Hills MHC, Federal Heights, CO**
**Starting April 2014**

**Cox Loans**
Loan Detail:

| VIN Number | Make | Estimated Model | Year | Size | April Draws Month 1 | May Draws Month 2 | June Draws Month 3 | July Fianl Draw Month 4 | Prom Note Purch Amt | Ongoing Payment Amt | Interim Loan Balance EOM Month 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LH12TX3035 | Legacy | Classic | 2012 | 16 x 64 | $ 7,000 | $ 18,700 | $ – | $ (154) | $ 25,546 | $ 949 | $ 7,000 |
| LH12TX6982 | Legacy | Classic | 2012 | 16 x 64 | $ 7,000 | $ 18,700 | $ – | $ (154) | $ 25,546 | $ 949 | $ 7,000 |
| LH12TX6974 | Legacy | Classic | 2012 | 16 x 64 | $ 7,000 | $ 18,700 | $ – | $ (154) | $ 25,546 | $ 949 | $ 7,000 |
| LH12TX6975 | Legacy | Classic | 2012 | 16 x 64 | $ 7,000 | $ 18,700 | $ – | $ (154) | $ 25,546 | $ 949 | $ 7,000 |
| LH12TX6442 | Legacy | Classic | 2012 | 16 x 60 | $ 7,000 | $ 18,700 | $ – | $ (154) | $ 25,546 | $ 949 | $ 7,000 |
| Total | | | | | $ 35,000 | $ 93,500 | $ – | $ (770) | $ 127,730 | $ 4,745 | $ 35,000 |

DISCOUNTED CASH FLOW ANALYSIS – COX HOMES
Monthly Basis

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INCOME/Cash In: | | | | | | | | | | | |
| Interest Charged to Retailer | $ – | $ – | $ – | $ 5,256 | $ – | $ – | $ – | $ – | $ – | $ – | $ – |
| Promissory Note Payments | $ – | $ – | $ – | $ – | $ 4,745 | $ 4,745 | $ 4,745 | $ 4,745 | $ 4,745 | $ 4,745 | $ 4,745 |
| Total Income | $ – | $ – | $ – | $ 5,256 | $ 4,745 | $ 4,745 | $ 4,745 | $ 4,745 | $ 4,745 | $ 4,745 | $ 4,745 |
| Discount Rate Factor 9.80% | | | | | | | | | | | |
| PRESENT WORTH OF CASH FLOW: | $0 | $0 | $0 | $5,088 | $4,556 | $4,519 | $4,482 | $4,446 | $4,410 | $4,374 | $4,339 |

| | | | |
|---|---|---|---|
| TOTAL NET PRESENT VALUE: | $147,849 | Alt formula: | $147,849 |
| Less: Homes In Inventory | $ 82,231 | | |
| Subtotal Damages | $65,619 | | |
| Additional Damages – Cox Share: | | | |
| Home Tear-Down | $ 5,464 | | |
| Home Transport to Storage | $ 2,571 | | |
| Storage | $ 10,095 | | |
| Repairs/Winterizations | $ 9,579 | | |
| Labor/Management | $ 5,143 | | |
| Gain on Earnest Money | $ (3,571) | | |
| Sutotal | $ 29,281 | | |
| Total Damages | $94,900 | | |

**Hood Loans**
Loan Detail:

| VIN Number | Make | Estimated Model | Year | Size | April Draws Month 1 | May Draws Month 2 | June Draws Month 3 | July Fianl Draw Month 4 | Prom Note Purch Amt | Ongoing Payment Amt | Interim Loan Balance EOM Month 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LH12TX6445 | Legacy | Classic | 2012 | 16 x 72 | $ 7,000 | $ 18,700 | $ – | $ 1,457 | $ 27,157 | $ 1,009 | $ 7,000 |
| LH12TX6441 | Legacy | Classic | 2012 | 16 x 60 | $ 7,000 | $ 18,700 | $ – | $ (154) | $ 25,546 | $ 949 | $ 7,000 |
| Total | | | | | $ 14,000 | $ 37,400 | $ – | $ 1,303 | $ 52,703 | $ 1,958 | $ 14,000 |

