

**EXHIBIT**

**E**



# RDS

Environmental

# Indoor Environmental
# Mold Investigation Report

Exhibit No. 2
Deponent: Wiebold
Date: 4/15/16 RPR: TH
Mile High Court Reporting

# Indoor Environmental Investigation

**Date of Report:**           August 19, 2014

**RDS Project ID:**           511596

**Property Owner:**           Chris Bacheldor/Zinc Homes

**Property Address:**         2305 West 92nd Ave lot #'s 158,471
                              Federal heights CO

**Fungal Growth:**            Yes (158 and 471)

**Remediation indicated:**    Yes (158 and 471)

**Synopsis:** A limited environmental Investigation was performed on the above property on August 15 2014.

Surface samples were taken using the swab or tape-lift method of testing. Spore trap/ Air sampling was conducted using Zefon Air-O-Cell slit impaction cassettes.

**Air Samples:**
One air sample was taken from the interior of each home.
The air sampling conducted during this limited investigation has been compared to the background sample(s) and elevated levels of Penicillium/Aspergillus and Stachybotrys were found in both locations.

**Surface Samples:**

One surface sample was collected from the exposed framing members where visible mold growth was found in each home.
Acremonium like species was detected on the surface samples collected in lot #158
Stachybotrys species (a water indicator mold) was detected on the on the surface sample collected from Lot#471

**Signature: Don Humphrey**
**Reviewed by: Tammy Linton, CRMI**

2

KH 00408

## Table of Contents

1.   Scope

2.   Definitions

3.   Data Collection and Summary

4.   Results by fungal genera or classification

5.   Results by Airborne spore specimen collection location

6.   Results by tape/swab specimen collection location

7.   Visual Moisture Indicators

8.   Remediation Recommendations


**Appendix- A-** Websites for additional mold information

**Appendix- B** – Fungal Library References

**Appendix- C-** Laboratory Reports

KH 00409

## 1. Scope:

**Purpose of this report**

A limited indoor environmental quality investigation was conducted at the request of the client at: 2305 w 92nd Ave lot #'s 158 and 471, Federal Heights CO. Mr. Donald Humphey with RDS Environmental performed the investigation in order to evaluate potential IEQ concerns.

The purpose of the inspection was to determine if fungal amplification was indicated within the structure at the time of the inspection.

The area(s) of concern per homeowner/client **were located throughout the homes as both had endured heavy flood damage.**

The laboratory analysis was performed by Environmental Microbiology Laboratory, (EMLab) utilizing the following methods of analysis:

**Surface Samples- Direct Microscopic Examination**
Analysis includes a determination of whether spores present are indicative of mold growth or simply a mix of spores coming in from the outside (normal fallout). If mold growth is present, analysis includes identification to genus or group and a qualitative assessment of the amounts present. A general assessment of non-biological debris and other relevant commentary are also included

**Air Samples- Spore Trap Analysis**
Analysis includes identification to genus or group of all fungi present, quantification to spores/m3, and a general assessment of background debris

All remedial intervention must be performed by qualified personnel experienced with microbial remediation procedures and protocols, including but not limited to IICRC S520, Standard and Reference Guide for Professional Mold Remediation and/or The New York City Department of Health and Mental Hygiene (DYC-DOH).

KH 00410

Disclaimer:

 Please note that these results and interpretations are based upon the information gathered during this inspection. Changes in the conditions present at the time of testing including previous weather patterns, activities in the home, maintenance activities and the environmental atmosphere may result in data different from that which was collected. This report is designed to serve as a quittance document, and not to be used to support or refute compliance with any local, state, or federal statutes, or be used in any related medical or legal claims.
There are no regulations pertaining to acceptable levels of surface fungal contamination.
Diagnosis of a particular health effect should be left to a medical professional.  Health effects in general are not well studied, and dosage, exposure, and sensitivity thresholds are not well known and can potentially vary tremendously depending on various conditions and on the particular individuals.  Effects will also vary from species to species within a particular mold genus.  Additionally, many ill effects of mold that have been observed recently are the result of modern building design and its lack of adequate ventilation, which can vary from room to room, let alone building to building.
Due to the potential for rapid growth (24 to 48 hours in some cases) of mold-like substances, the inspector and the inspection company cannot be held responsible for a change occurring after the inspection is performed. It has to be pointed out that the interpretation of mold sampling is somewhat ambiguous because there is no legal standard that sets specific limits for indoor concentrations of fungi. Excluded from this mold inspection is any portion of the building, which is, inaccessible, concealed from view, or cannot be reported on due to circumstances beyond the control of the inspector.
It is generally acknowledged that the level of mold spores in or on any structure will determine the extent of the hazard arising from such mold.
It is understood and agreed that the inspection is visual and the report reflects the opinions of the inspector based on those visual observations and laboratory testing of the samples requested at the time of the inspection only.  It is understood and agreed that the inspection and report are not intended or considered as a guarantee or warranty, expressed or implied, regarding the adequacy, performance or condition of any inspected structure, item or system.
It is understood and agreed that RDS Environmental does not make any representation as to the advisability or inadvisability of the purchase, nor intend to reflect the value of the property.
RDS assumes no liability and shall not be liable for any mistakes, omission, or errors of judgment beyond the cost of this report. This limitation of liability shall include and apply to all consequential damages, bodily injury and property damage of any nature.

KH 00411

## 2.   Common Mold Definitions:

**Air Sample (non-culturable)** A known volume of air is impacted onto the surface of an adhesive, which captures the particulate, matter present including but not limited to fungal spores, pollen and skin cells. The particulate matter collected can then be identified and enumerated by the laboratory.  Examples of non-culturable air samples include Zefon Air-O-Cell™ and the Allergenco™.

**Allergen**-Any substance or agent that causes and allergic reaction, wheezing, respiratory problems, runny nose, irritations, itching, skin rash, etc.

**Bulk Sample-** A physical piece of material suspected of being contaminated with mold that can be sent to the laboratory for analysis.

**Fungal Amplification**- A rise in indoor airborne spore counts as compared against the airborne spore counts outside the building that indicates a fungal reservoir(s) may currently exist, or may have been present at an earlier time, within the structure.

**Fungal reservoir**- A fungal reservoir is an area that exhibits a set of conditions that may promote biological growth.  The set of conditions consists of three elements, a source of food, a source of moisture and a favorable ambient temperature.

**Outdoor Air Sample**- A sample taken from an outdoor source.  Usually compared with indoor samples to determine if there are elevated concentrations of spores indoors.

**Pathogen**- A parasite capable of causing disease in a particular host or range of hosts. Growing in or on body.

**Spore (fungal)** – A microscopic propagule acting as an agent of dispersal capable of giving rise to a new colony.

**Surface Sample**- A Sample taken from the surface of a material suspected of being contaminated. These types of samples include swabs samples and tape samples.

**Suspect Condition**- An area where visible suspected fungal growth is present or a condition where past or present water intrusion was or is noted. (i.e. water staining, water damaged building materials)

**Swab Sample**- A sample collected by applying a swab to an area suspected of being contaminated with mold.  The sample thus collected can be processed and analyzed by the laboratory to detect the mold present.

