Exhibit No. 171
Deponent: Shriver
Date: 9-7-16 RPR: SMD
Mile High Court Reporting

DEFENDANT'S EXHIBIT 16

EXHIBIT F

*Banyan Environmental*

630 Camberly Ct.
Windsor, CO 80550
andy@dunnellemail.com

---

Riverside Storage and Recycle
Craig Shriver
137 No. Front St.
Sterling, CO 80751

2305 W. 92nd Ave.
Lot 516
VIN # CLW017405TXP
2000 Clayton Home

Re: Indoor Environmental Quality Inquiry; 2305 W. 92nd Ave. Lot 516 Federal Heights, CO (B5160423)

Dear Craig,

The following report serves to document, **presence/absence,** of E-coli and Coliform sampling within the single family manufactured home located at 2305 W. 92nd Ave. Lot 516 Federal Heights, CO on April 23, 2015. As requested by Craig Shriver of Riverside Storage, samples were collected by Andy Dunnell of *Banyan Environmental*. The scope of work is for E-coli and Coliform contamination on the walls, bottom plates, and subfloor due to the 2012 September flood. There is concern that contamination may be between the sub-floor and bottom plate, and walls. The drywall and all flooring was removed prior to the sampling conducted on April 23, 2015.

HealthLink TransPorter Sterile swabs were used for swabbing areas located at: **(SMP-1) Control {top plate of unaffected wall}, (SMP-2) swab top of bottom plate, (SMP-3) swab of core of the bottom plate cut out, (SMP-4) swab of core of the subfloor cut out, (SMP-5) swab from inside of core taken about two feet from the floor on vertical stud (W-1) sample of wire from wall, (W-2) subfloor core, (W-3) core of bottom plate, (W-4) core of wall stud about two feet from floor.** A visual inspection of the area had water discoloration on the lower walls and flooring.

All samples were hand delivered to Reservoirs Environmental Services Inc. (RESI), a third party independent laboratory. Reservoirs is accredited through the National Institute of Standards and Technology (NIST) and participates in the NIST national Voluntary Lab Accreditation Program (NVLAP) as required by EPA. Laboratory results are enclosed with this letter.

1

**Escherichia coli (E. coli)** bacteria normally live in the intestines of healthy people and animals. Most varieties of E. coli are harmless or cause relatively brief diarrhea. But a few particularly nasty strains, such as E. coli O157:H7, can cause severe abdominal cramps, bloody diarrhea and vomiting.

You may be exposed to E. coli from contaminated water or food — especially raw vegetables and undercooked ground beef. Healthy adults usually recover from infection with E. coli O157:H7 within a week, but young children and older adults have a greater risk of developing a life-threatening form of kidney failure called hemolytic uremic syndrome

**Coliform bacteria** are a commonly used bacterial indicator of sanitary quality of foods and water. They are defined as rod-shaped Gram-negative non-spore forming and motile or non-motile bacteria which can ferment lactose with the production of acid and gas when incubated at 35–37°C.[1] Coliforms can be found in the aquatic environment, in soil and on vegetation; they are universally present in large numbers in the feces of warm-blooded animals. While coliforms themselves are not normally causes of serious illness, they are easy to culture, and their presence is used to indicate that other pathogenic organisms of fecal origin may be present. Such pathogens include disease-causing bacteria, viruses, or protozoa and many multicellular parasites. Coliform procedures are performed in aerobic or reduced oxygen conditions.

Swab and bulk sampling April 23, 2015

| Sample location | Sample # | Coliforms | E. coli |
|---|---|---|---|
| Control sample | SMP-1 | ND | ND |
| Swab top of bottom plate | SMP-2 | ND | ND |
| Swab of core of the bottom plate cut out | SMP-3 | PRESENT | ND |
| Swab of core of the subfloor cut out | SMP-4 | PRESENT | ND |
| Sample of wire from wall | W-1 | ND | ND |
| Subfloor core | W-2 | PRESENT | PRESENT |
| Core of bottom plate | W-3 | PRESENT | PRESENT |
| Swab from inside of core taken about two feet from the floor on vertical stud | SMP-5 | ND | ND |
| Core of wall stud about two feet from floor | W-4 | PRESENT | ND |

Coliform and E.coli was present in a few samples collected from the swab sample from the bottom plate core, swab from the subfloor core, and the core material from the bottom plate, sub floor, and core from the 2x4 wall stud about two feet from the subfloor. This test does not determine when the contamination happened however.