DISCOUNTED CASH FLOW ANALYSIS – COX HOMES
Monthly Basis

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INCOME/Cash In: | | | | | | | | | | | |
| Interest Charged to Retailer | $ – | $ – | $ – | $ 2,103 | $ – | $ – | $ – | $ – | $ – | $ – | $ – |
| Promissory Note Payments | $ – | $ – | $ – | $ – | $ 1,958 | $ 1,958 | $ 1,958 | $ 1,958 | $ 1,958 | $ 1,958 | $ 1,958 |
| Total Income | $ – | $ – | $ – | $ 2,103 | $ 1,958 | $ 1,958 | $ 1,958 | $ 1,958 | $ 1,958 | $ 1,958 | $ 1,958 |
| Discount Rate Factor 9.80% | | | | | | | | | | | |
| PRESENT WORTH OF CASH FLOW: | $0 | $0 | $0 | $2,035 | $1,880 | $1,865 | $1,850 | $1,835 | $1,820 | $1,805 | $1,790 |

| | | | |
|---|---|---|---|
| TOTAL NET PRESENT VALUE: | $60,945 | Alt formula: | $60,945 |
| Less: Homes in Inventory | $ 34,660 | | |
| Subtotal Damages | $26,285 | | |
| Additional Damages – Hood Share: | | | |
| Home Tear-Down | $ 2,186 | | |
| Home Transport to Storage | $ 1,029 | | |
| Storage | $ 4,038 | | |
| Repairs/Winterizations | $ 3,831 | | |
| Labor/Management | $ 2,057 | | |
| Gain on Earnest Money | $ (1,429) | | |
| Sutotal | $ 11,712 | | |
| Total Damages | $37,997 | | |
| Total Cox and Hood | $132,897 | | |

SHRIVER 03032

Cox and Hood Homes
September 16, 2016
Page 2

**Cox Loans**
Loan Detail:

| VIN Number | Interim Loan Balance EOM Month 2 | Interim Loan Balance EOM Month 3 | Interim Loan Balance EOM Month 4 | Accrued Interest | | NADA Wholesale | Bulk Price (90%) | Marketing Expenses and Fee (15%) | Net Sales Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| LH12TX3035 | $ 25,700 | $ 25,700 | $ 25,546 | $ 1,051 | Estimate 30 days at $7000 | $ 19,588 | $ 17,629 | $ 2,644 | $ 14,985 |
| LH12TX6982 | $ 25,700 | $ 25,700 | $ 25,546 | $ 1,051 | and 90 days at $25,700 | $ 26,351 | $ 23,716 | $ 3,557 | $ 20,159 |
| LH12TX6974 | $ 25,700 | $ 25,700 | $ 25,546 | $ 1,051 | at 15% | $ 19,116 | $ 17,204 | $ 2,581 | $ 14,624 |
| LH12TX6975 | $ 25,700 | $ 25,700 | $ 25,546 | $ 1,051 | Same | $ 19,116 | $ 17,204 | $ 2,581 | $ 14,624 |
| LH12TX6442 | $ 25,700 | $ 25,700 | $ 25,546 | $ 1,051 | Same | $ 23,320 | $ 20,988 | $ 3,148 | $ 17,840 |
| Total | $ 128,500 | $ 128,500 | $ 127,730 | $ 5,256 | | $ 107,491 | $ 96,742 | $ 14,511 | $ 82,231 |

DISCOUNTED CASH FLOW ANALYSIS - Monthly Basis

| | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INCOME/Cash In: | | | | | | | | | | | |
| Interest Charged to Retailer | $ – | $ – | $ – | $ – | $ – | $ – | $ – | $ – | $ – | $ – | $ – |
| Promissory Note Payments | $ 4,745 | $ 4,745 | $ 4,745 | $ 4,745 | $ 4,745 | $ 4,745 | $ 4,745 | $ 4,745 | $ 4,745 | $ 4,745 | $ 4,745 |
| Total Income | $ 4,745 | $ 4,745 | $ 4,745 | $ 4,745 | $ 4,745 | $ 4,745 | $ 4,745 | $ 4,745 | $ 4,745 | $ 4,745 | $ 4,745 |
| Discount Rate Factor 9.80% | | | | | | | | | | | |
| PRESENT WORTH OF CASH FLOW: | $4,304 | $4,269 | $4,234 | $4,200 | $4,166 | $4,132 | $4,099 | $4,066 | $4,033 | $4,000 | $3,968 |

TOTAL NET PRESENT VALUE:
Less: Homes In Inventory
Subtotal Damages
Additional Damages - Cox Share:
  Home Tear-Down
  Home Transport to Storage
  Storage
  Repairs/Winterizations
  Labor/Management
  Gain on Earnest Money
  Sutotal
Total Damages