**Tape-lift (Tape Sample) -** A sample collected by applying and peeling away a transparent piece of tape on a surface area suspected to be contaminated with mold.  During this process, the mold present on the surface sampled adheres to the surface of the tape.  The sample thus collected can be processed and analyzed by the laboratory.

**Toxins**- Compounds produced by mold that may have poisonous effect in living organisms. Neurological damage, memory loss, central nervous system effects CNS, circulatory problems, carcinogens.

KH 00412

### 3.  Data Collection for Laboratory Analysis

**Sampling was performed as follows:**

#### Air Sampling:

Air samples (spore traps) were taken in the following locations:

- 20569887-air Zefon Air-O-Cell™- spore trap- **Outside baseline**
- 20569891-air Zefon Air-O-Cell™- spore trap- **lot #158**
- 20569815-air Zefon Air-O-Cell™- spore trap- **lot #471**

Samples to assess total airborne spore counts were collected utilizing Zefon Air-O-Cell spore traps in conjunction with an Environmental Monitoring System (EMS) AC/DC IAQ Sample Pump.  Air sampling in each area was conducted for five minutes indoors and five minutes outdoors at 15 lpm (liters per minute). Air-O-Cell sample results are reported in spores per cubic meter (spores/m$^3$.

All Zefon Air-O-Cell spore traps used were assigned sample identification numbers and were recorded on the chain of custody forms for Project # 511596/KH lot #158, lot#471

#### Surface Sampling:

Surface samples (tape-lift/bulk) were taken in the following locations:

- One tape lift was collected from the exposed framing members with visible mold growth in lot #158. Acremonium-like species were found to be present.
- One tape lift was collected from a portion of drywall in lot #471 that had been impacted by flood water but not yet removed during the flood cutting of the drywall in the home. Stachybotrys species were found to be present.

All swabs/tape lifts were in sterile packaging and were opened immediately prior to sampling while wearing sterile gloves.  Sample/tape lift areas on all swab /tape lift samples were 1 inch by 1 inch.  The samples were assigned sample identification numbers and were recorded on the chain of custody form for Project # 511596/KH lot #158, lot #471

All samples were sent by overnight shipment to Environmental Microbiology Laboratory Inc. (EMLab) for preparation, incubation, microscopic identification and genus/species identification.  EMLab is accredited by the American Industrial Hygiene Association (AIHA) in the environmental microbiology program.

The sampling methods identified above are consistent with the procedures specified in the American Conference of Governmental Industrial Hygienists' (ACGIH) publication entitled Bio aerosols: Assessment and Control (1999), The American Industrial Hygiene Association's (AIHA) publication Field Guide for the Determination of Biological Contaminants in Environmental Samples, as well as recommendations specified by EMLab.

KH 00413

<u>Summary of Inspection</u>:

Based on the limited visual assessment and the results of the laboratory analysis the following is a summary of the inspection findings:

**Visual Observations:**

- Both lot #'s 158 and 471 were in almost identical condition.

- Both 158 and 471 were impacted by heavy flood damage

- Both 158 and 471 had carpet and sheet flooring removed as well as a 24" flood cut of the wall board material. (Flood damage was above the level of the flood cut)

- Debris and dirt from flood damage still remained at the time of the inspection.

- Both lot #'s 158 and 471 had visible mold growth in several areas on exposed framing members and wall board where the flood damage was higher than the flood cut.

**Sample Results:**

Based on the visual inspection and the results of the laboratory reports,

- -Elevated levels of Penicillium/Aspergillus and Stachybotrys(a water indicator mold) was detected in the air samples in both lot #'s 158 and 471

- -Heavy growth of Acremonium-like species was detected on the surface sample collected from lot# 158

- -Heavy growth of Stachybotrys species was detected on the surface sample collected from lot # 471 (Stachybotrys is a water indicator mold that is typically found on cellulose materials in areas with heavy water damage)

- -Remediation is required in both areas to return both of the environments to Condition 1: *"Inherently natural fungal ecology"*. Environment contains amounts of mold *"inherently natural "*to their environment.

8

KH 00414

Based on the findings of this assessment the identified fungal growth present in the home (lot # 158) can be classified as an environmental Condition 3.

Based on the findings of this assessment the identified fungal growth present in the home (Lot # 471) can be classified as an environmental Condition 3

**Environments are categorized based on these conditions:**

**Condition 1:** *"Inherently natural fungal ecology"*. Environment contains amounts of mold *"inherently natural "*to their environment.

**Condition 2:** *"Settled spores"*. Environment contains settled spores resulting from a contaminated (Condition 3) environment.

*Condition 3: "Actual growth".* Environment contains actual growth not "inherently natural" to the environment or inherently natural mold spores in elevated amounts, whether settled or airborne.

Analysis of fungal contamination is interpreted by comparing a variety of sampling practices, visual inspections and instrument readings. Each component of the investigation factors into the remediation plan.
The process resulting in a remediation plan is termed the assessment of a building. If a particular environment is found to have mold conditions different than the expected "inherently natural" environment the terms contaminated or contamination are used to represent the environment.

For quantitative analysis, the term amplified is used to describe a count of mold present, which is higher than the expected normal counts for the sampled environment.

*It is the goal of any environment to be categorized a Condition 1. Mold remediation is recommended when environments are deemed Condition 2, Condition 3.*

*The water source causing mold growth must be rectified prior to any remediation efforts performed or fungal growth will re-occur.*

9

KH 00415

## 4. Results by Fungal General or Classification:

The following table provides a synopsis of the laboratory analysis data. The table below shows the data for specific genera identified by the laboratory and the location of the sample.

| Sample ID | Location | Sample Type | Results; Mold Score |
|---|---|---|---|
| 20569887 | Outside/ Baseline | Spore Trap | 3000 Spores m/3 |
| 20569891 | Lot # 158 | Spore Trap | 2100 Spores m/3;195 Medium |
| 20569815 | Lot # 471 | Spore Trap | 7700 Spores m/3;300 High |
| 158T | Exposed framing in 158 | Tape-lift | Mold Growth (Acremonium like species) |
| 471T | Back side of wall board near laundry room of 471 | Tape lift | Mold Growth (Stachybotrys) |

KH 00416

### 5.  Results by Airborne (Spore Trap) specimen collection location:

Results of the microbiological study are presented in concentration units of total spores/m$^3$ for air. The units are concentrations and represent total spores per cubic meter (air). The concentrations are separated into each fungal species discovered and are added to produce a total spores/m$^3$. There are no governmental standards or guidelines regarding air, bulk or swab results of fungi samples, but a "rule of thumb" is that indoor concentration levels should be lower than the outdoor levels, with no one-type mold spore being more than 10x- times that of the outside/comparison sample.