It is recommended to have the areas cleaned and treated with a spray like Microban QGC and re-tested.

2

SHRIVER 01635

Thank you for your business.

Sincerely,

Andy Dunnell, Certified Building Inspector

State of Colorado Building Inspector Accreditation No: 15895 exp. 10/14/2015
CMT- Certified Mold Technician IOT# 110864

### Disclaimer:

If the owner of the property elects to use certain abatement contractors, Banyan reserves the right to decline further involvement in the project. No evaluations beyond those described in the report have been made and Banyan is not responsible for any hazards or risks, apparent or otherwise, other than those included in this evaluation. As with any conclusions made based on visual observations and/or random and limited sampling, there is an inherent possibility that undetected conditions exist, and Banyan does not accept liability for any not reasonably ascertainable from the data or observations made. Sampling can be inherently obtrusive, and Banyan does not accept liability for any damage to the property reasonably occurring during the course of the work in connection with its duties. The only warrantee expressed or implied is that the work conforms to standard industry practice at the time it was performed. In the unlikely event a defect in the work is noted, the client has the option to request that the defect be remedied at no additional cost, or a pro rata deduction in the fee billed. Banyan's maximum liability to any party shall not exceed the fee for the defective portion of the work. Any reports issued are for the sole use of the client and reliance on it by others it at their sole risk.



3

SHRIVER 01636





**4**





Reservoirs Environmental, Inc.  
Reservoirs Environmental QA Manual

Effective January 1, 2014  
T:\QAQC\Lab\Reservoirs Environmental QA Manual.doc


## REI LAB  *Reservoirs Environmental, Inc.*

April 27, 2015

| | |
|---|---|
| Laboratory Code: | RES |
| Subcontract Number: | NA |
| Laboratory Report: | RES 318283-1 |
| Project # / P.O. # | B5160423-River |
| Project Description: | 2305 W. 92nd, Federal Heights |

Andy Dunnell  
Banyan Environmental  
630 Camberly Ct.  
Windsor CO 80550

Dear Customer,

Reservoirs Environmental, Inc. is an analytical laboratory accredited for the analysis of pathogenic, non-pathogenic and environmental microorganisms by the American Industrial Hygiene Association, Lab ID 101533 - Accreditation Certificate #480. The laboratory is currently proficient in both EMPAT and FOODLAP programs.

Reservoirs has analyzed the following sample(s) per your request. The analysis has been completed in general accordance with the appropriate methodology as stated in the analysis table. Reported sample results were not blank corrected. Results have been sent to your office.

**RES 318283-1** is the job number assigned to this study. This report is considered highly confidential and the sole property of the customer. Reservoirs Environmental, Inc. will not discuss any part of this study with personnel other than those of the client. The results described in this report only apply to the samples analyzed. This report shall not be reproduced except in full, without written approval from Reservoirs Environmental, Inc. Samples will be disposed of after sixty days unless longer storage is requested. If you have any questions about this report, please feel free to call 303-964-1986.

Sincerely,

Jeanne Spencer  
President

P: 303-964-1986  
F: 303-477-4275

5801 Logan Street, Suite 100 Denver, CO 80216

Page 1 of 2

1-866-RESI-ENV  
www.reilab.com

SHRIVER 01640

Reservoirs Environmental, Inc.
Reservoir ___mental QA Manual

Effective January 1, 2014
T:\QAQC\Lab\Reservoirs Environment___Manual.doc

# RESERVOIRS ENVIRONMENTAL, INC.
5801 Logan St. Suite 100, Denver CO, 80221
AIHA EMPAT #101533

TABLE I   ANALYSIS:          MICROBIAL ANALYSIS

RES Job Number:                RES 318283-1
Client:                        Banyan Environmental
Client Project Number / P.O.:  B5160423-River
Client Project Description:    2305 W. 92nd, Federal Heights
Date Samples Received:         April 23, 2015
Analysis Type:                 AOAC Method #s: E.coli/Coliforms: 991.15
Turnaround:                    48 Hour
Date Samples Analyzed:         April 27, 2015