**Hood Loans**
Loan Detail:

| VIN Number | Interim Loan Balance EOM Month 2 | Interim Loan Balance EOM Month 3 | Interim Loan Balance EOM Month 4 | Accrued Interest | | NADA Wholesale | Bulk Price (90%) | Marketing Expenses and Fee (15%) | Net Sales Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| LH12TX6445 | $ 25,700 | $ 25,700 | $ 27,157 | $ 1,051 | Estimate 30 days at $7000 | $ 22,460 | $ 20,214 | $ 3,032 | $ 17,182 |
| LH12TX6441 | $ 25,700 | $ 25,700 | $ 25,546 | $ 1,051 | and 90 days at $25,700 | $ 22,847 | $ 20,562 | $ 3,084 | $ 17,478 |
| Total | $ 51,400 | $ 51,400 | $ 52,703 | $ 2,103 | at 15% | $ 45,307 | $ 40,776 | $ 6,116 | $ 34,660 |

DISCOUNTED CASH FLOW ANALYSIS - Monthly Basis

| | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INCOME/Cash In: | | | | | | | | | | | |
| Interest Charged to Retailer | $ – | $ – | $ – | $ – | $ – | $ – | $ – | $ – | $ – | $ – | $ – |
| Promissory Note Payments | $ 1,958 | $ 1,958 | $ 1,958 | $ 1,958 | $ 1,958 | $ 1,958 | $ 1,958 | $ 1,958 | $ 1,958 | $ 1,958 | $ 1,958 |
| Total Income | $ 1,958 | $ 1,958 | $ 1,958 | $ 1,958 | $ 1,958 | $ 1,958 | $ 1,958 | $ 1,958 | $ 1,958 | $ 1,958 | $ 1,958 |
| Discount Rate Factor 9.80% | | | | | | | | | | | |
| PRESENT WORTH OF CASH FLOW: | $1,776 | $1,762 | $1,747 | $1,733 | $1,719 | $1,705 | $1,691 | $1,678 | $1,664 | $1,651 | $1,637 |

TOTAL NET PRESENT VALUE:
Less: Homes in Inventory
Subtotal Damages
Additional Damages - Hood Share:
  Home Tear-Down
  Home Transport to Storage
  Storage
  Repairs/Winterizations
  Labor/Management
  Gain on Earnest Money
  Sutotal
Total Damages
Total Cox and Hood

Cox and Hood Homes
September 16, 2016
Page 3

**Cox Loans**

Loan Detail:

| VIN Number |
|---|
| LH12TX3035 |
| LH12TX6982 |
| LH12TX6974 |
| LH12TX6975 |
| LH12TX6442 |
| Total |

DISCOUNTED CASH FLOW ANALYSIS –
Monthly Basis

| | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INCOME/Cash In: | | | | | | | | | | | |
| Interest Charged to Retailer | $ – | $ – | $ – | $ – | $ – | $ – | $ – | $ – | $ – | $ – | $ – |
| Promissory Note Payments | $ 4,745 | $ 4,745 | $ 4,745 | $ 4,745 | $ 4,745 | $ 4,745 | $ 4,745 | $ 4,745 | $ 4,745 | $ 4,745 | $ 4,745 |
| *Total Income* | $ 4,745 | $ 4,745 | $ 4,745 | $ 4,745 | $ 4,745 | $ 4,745 | $ 4,745 | $ 4,745 | $ 4,745 | $ 4,745 | $ 4,745 |
| Discount Rate Factor 9.80% | | | | | | | | | | | |
| PRESENT WORTH OF CASH FLOW: | $3,935 | $3,904 | $3,872 | $3,841 | $3,809 | $3,779 | $3,748 | $3,718 | $3,688 | $3,658 | $3,628 |

TOTAL NET PRESENT VALUE:
Less: Homes In Inventory
Subtotal Damages
Additional Damages – Cox Share:
  Home Tear-Down
  Home Transport to Storage
  Storage
  Repairs/Winterizations
  Labor/Management
  Gain on Earnest Money
  Sutotal
Total Damages