A table summarizing the results of the sampling event is presented below.

| Location | Outside/Baseline | 158A | 471A |
|---|---|---|---|
| Lab ID# | 20569887 | 20569891 | 20569815 |
| Alternaria | 440 | 120 | 110 |
| Arthrinium | | | |
| Ascospores | 110 | 93 | 13 |
| Areobasidium | | | |
| Basidiospores | 310 | 130 | 120 |
| Bipolaris/ Drechslera group | 40 | - | 13 |
| Botrytis | | | |
| Chaetomium | 13 | - | - |
| Cladosporium | 1400 | 930 | 870 |
| Curvularia | | | |
| Epicoccum | 27 | - | - |
| Fusarium | | | |
| Myrothecium | | | |
| Nigrospora | | | |
| Other Brown Spores | | | |
| Other Colorless | | | |
| Penicilium/ Aspergillus types | 160 | 750 | 6300 |
| Pithomyces | | | |
| Rusts | | | |
| Smuts, Periconia, Myxomycetes | 520 | 53 | 210 |
| Stachybotrys | - | 13 | 40 |
| Stemphylium | | | |
| Torula | | | |
| Ulocladium | | | |
| Unknown | | | |
| Zygomycetes | | | |
| Background Debris | 3+ | 3+ | 3+ |
| Hyphal Fragments/m3 | 310 | 53 | 130 |
| Pollen/m3 | 67 | <13 | <13 |
| Skin cells (1-4+) | <1+ | 1+ | 1+ |
| Sample Volume (liters) | 75 | 75 | 75 |
| TOTAL SPORES/m3 | 3,000 | 2,100 | 7,700 |

11

KH 00417

6. Results by Tape-Lift Surface specimen collection locations

| Sample ID | Location | MOLD GROWTH: Molds seen with underlying mycelial and/or sporulating structures | General Impression |
|-----------|----------|--------------------------------------------------------------------------------|--------------------|
| 158T | Exposed framing members in 158 | 3+ Acremonium(Spores, hyphae, conidiophores) | Mold Growth |
| 471T | Back side of wall board in 471 | 3+ Stachybotrys (Spores, hyphae, conidiophores) | Mold Growth |

* <1+ Very Light Growth as indicated by spores of one type seen with underlying mycelial and/or with their sporulating structures found in less than 10% of the microscopic fields examined.
1+ Light Growth as indicated by spores of one type seen with underlying mycelial and/or with their sporulating structures found in 10 to 25% of the microscopic fields examined.
2+ Moderate Growth as indicated by spores of one type seen with underlying mycelial and/or with their sporulating structures found in 26 to 50% of the microscopic fields examined.
3+ Heavy Growth as indicated by spores of one type seen with underlying mycelial and/or with their sporulating structures found in 51 to 75% of the microscopic fields examined.
4+ Very Heavy Growth as indicated by spores of one type seen with underlying mycelial and/or with their sporulating structures found in 76 to 100% of the microscopic fields examined

7. Visible Moisture Indicators:

- -Both 158 and 471 were impacted by heavy flood damage

- -Both 158 and 471 had carpet and sheet flooring removed as well as a 24" flood cut of the wall board material. (Flood damage was above the level of the flood cut)

- -Debris and dirt from flood damage still remained in both areas at the time of the inspection.

- -Both lot #'s 158 and 471 had visible mold growth in several areas on exposed framing members and wall board were the flood damage was higher than the flood cut.

12

KH 00418

8. Remediation Recommendations:

All remedial intervention must be performed by qualified personnel experienced with microbial remediation procedures and protocols, including but not limited to, IICRC S520, EPA Standard and Reference Guide for Professional Mold Remediation and/or the New York City Department of Health and Mental Hygiene- NYC-DOH.

Any and all samples through proper chain of custody should be sent to an (AIHA) licensed lab equipped for proper fungal handling, assessment and reporting.

**The following recommendations are based upon the conditions present during the inspection.**

Lot # 158
-Install negative pressure containment with HEPA filtration to the exterior during remedial activity.
-Remove any particle board sheeting and wall board that came in contact with flood water
-Clean and aggressively scrub, sand all exposed framing members with antimicrobial solution to eliminate any remaining mold spores and cellulose material.
-HEPA vacuum and wet wipe all surfaces within the interior of the home.
-Encapsulate all exposed framing with antifungal coating to prevent re occurrence.
-Clean all equipment and containment.
-Conduct post remediation clearance testing before removal of equipment and containment.

Lot # 471
-Install negative pressure containment with HEPA filtration to the exterior during remedial activity.
-Remove any particle board sheeting and wall board that came in contact with flood water
-Clean and aggressively scrub, sand all exposed framing members with antimicrobial solution to eliminate any remaining mold spores and cellulose material.
-HEPA vacuum and wet wipe all surfaces within the interior of the home.
-Encapsulate all exposed framing with anti-fungal coating to prevent re occurrence.
-Clean all equipment and containment.
-Conduct post remediation clearance testing before removal of equipment and containment.

KH 00419

## Appendix- A
## Websites

- http://www.nyc.gov/html/doh/html/epi/epimold.html- New York City Department of Health and Mental Hygiene- "Guidelines on Assessment and Remediation of Fungi in Indoor Environments"

- http://www.acac.org  American Council for Accredited Certification, Formerly Indoor Air Quality Council (IAQA)

- http://www.osha.gov/SLTC/molds/standards.html  -Occupational Safety and Health Administration (OSHA)

- http://www.emlab.com- Environmental Microbiology Laboratory. (AIHA accredited Mold Laboratory.)

- http://www.restorationindustry.org- Restoration Industry Association

- http://www.ieso.org - Indoor Environmental Standards Organization (IESO)

- http://www.epa.gov- Environmental Protection Agency. EPA

KH 00420

## Appendix- B

Fungal library references.

### Acremonium sp.

Mitosporic fungus. Hyphomycetes.

| Distribution | Where Found | Mode of Dissemination |
|---|---|---|
| Ubiquitous; cosmopolitan. Approx. 80-90 species. | Soil, dead organic debris, hay, food stuffs. | Wet spore. Insect/water droplet. Wind (old growth). |

| Allergen | Potential Opportunist or Pathogen | Potential Toxin Production |
|---|---|---|
| Type I allergies (hay fever, asthma). Type III hypersensitivity pneumonitis: Humidifier lung. | Mycetoma, keratitis, onychomycosis. Other rare infections reported in immunodeficient patients, and in persons with wound injuries. Most species of Acremonium do not grow at 37°C. | None other than cephalosporin (see industrial uses). |

| Growth Indoors | Industrial Uses | Other Comments |
|---|---|---|
| Widespread. Requires very wet conditions. | Produces cephalosporins, an important class of antibiotics. | Formerly called Cephalosporium. |

| Characteristics: Growth/Culture | Notes on Spore Trap Recognition | Notes on Tape Lift Recognition |
|---|---|---|
| Grows well on all general fungal media. Small white or pale shades of pink, salmon colonies. Membranous or thinly velvety. | Not distinctive. Small one-celled, colorless spores. May be counted as "other colorless." Some spores are so small they may be missed. | Forms chains or slimy heads of conidia. Readily identifiable on tape lift samples. Often found growing with Stachybotrys |

### Stachybotrys sp.

Mitosporic fungus. Hyphomycetes.

| Distribution | Where Found | Mode of Dissemination |
|---|---|---|
| Ubiquitous; cosmopolitan. Approx. 15 species. | Soil, decaying plant substrates, decomposing cellulose (hay, straw), leaf litter, and seeds. Growth not influenced by soil pH or copper; growth enhanced by ma- | Wet spore. Insects, water splash. Wind when dried out. |

15

KH 00421

nure.