| Client ID Number | Lab ID Number | Coliforms | E. coli |
|---|---|---|---|
| SMP-1 Control | EM 1391559 | ND | ND |
| SMP-2 Wipe Top & Side Bottom Plate | EM 1391560 | ND | ND |
| SMP-3 Core of Bottom Plate | EM 1391561 | Present | ND |
| SMP-4 Core of Subfloor | EM 1391562 | Present | ND |
| W-1-Wire | EM 1391563 | ND | ND |
| W-2-Subfloor Core w/ Vinyl | EM 1391564 | Present | Present |
| W-3-Bottom Plate Core | EM 1391565 | Present | Present |
| SMP-5 Stud Wipe from Core | EM 1391566 | ND | ND |
| W-4-Core from Wall Stud | EM 1391567 | Present | ND |

\* Sample analyses have not been blank corrected.
ND = Not Detected
NA = Not Analyzed
TNTC = Too Numerous To Count
Minimum Reporting Limit (MRL) = 1 Cell

Analyst / Data QA: _____
Angie Hardley

SHRIVER 01641

P: 303-964-1988
F: 303-477-4275

5801 Logan Street, Suite 100 Denver, CO 80216
Page 2 of 2

1-866-RESI-ENV
www.reilab.com

## Reservoirs Environmental, Inc.

5801 Logan St. Denver, CO 80216 · Ph: 303-964-1986 · Fax 303-477-4275 · Toll Free :866 RESI-ENV
After Hours Cell Phone: 720-339-9228

RES 31283

Due Date: 4-24 4-29th
Due Time: 10:50

**SUBMITTED BY:**
Company: Banyan Env
Address: 630 Chamberlin Ct
Windsor

**INVOICE TO: (IF DIFFERENT)**

**CONTACT INFORMATION:**

Project Number and/or P.O. #: BS160423-River
Project Description/Location: 2305 W. 92 Federal Heights

### REQUESTED ANALYSIS

**ASBESTOS LABORATORY HOURS: Weekdays: 7am-7pm & Sat 8am-5pm**
PLM / PCM / TEM ___ RUSH (Same Day) ___ PRIORITY (Next Day) ___ STANDARD (3-5 Day)
(Rush PCM = 2hr, TEM = 6hr.)

**CHEMISTRY LABORATORY HOURS: Weekdays: 9am-5pm**
Metal(s) / Dust** ___ RUSH ___ 24 hr. ___ 3-5 Day
RCRA 8 / Metals & Welding ___ RUSH (3 Day) ___ 5 Day ___ 10 Day
Fume Scan / TCLP***
Organics ___ 24 hr. ___ 3 day ___ 5 Day

**MICROBIOLOGY LABORATORY HOURS: Weekdays: 8am-5pm**
E.coli and/or Coliforms* X 24-48 Hour  Other: _____
Pathogens* ___ 24-48 Hour
Microbial Growth* ___ 5-10 Day    *TAT dependent on speed of microbial growth.*
Legionella ___ 10 Day
Mold ___ RUSH ___ 24 Hr ___ 48 Hr ___ 3 Day ___ 5 Day

### VALID MATRIX CODES
Air = A    Bulk = B
Dust = D   Paint = P
Soil = S   Wipe = W
Swab = SW  F = Food
Drinking Water = DW   Waste Water = WW
O = Other
**ASTM E1792 approved wipe media only**

| # | Client Sample ID number | Description | EM Number |
|---|---|---|---|
| 1 | SWP-1 | Control | 139159 |
| 2 | SWP-2 | Wipe from ring bottom plate | 60 |
| 3 | SWP-3 | Core of bottom plate | 1 |
| 4 | SWP-4 | core of ... | 2 |
| 5 | W-1 | wire | 3 |
| 6 | W-2 | sub floor core w/ ... | 4 |
| 7 | W-3 | bottom plate core | 5 |
| 8 | SWP-5 | sub wipe from core | 6 |
| 9 | W-4 | core from wall stud | 7 |
| 10 | | | |

Relinquished By: (signature)   Date/Time: 4/23/15
Received By: Elisa Mari   Date/Time: 4-23-15 10:50   Carrier: Hand

Sample Condition: On Ice Yes/No, Sealed Yes/No, Intact Yes/No