**Hood Loans**

Loan Detail:

| VIN Number |
|---|
| LH12TX6445 |
| LH12TX6441 |
| Total |

DISCOUNTED CASH FLOW ANALYSIS –
Monthly Basis

| | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INCOME/Cash In: | | | | | | | | | | | |
| Interest Charged to Retailer | $ – | $ – | $ – | $ – | $ – | $ – | $ – | $ – | $ – | $ – | $ – |
| Promissory Note Payments | $ 1,958 | $ 1,958 | $ 1,958 | $ 1,958 | $ 1,958 | $ 1,958 | $ 1,958 | $ 1,958 | $ 1,958 | $ 1,958 | $ 1,958 |
| *Total Income* | $ 1,958 | $ 1,958 | $ 1,958 | $ 1,958 | $ 1,958 | $ 1,958 | $ 1,958 | $ 1,958 | $ 1,958 | $ 1,958 | $ 1,958 |
| Discount Rate Factor 9.80% | | | | | | | | | | | |
| PRESENT WORTH OF CASH FLOW: | $1,624 | $1,611 | $1,598 | $1,585 | $1,572 | $1,559 | $1,547 | $1,534 | $1,522 | $1,509 | $1,497 |

TOTAL NET PRESENT VALUE:
Less: Homes in Inventory
Subtotal Damages
Additional Damages – Hood Share:
  Home Tear-Down
  Home Transport to Storage
  Storage
  Repairs/Winterizations
  Labor/Management
  Gain on Earnest Money
  Sutotal
Total Damages
Total Cox and Hood

SHRIVER 03034


**EXHIBIT D**

Cox and Hood Homes
September 16, 2016
Page 4

**<u>Cox Loans</u>**
Loan Detail:

|  | <u>VIN Number</u> |
|---|---|
|  | LH12TX3035 |
|  | LH12TX6982 |
|  | LH12TX6974 |
|  | LH12TX6975 |
|  | LH12TX6442 |
|  | Total |

DISCOUNTED CASH FLOW ANALYSIS -
Monthly Basis

| | 34 | 35 | 36 | 37 | 38 | 39 | 40 |
|---|---|---|---|---|---|---|---|
| <u>INCOME/Cash In:</u> | | | | | | | |
| Interest Charged to Retailer | $ – | $ – | $ – | $ – | $ – | $ – | $ – |
| Promissory Note Payments | $ 4,745 | $ 4,745 | $ 4,745 | $ 4,745 | $ 4,745 | $ 4,745 | $ 4,745 |
| *Total Income* | $ 4,745 | 4,745 | 4,745 | 4,745 | 4,745 | 4,745 | 4,745 |
| Discount Rate Factor 9.80% | | | | | | | |
| PRESENT WORTH OF CASH FLOW: | $3,599 | $3,569 | $3,541 | $3,512 | $3,483 | $3,455 | $3,427 |

TOTAL NET PRESENT VALUE:
Less: Homes In Inventory
Subtotal Damages
Additional Damages - Cox Share:
 Home Tear-Down
 Home Transport to Storage
 Storage
 Repairs/Winterizations
 Labor/Management
 Gain on Earnest Money
 Sutotal
Total Damages

**<u>Hood Loans</u>**
Loan Detail:

|  | <u>VIN Number</u> |
|---|---|
|  | LH12TX6445 |
|  | LH12TX6441 |
|  | Total |

DISCOUNTED CASH FLOW ANALYSIS -
Monthly Basis

| | 34 | 35 | 36 | 37 | 38 | 39 | 40 |
|---|---|---|---|---|---|---|---|
| <u>INCOME/Cash In:</u> | | | | | | | |
| Interest Charged to Retailer | $ – | $ – | $ – | $ – | $ – | $ – | $ – |
| Promissory Note Payments | $ 1,958 | $ 1,958 | $ 1,958 | $ 1,958 | $ 1,958 | $ 1,958 | $ 1,958 |
| *Total Income* | $ 1,958 | 1,958 | 1,958 | 1,958 | 1,958 | 1,958 | 1,958 |
| Discount Rate Factor 9.80% | | | | | | | |
| PRESENT WORTH OF CASH FLOW: | $1,485 | $1,473 | $1,461 | $1,449 | $1,437 | $1,426 | $1,414 |

TOTAL NET PRESENT VALUE:
Less: Homes in Inventory
Subtotal Damages
Additional Damages - Hood Share:
 Home Tear-Down
 Home Transport to Storage
 Storage
 Repairs/Winterizations
 Labor/Management
 Gain on Earnest Money
 Sutotal
Total Damages
Total Cox and Hood