| Allergen | Potential Opportunist or Pathogen | Potential Toxin Production |
|---|---|---|
| Not well studied. Type I allergies reported. | No reports of human infection. (No species grow well at 37°C.) | Macrocyclic trichothecenes: verrucarin J, roridin E, satratoxin F, G & H, sporidesmin G, trichoverrol; cyclosporins, stachybotryolactone. Stachybotrys mycotoxicosis: human toxicosis has been described; may be characterized by dermatitis, cough, rhinitis, itching or burning sensation in mouth, throat, nasal passages and eyes. The best described toxicoses are from domestic animals that have eaten contaminated hay and straw or inhaled infected material from contaminated bedding. |

| Growth Indoors | Industrial Uses | Other Comments |
|---|---|---|
| Commonly found indoors on wet materials containing cellulose, such as wallboard, jute, wicker, straw baskets, and other paper materials. (See "Characteristics: Growth/Culture"). Aw=0.94 | Not known. | Many human reports of Stachybotrys toxicosis are anecdotal. Stachybotrys mycotoxicosis is currently the subject of toxin research. |

| Characteristics: Growth/Culture | Notes on Spore Trap Recognition | Notes on Tape Lift Recognition |
|---|---|---|
| Grows well on general fungal media. Stachybotrys is slow growing as compared to Penicillium and other common mold genera, and may not compete well in the presence of other fungi. However, when water availability is high for prolonged periods on environmental material, Stachybotrys may gradually become the predominating mold, especially on cellulose containing materials. | Spores of the species S. chartarum are distinctive, and not easily confused with other genera. Carbon fragments which may be oval and of similar size may sometimes be confused with S. chartarum. Memnoniella and Gliomastix produce spores with similar gray black pigment. Note: Spore trap samples are more likely to demonstrate the presence of Stachybotrys than culturable samples (Andersen). | Distinctive, readily identifiable on tape lift samples. Direct microscopic observation of samples is often necessary as Stachybotrys may be missed if only culture methods are used. |

## Penicillium sp.

Mitosporic fungus. Hyphomycetes. Teleomorphs (sexual state): Eupenicillium, Talaromyces (Ascomycetes).

| Distribution | Where Found | Mode of Dissemination |
|---|---|---|
| Ubiquitous; cosmopolitan. Approx. 200 species. | Soil, decaying plant debris, compost piles, fruit rot. P. glabrum has been isolated from diesel fuel. | Dry spore. Wind, insects (fungus serves as a food source for storage mites). |

| Allergen | Potential Opportunist or Pathogen | Potential Toxin Production |
|---|---|---|
| Common. Type I allergies (hay fever, asthma). Type III hypersensitivity pneumonitis: Cheese washer's lung, Woodman's lung, Moldy wall hypersensitivity. | One species of Penicillium species, P. marneffei, is a cause of human infection. It has not yet been found in the United States. | Various toxins by different species: penicilic acid, peptide nephrotoxin, viomellein, xanthomegin, xanthocillin X, mycophenolic acid, roquefortine C & D, citrinin, penicillin, cyclopiazonic acid, isofumigaclavine A, penitrem A, decumbin, patulin citreoviridin, griseofulvin, verruculogen, ochratoxin, |

16

chrysogine, and meleagrin.

| Growth Indoors | Industrial Uses | Other Comments |
|---|---|---|
| Widespread. Commonly found in house dust. Grows in water damaged buildings on wallpaper, wallpaper glue, decaying fabrics, moist chipboards, and behind paint. Also found in blue rot of apples, dried foodstuffs, cheeses, fresh herbs, spices, dry cereals, nuts, onions, and oranges. Aw=0.78-0.86 (minimum for various species). | Roquefort and camembert cheese, salami-sausages starter culture; anti-bacterial antimicrobial penicillin, and anti-fungal antimicrobial griseofulvin. | Penicillium is one of the most common fungal genera, worldwide. Microbial volatile organic compounds (MVOCs) produced: Penicillium commune produces 2-methyl-isoborneol, a heavy musty odor. |

| Characteristics: Growth/Culture | Notes on Spore Trap Recognition | Notes on Tape Lift Recognition |
|---|---|---|
| Grows readily on general fungal media. Colonies are usually shades of blue, green, and white. | Free spores are indistinguishable from Aspergillus and other genera with small round to oval colorless or slightly pigmented spores. Penicillium/Aspergillus spores may have remnants of cell wall connections. | Penicillium is readily identifiable on tape samples if sporulating structures are present. Old growth or samples with high numbers of spores may not exhibit sporulation structures necessary for identification and are therefore reported as "spores typical of Penicillium/Aspergillus." |

17

KH 00423

## Appendix- C

Laboratory Reports

KH 00424

 

**EMLab P&K**
A TestAmerica Company

RDS
Environmental

Report for:

**Ms. Tammy Linton, ACAC CRMI**
**RDS Environmental**
11603 Teller Street, Suite A
Broomfield, CO  80020

Regarding:    Project: KH Lot #158, Lot #471
EML ID: 1248346

Approved by:

Technical Manager
Noah Lazarte

REVISED REPORT

Dates of Analysis:
Spore trap analysis: 08-19-2014

Service SOPs: Spore trap analysis (1038)
AIHA-LAP, LLC accredited service, Lab ID #176649

All samples were received in acceptable condition unless noted in the Report Comments portion in the body of the report. Due to the nature of the analyses performed, field blank correction of results is not applied. The results relate only to the items tested.

EMLab P&K ("the Company") shall have no liability to the client or the client's customer with respect to decisions or recommendations made, actions taken or courses of conduct implemented by either the client or the client's customer as a result of or based upon the Test Results. In no event shall the Company be liable to the client with respect to the Test Results except for the Company's own willful misconduct or gross negligence nor shall the Company be liable for incidental or consequential damages or lost profits or revenues to the fullest extent such liability may be disclaimed by law, even if the Company has been advised of the possibility of such damages, lost profits or lost revenues. In no event shall the Company's liability with respect to the Test Results exceed the amount paid to the Company by the client therefor.

EMLab P&K, LLC

KH 00425

**EMLab P&K**
4955 Yarrow Street , Arvada, CO 80002
(800) 651-4802  Fax (623) 780-7695  www.emlab.com

Client: RDS Environmental
C/O: Ms. Tammy Linton, ACAC CRMI
Re: KH Lot #158, Lot #471

Date of Sampling: 08-15-2014
Date of Receipt: 08-18-2014
Date of Report: 08-19-2014

## SPORE TRAP REPORT: NON-VIABLE METHODOLOGY

| Location: | 20569887: Outside | | 20569891: 158A | | 20569815: 471A | |
|---|---|---|---|---|---|---|
| Comments (see below): | None | | None | | None | |
| Lab ID-Version‡: | 5680015-2 | | 5680016-2 | | 5680017-2 | |
| Analysis Date: | 08/19/2014 | | 08/19/2014 | | 08/19/2014 | |
| | raw ct. | spores/m3 | raw ct. | spores/m3 | raw ct. | spores/m3 |
| Alternaria | 33 | 440 | 9 | 120 | 8 | 110 |
| Ascospores | 8 | 110 | 7 | 93 | 1 | 13 |
| Basidiospores | 23 | 310 | 10 | 130 | 9 | 120 |
| Bipolaris/Drechslera group | 3 | 40 | | | 1 | 13 |
| Chaetomium | 1 | 13 | | | | |
| Cladosporium | 103 | 1,400 | 70 | 930 | 65 | 870 |
| Epicoccum | 2 | 27 | | | 2 | 27 |
| Myrothecium | | | | | | |
| Nigrospora | | | | | | |
| Other brown | | | | | 1 | 13 |
| Other colorless | | | | | | |
| Penicillium/Aspergillus types† | 12 | 160 | 56 | 750 | 469 | 6,300 |
| Pithomyces | | | | | | |
| Rusts | | | | | | |
| Smuts, Periconia, Myxomycetes | 39 | 520 | 4 | 53 | 16 | 210 |
| Stachybotrys | | | 1 | 13 | 3 | 40 |
| Stemphylium | | | | | | |
| Torula | | | | | | |
| Ulocladium | | | | | | |
| Zygomycetes | | | | | | |
| Background debris (1-4+)†† | 3+ | | 3+ | | 3+ | |
| Hyphal fragments/m3 | 310 | | 53 | | 130 | |
| Pollen/m3 | 67 | | < 13 | | < 13 | |
| Skin cells (1-4+) | < 1+ | | 1+ | | 1+ | |
| Sample volume (liters) | 75 | | 75 | | 75 | |
| § TOTAL SPORES/m3 | | 3,000 | | 2,100 | | 7,700 |

Comments:

Spore types listed without a count or data entry were not detected during the course of the analysis for the respective sample.
† The spores of *Aspergillus* and *Penicillium* (and others such as *Acremonium*, *Paecilomyces*) are small and round with very few distinguishing characteristics. They cannot be differentiated by non-viable sampling methods. Also, some species with very small spores are easily missed, and may be undercounted.
††Background debris indicates the amount of non-biological particulate matter present on the trace (dust in the air) and the resulting visibility for the analyst. It is rated from 1+ (low) to 4+ (high). Counts from areas with 4+ background debris should be regarded as minimal counts and may be higher then reported. It is important to account for samples volumes when evaluating dust levels.

The analytical sensitivity is the spores/m3 divided by the raw count. The limit of detection is the analytical sensitivity multiplied by the sample volume divided by 1000.

For more information regarding analytical sensitivity, please contact QA by calling the laboratory.
‡ A "Version" indicated by "-"x" after the Lab ID# with a value greater than 1 indicates a sample with amended data.  The revision number is reflected by the value of "x".
§ Total Spores/m3 has been rounded to two significant figures to reflect analytical precision.

EMLab P&K, LLC

EMLab ID: 1248346, Page 2 of 2

 

Report for:

**Ms. Tammy Linton, ACAC CRMI**
**RDS Environmental**
11603 Teller Street, Suite A
Broomfield, CO  80020

Regarding:     Project: KH Lot #158, Lot #471
               EML ID: 1248346

Approved by:                              Dates of Analysis:
                                          Direct microscopic exam (Qualitative): 08-18-2014

Technical Manager
Noah Lazarte

Service SOPs: Direct microscopic exam (Qualitative) (1039)

All samples were received in acceptable condition unless noted in the Report Comments portion in the body of the report. Due to the nature of the analyses performed, field blank correction of results is not applied. The results relate only to the items tested.

EMLab P&K ("the Company") shall have no liability to the client or the client's customer with respect to decisions or recommendations made, actions taken or courses of conduct implemented by either the client or the client's customer as a result of or based upon the Test Results. In no event shall the Company be liable to the client with respect to the Test Results except for the Company's own willful misconduct or gross negligence nor shall the Company be liable for incidental or consequential damages or lost profits or revenues to the fullest extent such liability may be disclaimed by law, even if the Company has been advised of the possibility of such damages, lost profits or lost revenues. In no event shall the Company's liability with respect to the Test Results exceed the amount paid to the Company by the client therefor.

**EMLab P&K**
4955 Yarrow Street , Arvada, CO 80002
(800) 651-4802  Fax (623) 780-7695  www.emlab.com

Client: RDS Environmental
C/O: Ms. Tammy Linton, ACAC CRMI
Re: KH Lot #158, Lot #471

Date of Sampling: 08-15-2014
Date of Receipt: 08-18-2014
Date of Report: 08-19-2014

### DIRECT MICROSCOPIC EXAMINATION REPORT

| Background Debris and/or Description | Miscellaneous Spores Present* | MOLD GROWTH: Molds seen with underlying mycelial and/or sporulating structures† | Other Comments†† | General Impression |
|---|---|---|---|---|
| Lab ID-Version‡: 5680013-1, Analysis Date: 08/18/2014: Tape sample 158T: 158T | | | | |
| Moderate | Very few | 3+ *Acremonium*-like species (spores, hyphae, conidiophores) | None | Mold growth |
| Lab ID-Version: 5680014-1, Analysis Date: 08/18/2014: Tape sample 471T: 471T (Exposed Frame) | | | | |
| Heavy | Very few | 3+ *Stachybotrys* species (spores, hyphae, conidiophores) | None | Mold growth |

* Indicative of normal conditions, i.e. seen on surfaces everywhere. Includes basidiospores (mushroom spores), myxomycetes, plant pathogens such as ascospores, rusts and smuts, and a mix of saprophytic genera with no particular spore type predominating. Distribution of spore types seen mirrors that usually seen outdoors.

† Quantities of molds seen growing are listed in the MOLD GROWTH column and are graded 1+ to 4+, with 4+ denoting the highest numbers.

†† Some comments may refer to the following: Most surfaces collect a mix of spores which are normally present in the outdoor environment. At times it is possible to note a skewing of the distribution of spore types, and also to note "marker" genera which may indicate indoor mold growth. Marker genera are those spore types which are present normally in very small numbers, but which multiply indoors when conditions are favorable for growth.

‡ A "Version" indicated by -"x" after the Lab ID# with a value greater than 1 indicates a sample with amended data. The revision number is reflected by the value of "x".

**EMLab P&K**
4955 Yarrow Street , Arvada, CO 80002
(800) 651-4802 Fax (623) 780-7695 www.cmlab.com

Client: RDS Environmental
C/O: Ms. Tammy Linton, ACAC CRMI
Re: KH Lot #158, Lot #471

Date of Sampling: 08-15-2014
Date of Receipt: 08-18-2014
Date of Report: 08-19-2014

**MoldRANGE™: Extended Outdoor Comparison**
**Outdoor Location: 20569887, Outside**

| Fungi Identified | Outdoor data | Typical Outdoor Data for: August in Colorado (n‡=1984) | | | | | | Typical Outdoor Data for: The entire year in Coloradot (n‡=20269) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | spores/m3 | very low | low | med | high | very high | freq % | very low | low | med | high | very high | freq % |
| **Generally able to grow indoors*** | | | | | | | | | | | | | |
| Alternaria | 440 | 13 | 27 | 67 | 170 | 290 | 74 | 13 | 13 | 40 | 110 | 190 | 46 |
| Bipolaris/Drechslera group | 40 | 7 | 13 | 13 | 40 | 60 | 14 | 7 | 10 | 13 | 27 | 53 | 6 |
| Chaetomium | 13 | 7 | 13 | 13 | 27 | 40 | 6 | 7 | 7 | 13 | 22 | 40 | 5 |
| Cladosporium | 1,400 | 160 | 270 | 750 | 2,100 | 3,800 | 98 | 53 | 110 | 310 | 1,100 | 2,100 | 92 |
| Curvularia | - | 7 | 13 | 13 | 53 | 110 | 12 | 7 | 13 | 13 | 53 | 85 | 5 |
| Epicoccum | 27 | 7 | 13 | 27 | 53 | 80 | 35 | 7 | 13 | 15 | 53 | 80 | 20 |
| Nigrospora | - | 7 | 13 | 13 | 50 | 80 | 7 | 7 | 10 | 13 | 40 | 53 | 4 |
| Other brown | - | 10 | 13 | 17 | 40 | 53 | 16 | 7 | 13 | 13 | 40 | 53 | 19 |
| Penicillium/Aspergillus types | 160 | 53 | 80 | 210 | 530 | 800 | 71 | 53 | 53 | 160 | 430 | 670 | 68 |
| Stachybotrys | - | 13 | 13 | 22 | 40 | 70 | 2 | 7 | 13 | 13 | 40 | 93 | 2 |
| Torula | - | 7 | 13 | 17 | 53 | 95 | 5 | 7 | 10 | 13 | 40 | 67 | 3 |
| **Seldom found growing indoors**** | | | | | | | | | | | | | |
| Ascospores | 110 | 53 | 53 | 210 | 600 | 1,100 | 84 | 22 | 53 | 110 | 430 | 830 | 59 |
| Basidiospores | 310 | 93 | 160 | 530 | 1,700 | 3,800 | 94 | 40 | 53 | 190 | 780 | 1,900 | 80 |
| Rusts | - | 7 | 13 | 13 | 47 | 89 | 19 | 7 | 13 | 13 | 53 | 93 | 11 |
| Smuts, Periconia, Myxomycetes | 520 | 27 | 40 | 120 | 400 | 800 | 84 | 13 | 20 | 53 | 230 | 510 | 65 |
| § TOTAL SPORES/m3 | 3,000 | | | | | | | | | | | | |

†The 'Typical Outdoor Data' represents the typical outdoor spore levels for the location and time frame indicated. The last column represents the frequency of occurrence. The very low, low, med, high, and very high values represent the 10, 20, 50, 80, and 90 percentile values of the spore type when it is detected. For example, if the frequency of occurrence is 63% and the low value is 53, it would mean that the given spore type is detected 63% of the time and, when detected, 20% of the time it is present in levels above the detection limit and below 53 spores/m3. These values are updated periodically, and if enough data is not available to make a statistically meaningful assessment, it is indicated with a dash.

§ Total Spores/m3 has been rounded to two significant figures to reflect analytical precision.

* The spores in this category are generally capable of growing on wet building materials in addition to growing outdoors. Building related growth is dependent upon the fungal type, moisture level, type of material, and other factors. *Cladosporium* is one of the predominant spore types worldwide and is frequently present in high numbers. *Penicillium/Aspergillus* species colonize both outdoor and indoor wet surfaces rapidly and are very easily dispersed. Other genera are usually present in lesser numbers.
** These fungi are generally not found growing on wet building materials. For example, the rusts and smuts are obligate plant pathogens. However, in each group there are notable exceptions. For example, agents of wood decay are members of the basidiomycetes and high counts of a single morphological type of basidiospore on an inside sample should be considered significant.

‡n = number of samples used to calculate data.

Interpretation of the data contained in this report is left to the client or the persons who conducted the field work. This report is provided for informational and comparative purposes only and should not be relied upon for any other purpose. "Typical outdoor data" are based on the results of the analysis of samples delivered to and analyzed by EMLab P&K and assumptions regarding the origins of those samples. Sampling techniques, contaminants infecting samples, unrepresentative samples and other similar or dissimilar factors may affect these results. In addition, EMLab P&K may not have received and tested a representative number of samples for every region or time period. EMLab P&K hereby disclaims any liability for any and all direct, indirect, punitive, incidental, special or consequential damages arising out of the use or interpretation of the data contained in, or any actions taken or omitted in reliance upon, this report.

EMLab P&K, LLC

EMLab ID: 1248346, Page 1 of 1

KH 00429

**EMLab P&K**
4955 Yarrow Street , Arvada, CO 80002
(800) 651-4802  Fax (623) 780-7695  www.emlab.com

Client: RDS Environmental
C/O: Ms. Tammy Linton, ACAC CRMI
Re: KH Lot #158, Lot #471

Date of Sampling: 08-15-2014
Date of Receipt: 08-18-2014
Date of Report: 08-19-2014

## MoldSTAT™: Supplementary Statistical Spore Trap Report

Outdoor Summary: 20569887: Outside

| Species detected | Outdoor sample spores/m3 | | | | | Typical outdoor ranges (North America) | | | | | Freq. % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | <100 | 1K | 10K | >100K | | | | | | | |
| Alternaria | | | | | 440 | 7 | - | 33 | - 600 | | 45 |
| Ascospores | | | | | 110 | 13 | - | 210 | - 5,900 | | 76 |
| Basidiospores | | | | | 310 | 19 | - | 450 | - 24,000 | | 92 |
| Bipolaris/Drechslera group | | | | | 40 | 7 | - | 13 | - 240 | | 16 |
| Chaetomium | | | | | 13 | 7 | - | 13 | - 160 | | 9 |
| Cladosporium | | | | | 1,400 | 27 | - | 460 | - 10,000 | | 90 |
| Epicoccum | | | | | 27 | 7 | - | 20 | - 330 | | 24 |
| Penicillium/Aspergillus types | | | | | 160 | 13 | - | 170 | - 2,700 | | 68 |
| Smuts, Periconia, Myxomycetes | | | | | 520 | 7 | - | 53 | - 920 | | 63 |
| Total | | | | | 3,000 | | | | | | |

The "Typical outdoor ranges" and "Freq. %" columns show the typical low, medium, and high spore counts per cubic meter and the frequency of occurrence for the given spore type. The low, medium, and high values represent the 2.5, 50, and 97.5 percentile values when the spore type is detected. For example, if the low value is 53 and the frequency of occurrence is 63%, it would mean that we typically detect the given spore type on 63 percent of all outdoor samples and, when detected, 2.5% of the time it is present in levels below 53 spores/m3.

## Indoor Samples

Location: 20569891: 158A

| % of outdoor total spores/m3 | Friedman chi-square* (indoor variation) | Agreement ratio** (indoor/outdoor) | Spearman rank correlation*** (indoor/outdoor) | MoldSCORE**** (indoor/outdoor) |
|---|---|---|---|---|
| Result: 69% | dF: 1<br>Result: 0.4000<br>Critical value: 3.8415<br>Inside Similar: Yes | Result: 0.7500 | dF: 10<br>Result: 0.7455<br>Critical value: 0.5515<br>Outside Similar: Yes | Score: 195<br>Result: Medium |

| Species Detected | Spores/m3 | | | | |
|---|---|---|---|---|---|
| | <100 | 1K | 10K | >100K | |
| Alternaria | | | | | 120 |
| Ascospores | | | | | 93 |
| Basidiospores | | | | | 130 |
| Cladosporium | | | | | 930 |
| Penicillium/Aspergillus types | | | | | 750 |
| Smuts, Periconia, Myxomycetes | | | | | 53 |
| Stachybotrys | | | | | 13 |
| Total | | | | | 2,100 |

**EMLab P&K**
4955 Yarrow Street , Arvada, CO 80002
(800) 651-4802 Fax (623) 780-7695 www.emlab.com

Client: RDS Environmental
C/O: Ms. Tammy Linton, ACAC CRMI
Re: KH Lot #158, Lot #471

Date of Sampling: 08-15-2014
Date of Receipt: 08-18-2014
Date of Report: 08-19-2014

## MoldSTAT™: Supplementary Statistical Spore Trap Report
Location: 20569815: 471A

| % of outdoor total spores/m3 | Friedman chi-square* (indoor variation) | Agreement ratio** (indoor/outdoor) | Spearman rank correlation*** (indoor/outdoor) | MoldSCORE**** (indoor/outdoor) |
|---|---|---|---|---|
| Result: 255% | dF: 1<br>Result: 0.4000<br>Critical value: 3.8415<br>Inside Similar: Yes | Result: 0.8421 | dF: 11<br>Result: 0.7159<br>Critical value: 0.5273<br>Outside Similar: Yes | Score: 300<br>Result: High |

| Species Detected | Spores/m3 | | | | |
|---|---|---|---|---|---|
| | <100 | 1K | 10K | >100K | |
| Alternaria | | | | | 110 |
| Ascospores | | | | | 13 |
| Basidiospores | | | | | 120 |
| Bipolaris/Drechslera group | | | | | 13 |
| Cladosporium | | | | | 870 |
| Epicoccum | | | | | 27 |
| Other brown | | | | | 13 |
| Penicillium/Aspergillus types | | | | | 6,300 |
| Smuts, Periconia, Myxomycetes | | | | | 210 |
| Stachybotrys | | | | | 40 |
| **Total** | | | | | 7,700 |

* The Friedman chi-square statistic is a non-parametric test that examines variation in a set of data (in this case, all indoor spore counts). The null hypothesis (H0) being tested is that there is no meaningful difference in the data for all indoor locations. The alternative hypothesis (used if the test disproves the null hypothesis) is that there is a difference between the indoor locations. The null hypothesis is rejected when the result of the test is greater than the critical value. The critical value that is displayed is based on the degrees of freedom (dF) of the test and a significance level of 0.05.

** An agreement ratio is a simple method for assessing the similarity of two samples (in this case the indoor sample and the outdoor summary) based on the spore types present. A score of one indicates that the types detected in one location are the same as that in the other. A score of zero indicates that none of the types detected indoors are present outdoors. Typically, an agreement of 0.8 or higher is considered high.

*** The Spearman rank correlation is a non-parametric test that examines correlation between two sets of data (in this case the indoor location and the outdoor summary). The null hypothesis (H0) being tested is that the indoor and outdoor samples are unrelated. The alternative hypothesis (used if the test disproves the null hypothesis) is that the samples are similar. The null hypothesis is rejected when the result of the test is greater than the critical value. The critical value that is displayed is based on the degrees of freedom (dF) of the test and a significance level of 0.05.

**** MoldSCORE™ is a specialized method for examining air sampling data. It is a score between 100 and 300, with 100 indicating a greater likelihood that the airborne indoor spores originated from the outside, and 300 indicating a greater likelihood that they originated from an inside source. The Result displayed is based on the numeric score given and will be either Low, Medium, or High, indicating a low, medium, or high likelihood that the spores detected originated from an indoor source. EMLab P&K reserves the right to, and may at anytime, modify or change the MoldScore algorithm without notice.

Interpretation of the data contained in this report is left to the client or the persons who conducted the field work. This report is provided for informational and comparative purposes only and should not be relied upon for any other purpose. "Typical outdoor ranges" are based on the results of the analysis of samples delivered to and analyzed by EMLab P&K and assumptions regarding the origins of those samples. Sampling techniques, contaminants infecting samples, unrepresentative samples and other similar or dissimilar factors may affect these results. With the statistical analysis provided, as with all statistical comparisons and analyses, false-positive and false-negative results can and do occur. EMLab P&K hereby disclaims any liability for any and all direct, indirect, punitive, incidental, special or consequential damages arising out of the data contained in, or any actions taken or omitted in reliance upon, this report.

EMLab P&K, LLC

KH 00431

**EMLab P&K**
4955 Yarrow Street , Arvada, CO 80002
(800) 651-4802  Fax (623) 780-7695  www.emlab.com

Client: RDS Environmental
C/O: Ms. Tammy Linton, ACAC CRMI
Re: KH Lot #158, Lot #471

Date of Sampling: 08-15-2014
Date of Receipt: 08-18-2014
Date of Report: 08-19-2014

## MoldSCORE™: Spore Trap Report

**Outdoor Sample:  20569887  Outside**

| Fungi Identified | Outdoor sample spores/m3 | Raw count | Spores/ m3 |
|---|---|---|---|
| Generally able to grow indoors* | | | |
| Alternaria | | 33 | 440 |
| Bipolaris/Drechslera group | | 3 | 40 |
| Chaetomium | | 1 | 13 |
| Cladosporium | | 103 | 1,400 |
| Curvularia | | ND | < 13 |
| Epicoccum | | 2 | 27 |
| Nigrospora | | ND | < 13 |
| Penicillium/Aspergillus types† | | 12 | 160 |
| Stachybotrys | | ND | < 13 |
| Torula | | ND | < 13 |
| Seldom found growing indoors** | | | |
| Ascospores | | 8 | 110 |
| Basidiospores | | 23 | 310 |
| Rusts | | ND | < 13 |
| Smuts, Periconia, Myxomycetes | | 39 | 520 |
| Total | | | 2,987 |

**Location:  20569891  158A**

| Fungi Identified | Indoor sample spores/m3 | Raw count | Spores/ m3 | MoldSCORE‡ | Score |
|---|---|---|---|---|---|
| Generally able to grow indoors* | | | | | |
| Alternaria | | 9 | 120 | | 100 |
| Bipolaris/Drechslera group | | ND | < 13 | | 100 |
| Chaetomium | | ND | < 13 | | 100 |
| Cladosporium | | 70 | 930 | | 100 |
| Curvularia | | ND | < 13 | | 100 |
| Nigrospora | | ND | < 13 | | 100 |
| Penicillium/Aspergillus types† | | 56 | 750 | | 195 |
| Stachybotrys | | 1 | 13 | | 121 |
| Torula | | ND | < 13 | | 100 |
| Seldom found growing indoors** | | | | | |
| Ascospores | | 7 | 93 | | 106 |
| Basidiospores | | 10 | 130 | | 100 |
| Rusts | | ND | < 13 | | 100 |
| Smuts, Periconia, Myxomycetes | | 4 | 53 | | 100 |
| Total | | | 2,093 | Final MoldSCORE | 195 |

EMLab P&K, LLC

KH 00432

EMLab P&K
4955 Yarrow Street , Arvada, CO 80002
(800) 651-4802  Fax (623) 780-7695  www.emlab.com

Client: RDS Environmental
C/O: Ms. Tammy Linton, ACAC CRMI
Re: KH Lot #158, Lot #471

Date of Sampling: 08-15-2014
Date of Receipt: 08-18-2014
Date of Report: 08-19-2014

## MoldSCORE™: Spore Trap Report
**Location:** 20569815 471A

| Fungi Identified | Indoor sample spores/m3 <100  1K  10K  ~100K | Raw count | Spores/ m3 | MoldSCORE‡ 100   200   300  Score |
|---|---|---|---|---|
| **Generally able to grow indoors*** | | | | |
| Alternaria | | 8 | 110 | 100 |
| Bipolaris/Drechslera group | | 1 | 13 | 100 |
| Chaetomium | | ND | < 13 | 100 |
| Cladosporium | | 65 | 870 | 100 |
| Curvularia | | ND | < 13 | 100 |
| Epicoccum | | 2 | 27 | 100 |
| Nigrospora | | ND | < 13 | 100 |
| Other brown | | 1 | 13 | 105 |
| Penicillium/Aspergillus types† | | 469 | 6,300 | 300 |
| Stachybotrys | | 3 | 40 | 162 |
| Torula | | ND | < 13 | 100 |
| **Seldom found growing indoors**** | | | | |
| Ascospores | | 1 | 13 | 100 |
| Basidiospores | | 9 | 120 | 100 |
| Rusts | | ND | < 13 | 100 |
| Smuts, Periconia, Myxomycetes | | 16 | 210 | 100 |
| Total | | | 7,667 | Final MoldSCORE 300 |

* The spores in this category are generally capable of growing on wet building materials in addition to growing outdoors. Building related growth is dependent upon the fungal type, moisture level, type of material, and other factors. *Cladosporium* is one of the predominant spore types worldwide and is frequently present in high numbers. *Penicillium/Aspergillus* species colonize both outdoor and indoor wet surfaces rapidly and are very easily dispersed. Other genera are usually present in lesser numbers.
** These fungi are generally not found growing on wet building materials. For example, the rusts and smuts are obligate plant pathogens. However, in each group there are notable exceptions. For example, agents of wood decay are members of the basidiomycetes and high counts of a single morphological type of basidiospore on an inside sample should be considered significant.

†The spores of Aspergillus and Penicillium (and others such as Acremonium, Paecilomyces) are small and round with very few distinguishing characteristics. They cannot be differentiated by non-viable sampling methods.

‡Rated on a scale from 100 to 300. A rating less than 150 is low and indicates a low probability of spores originating inside. A rating greater than 250 is high and indicates a high probability that the spores originated from inside, presumably from indoor mold growth. A rating between 150 and 250 indicates a moderate likelihood of indoor fungal growth. MoldSCORE is NOT intended for wall cavity samples. It is intended for ambient air samples in residences. Using the analysis on other samples (like wall cavity samples) will lead to misleading results.

**EMLab P&K**
4955 Yarrow Street , Arvada, CO 80002
(800) 651-4802  Fax (623) 780-7695  www.emlab.com

Client: RDS Environmental
C/O: Ms. Tammy Linton, ACAC CRMI
Re: KH Lot #158, Lot #471

Date of Sampling: 08-15-2014
Date of Receipt: 08-18-2014
Date of Report: 08-19-2014

## Mold/Fungal Growth Rating Details

| Growth Rating | Quantities of molds indicating growth are listed in the MOLD/FUNGAL GROWTH section. Judgement is used in determining the amount of growth present in the sample. For example, if only one portion of the sample has evidence of heavy growth, then it will receive a rating of heavy growth even though, strictly speaking, on a percentage basis of the entire sample, the amount of growth is low. | |
|---|---|---|
| | **Swab/Tape/Dust/Wipe sample** | **Bulk Sample** |
| < 1+ (Very Light Growth) | Evidence of very light growth observed on the sample as indicated by spores of one type seen with underlying mycelial and/or with their sporulating structures found in less than 10% of the microscopic fields examined. | Areas of very light growth detected by the presence of spores of one type seen with underlying mycelial and/or with their sporulating structures in the bulk sample. |
| 1+ (Light Growth) | Evidence of light growth observed on the sample as indicated by spores of one type seen with underlying mycelial and/or with their sporulating structures found in 10 to 25% of the microscopic fields examined. | Areas of light growth detected by the presence of spores of one type seen with underlying mycelial and/or with their sporulating structures in the bulk sample. |
| 2+ (Moderate Growth) | Evidence of moderate growth observed on the sample as indicated by spores of one type seen with underlying mycelial and/or with their sporulating structures found in 26 to 50% of the microscopic fields examined. | Areas of moderate growth detected by the presence of spores of one type seen with underlying mycelial and/or with their sporulating structures in the bulk sample. |
| 3+ (Heavy Growth) | Evidence of heavy growth observed on the sample as indicated by spores of one type seen with underlying mycelial and/or with their sporulating structures found in 51 to 75% of the microscopic fields examined. | Areas of heavy growth detected by the presence of spores of one type seen with underlying mycelial and/or with their sporulating structures in the bulk sample. |
| 4+ (Very Heavy Growth) | Evidence of very heavy growth observed on the sample as indicated by spores of one type seen with underlying mycelial and/or with their sporulating structures found to be nearly confluent in the majority of the microscopic fields examined. | Areas of very heavy growth detected by the presence of spores of one type seen with underlying mycelial and/or with their sporulating structures in the bulk sample. |

## Miscellaneous Spores

Slides/specimens are examined for the presence of mold spores and pollen, noting the quantities and distribution of spore types found. A designation of 'normal trapping' is made when a mix of spore types is present with the same general distribution as is usually found outdoors. In other words, the biological component of the sample surface is like that found everywhere. Types of spores present would include basidiospores (mushroom spores), myxomycetes (slime molds), plant pathogens such as ascospores, rusts and smuts, and a mix of saprophytic genera with no particular spore type predominating. Many of these spore types would not be found growing indoors on building materials since many plant pathogens require living plants for growth, and mushrooms require compost, leaf duff of various types, or associations with roots of certain trees, etc. Due to these factors, when a mix of spores seen include these types as well as pollen, the rational source is the outside air, rather than indoor mold growth. The numbers of miscellaneous spores seen are graded and described as shown below as none, very few, few, variety, and wide variety.

| None | Very Few | Few | Variety | Wide Variety |
|---|---|---|---|---|
| No spores detected | Very few spores detected | A few spores detected | Many spores containing a variety of different genera detected | Many spores containing a wide variety of different genera detected |

EMLab P&K, LLC

EMLab ID: 1248346, Page 1 of 1

Mold Assessment- File#511596/Kimberly hills
Address 2305 W. 92ᵗᴴ Ave, Lot #s 158,471
City, State Federal Heights CO



Exterior /baseline sample



Air sample from 158



Surface sample from 158 (sample 158t)



Entire home flood cut 24"from the floor.



Visible mold growth on exposed framing members in 158



Visible mold growth on exposed framing members in 158

1

Mold Assessment- File#511596/Kimberly hills
Address 2305 W. 92nd Ave, Lot #s 158,471
City, State Federal Heights CO



Visible mold growth on wall board material that had not been removed



Entire home flood cut 24"from the floor.



Visible mold growth on wall board material that had not been removed. Flood damage appears to be higher than the flood cut



Visible mold growth on wall board material that had not been removed(surface sample 471T)



Visible mold growth on the exposed framing members



Air sample from 471

2

KH 00436