EXHIBIT

**H**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02325-CMA-NYW

**RIVERSIDE STORAGE AND RECYCLING CENTER**, a Colorado Limited Liability
Corporation; and
**CRAIG SHRIVER,** individually; and
**KEVIN COX**, individually; and
**JOHN HOOD**, individually; and
**KIMBERLY HILLS**, a Limited Liability Company,

Plaintiffs,

 v.

**CITY OF FEDERAL HEIGHTS**, a Colorado Municipal Corporation;
**KEN EKROSS**, in his individual capacity;
**JACQUELINE HALBURNT**, in her individual capacity;
**STEVEN DURIAN**, in his individual capacity;

Defendants.

---

### PLAINTIFFS' RULE 26(a)(2) EXPERT REBUTTAL DISCLOSURES

---

Plaintiffs, by and through their attorney, Aimee M. Bove, hereby provide their Rule 26(a)(2)
Disclosures, as follows:

**26(a)(2)(A) - Witnesses who may present evidence under Fed. R. Evid. 702, 703 or 705:**

1. Retained Witness Steve Thomas.  President, Colorado Code Consulting LLC,
   4610 S. Ulster Street Suite 150, Denver, CO 80237.

2. Retained Witness Roderick Knoll.  Manufactured Housing Resources Group,
   1031 Harper Street, Louisville, CO  80027.

3. Retained Rebuttal Witness Andy Dunnell, Banyan Environmental (P) 970-222-
   6849 (F) (866)539-5783

4. Non Retained Expert Witness Craig Shriver c/o Aimee M. Bove, BKN Murray

LLP, 6795 E. Tennessee Avenue, Suite 330, Denver, CO 80224. 303-758-5100.

5.      Non Retained Rebuttal Witness Ken Essex, Tip Top Homes 10201 Riverdale Rd. #200 Thornton, Colorado 80229 303-450-2255.

**26(a)(2)(C) - Subject matter of expected evidence under Fed. R. Evid. 702, 703 or 705:**

1.      Please see attached rebuttal report of retained expert witness Steve Thomas: Bates SHRIVER 03064-03072

2.      Please see attached supplemental and rebuttal report of retained expert witness Roderick Knoll: Bates SHRIVER 03075-3090

3.      Please see the attached rebuttal report of retained expert witness Andy Dunnell. Bates SHRIVER 03091-03096

1.      <u>Non Retained Rebuttal Expert Witness Ken Essex:</u> Mr. Essex is an expert in the setting up, remodeling and remediation of manufactured homes. Mr. Essex has 30 years' experience in set up, construction, refurbishing, remodeling, tear down, moving and transport of manufactured/mobile homes. Mr. Essex and his manufactured home business have moved over several thousand mobile homes. Mr. Essex started in the mobile home business with Aetna Mobile Homes in April of 1971 as a sales man/ By Spring 1972 he was promoted to manager. He was then promoted to district manager, which required management of twelve mobile home street dealership lots. Mr. Essex then started his own company called Giant Homes, a mobile home street dealership in January 1974. Giant Homes specialized in used mobile homes. Mr. Essex closed Giant Mobile homes in 1978 and started New World Housing. New World Housing produced new manufactured homes to the Uniform Building Code in Fort Lupton, Colorado. The oil crisis of 1986 hit the housing industry and Mr. Essex started Tip Top Homes a street dealership which specialized in used mobile homes. After closing the street dealership, from 1990 to present Tip Top continues to purchase used mobile homes, rent, lease, sale, remodel and remediate manufactured homes.

Mr. Essex throughout his extensive years of acquiring used manufactured homes has experience with refurbishing neglected, unsafe, and some condemned and red tagged homes. Mr. Essex will testify that a building official who hung the "Red Tag/Unsafe to Occupy and Enter" notice would be contacted to set up a meeting to meet for a walk through, and receive building officials' concerns and guidelines for repair. Repairs would be completed pursuant to

the Building Officials guidelines.  Mr. Essex will testify to the process of obtaining set and building permits.  Mr. Essex throughout his years of experience has had Contractors License with multiple municipalities, including a Class A license with the City and County of Denver. For example, in approximately 1984-1985 Mr. Essex and his Partners built a 26 unit townhouse project using manufactured structures in Denver.  He will testify to the inspections process from the applicable jurisdiction's building official throughout the repair process and final granting of the certificate of occupancy ("CO").  Mr. Essex will testify that once a building permit is signed off and a CO issued, the house is safe for occupancy.  Mr. Essex will testify as to the process repairing structures marked Red Tag/Unsafe to Occupy and Enter.

Mr. Essex's testimony will include that the "Standard Repair Costs" attached to Mr. Knoll's report is a proper reflection of costs for a person in the mobile home industry remediating flood affected homes. (See Exhibit A attached hereto, "Supplemental and Revised Standard Repair Costs"). Mr. Essex will testify that the standard in the industry is not the remediation protocol provided in Defendants' expert report.  Furthermore Mr. Essex will testify that the labor rates reflected in Defendants' expert report do not reflect the actual labor wages paid by himself or Mr. Shriver when remediating/remodeling used manufactured homes.  Instead labor is hired between 10-20 dollars per hour.  Also Mr. Essex will testify that Mr. Shriver and he, in his younger days, would personally perform a large amount work at no additional cost.

Mr. Essex has vast experience in refurbishing and remolding mobile homes.  In the last 42 years Mr. Essex has been involved in the remodel and refurbishment of hundreds of residences (stick built and manufactured homes).  Mr. Essex will testify that costs outlined in Exhibit A are a true reflection of remodeling and/or refurbishing manufactured homes, including tasks and costs associated with replacing subfloor, cabinets, windows, doors, siding, fixtures, flooring, insulation, dry wall, finishes, water heaters, duct work, plumbing and electrical.  Mr. Essex will testify to the specific areas of manufactured homes including kitchen, bathroom, laundry room, bedroom and living areas.  Mr. Essex will testify to the installation of safety apparatuses such as carbon monoxide and fire detectors and asbestos testing, air quality testing and structural engineering.  Mr. Essex will testify as to advertising, applications, rental documents, renter walk-throughs, collection of rent/lease payments, eviction, and termination of rental contracts and leases.  Mr. Essex will testify the reasonableness as to costs therein.  Mr. Essex will also testify that individuals in the used mobile home business follow the codes,

regulations and permitting requirements adopted by the county and/or municipality of the jurisdiction where the manufactured house is located.

2. <u>Non Retained Expert Witness Craig Shriver</u>: Mr. Shriver is an expert in the setting up and remodeling of manufactured homes. Mr. Shriver has 15 years' experience in set up, construction, refurbishing, remodeling, tear down, demolition, recycling, moving and transport of manufactured/mobile homes. Mr. Shriver has personally moved over 1000 mobile homes. Mr. Shriver also has 25 years' experience in renting, selling and leasing of properties and 18 years specifically with manufactured homes. Mr. Shriver will testify to rental rates for manufactured homes in 2014 – present, including applicable rent increases and operating costs.

Mr. Shriver has 25 years of experience refurbishing neglected, unsafe, condemned and red tagged homes. Mr. Shriver will testify that a building official who hung the "Red Tag/Unsafe to Occupy and Enter" notice would be contacted to set up a meeting to meet for a walk through, and receive building officials' concerns and guidelines for repair. Repairs would be completed pursuant to guidelines, i.e. engineering, air quality testing, asbestos testing and other applicable requirements. Mr. Shriver will testify to the process of obtaining set and building permits. He will testify to the inspections process from the applicable jurisdiction's building official throughout the repair process and final granting of the certificate of occupancy ("CO"). Mr. Shriver will testify that once a building permit is signed off and a CO issued, the house is safe for occupancy. Mr. Shriver will testify as to the process when repairing a structure marked Red Tag/Unsafe to Occupy and Enter. Mr. Shiver's testimony will include the costs associated therein: (Ex. A)

Mr. Shriver has 15 years of experience in setting up mobile homes. Mr. Shriver will testify to the policy and procedure to move a mobile home, including loading, pulling permits, paying fees and taxes and delivery of manufactured homes. Mr. Shriver will testify to the tasks involved in setting of up manufactured house in a Manufactured Home Park and private land. This includes working with state and local jurisdictions. He will explain procedures for set-up, electrical, plumbing, tie downs, COs and the costs involved therein. (Ex. A).

Mr. Shriver has vast experience in refurbishing and remolding mobile homes. In the last 25 years Mr. Shriver has been involved in the remodel and refurbishment of hundreds of residences (stick built and manufactured homes). Mr. Shriver will testify that he was involved in over 250 manufactured home remodels. Mr. Shriver will testify to the tasks involved in

remodeling and/or refurbishing manufactured homes, including the tasks and costs associated with replacing subfloor, cabinets, windows, doors, siding, fixtures, flooring, insulation, dry wall, finishes, water heaters, duct work, plumbing and electrical.  Mr. Shriver will testify to the specific areas of manufactured homes including kitchen, bathroom, laundry room, bedroom and living areas.  Mr. Shriver will testify to the installation of safety apparatuses such as carbon monoxide and fire detectors and asbestos testing, air quality testing and structural engineering. Mr. Shriver will also testify as to the varied policies, codes, regulation and permitting procedures involved in refurbishing manufactured housing. This will include set permits, building permits, final inspections from the State of Colorado, COs and associated fees and costs (See Exhibit A).

Mr. Shriver has 15 years' experience in setting up and tearing down mobile homes.  Mr. Shriver will testify to the procedure to place axles, tires and tongues/hitches under the manufactured home.  This includes the use of hydraulic jacks, impact wrenches, miscellaneous construction tools and hired labor.  Mr. Shriver will testify as to jacking up the manufactured home to put the axle, tires and tongue/hitch in place and pulling the moving permit with the required information.  Necessary information needed to move a mobile home, including verification that the address on the permit is the address of current location of home; address of moving location; name and contact information of entity/individual moving the home; moving date; VIN number, title number and size of home. Mr. Shriver will testify about transport of manufactured homes over public and private roads and the requirements when delivering the home, including obtaining set permits and associated fees and costs (See Exhibit A).

Mr. Shriver has 15 years' experience in demolition and recycling mobile homes.  Mr. Shriver will testify to the proper disposal, permitting and environmental testing (including asbestos) involved in the proper demolition of manufactured housing.  He will also testify to the preparation of manufactured homes before they can be disposed and transport of same.  Mr. Shriver will testify to the decision process when determining if a manufactured home is a prospect for rebuild and/or reuse, including the structural stability and cost benefit analysis. With regard to recycling, Mr. Shriver will testify to his determination if manufactured homes and/or parts of manufactured homes have value for recycling and associated fees and costs (Ex. A).

Mr. Shriver has 25 years' experience in renting, selling and leasing of properties and 18 years specifically with manufactured homes.  Mr. Shriver will testify as to advertising, applications, rental documents, renter walk-throughs, collection of rent/lease payments, eviction,

and termination of rental contracts and leases.  This includes rental leases and leases with option to purchase. Mr. Shriver will testify the reasonableness as to costs therein (See Ex. A).

Mr. Shriver will also testify to the reasonableness and basis of the following damages he and Riverside Storage incurred:

| | |
|---|---:|
| Contracted 7 Remodels, Amaker Homes, ($16,000 each) | $ 112,000.00 |
| Contracted 7 Setups on Amaker Homes, ($8,000 each) | $ 56,000.00 |
| 7 transport to Kimberly Hills, Amaker  ($600 each) | $ 4,200.00 |
| 7 transport from Kimberly Hills to Sterling, Amaker  ($600 each) | $ 4,200.00 |
| 40 homes moved by Elite Builders and Leonard Todd to storage | $ 24,000.00 |
| 40 homes labor teardown to Hielscher, 30 single ($900 each), 10 doubles ($2,000 each) | $ 47,000.00 |
| 30 homes cleaned and prepped for delivery to Federal Heights, including dumpsters, 29 singles ($1,500 each), 1 double ($2,000) | $ 45,500.00 |
| 2 homes/Zinc homes: | |
| Remodel  ($16,000 each) | $ 32,000.00 |
| Transport to Kimberly Hills ($600 each) | $ 1,200.00 |
| Transport to storage ($600 each) | $ 1,200.00 |
| Contract to sell 8 homes to Hielscher ($10,000 each) | $ 80,000.00 |

Mr. Shriver's testimony will include that the "Standard Repair Costs" attached to Mr. Knoll's report is a proper reflection of costs for a person in the mobile home industry remediating flood affected homes. (Ex. A) Mr. Shriver will testify that the standard in the industry is not the remediation protocol provided in Defendants' expert report.  Furthermore Mr. Shriver will testify that the labor rates reflected in Defendants' expert report do not reflect the actual labor wages paid by himself or Mr. Shriver when remediating/remodeling used manufactured homes. Instead labor is hired between 10-20 dollars per hour.  Also Mr. Shriver will testify that he personally performs a large amount work at no additional cost.  Mr. Shriver will testify that individuals in the business of remediating/remodeling mobile homes follow the local county, municipal and building official's requirements when making a mobile home safe for occupancy.  Mr. Shriver will testify to his own baseline standard protocol in remediating Category 3 water affected homes (Shriver Initial Protocol, attached hereto as Exhibit B).  Mr. Shriver will testify that he uses his protocol as an initial guideline but it is the local county, municipal and building official's requirements that must also be followed.  Using his own protocol and following the local jurisdictions requirements result in clear air quality tests and certificates of occupancy.

Respectfully submitted this 25th day of October, 2016.

By: */s/ Aimee M. Bove*
Aimee M. Bove, #36915
BKN Murray LLP
6795 E. Tennessee Ave, Ste. 330
Denver, Colorado 80224
Phone: (303) 758-5100
Fax: (303) 758-5055
Email: above@bknmurray.com
*ATTORNEY FOR PLAINTIFFS RIVERSIDE*
*STORAGE AND RECYCLING CENTER,*
*CRAIG SHRIVER,KEVIN COX, JOHN*
*HOOD, AND KIMBERLY HILLS*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 24th day of October, 2016, a true and correct copy of the foregoing **PLAINTIFFS' REBUTTAL RULE 26(a)(2) DISCLOSURES** was served via email on all parties of record, as follows:

Patrick A. Singer, Esq.
Nixon Shifrin Hensen Ogburn, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111
Email: psinger@nixonshefrin.com

J. Andrew Nathan
Brenden Desmond
Nathan Dumm & Mayer P.C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
rdrieth@nbdmlaw.com

/s/*Aimee M. Bove*
BKN Murray LLP

Scope of work to be done on Flood Homes

The Home was Exposed to Flood waters Above the floorline, Also up the walls App. 2 ft the Electrical Devices Affected shall be Replaced, all water Damaged materials to be cleaned And or Replaced, including but Not limited to Subfloor, wall studs, insulation, siding, water Heater, Drywall, Furnace, Ductwork, Cleaning of underside of Home includes but Not limited to Belly pan insulation, Belly pan paper, plumbing, Heat ducting. floor Joists, All surfaces will be Cleaned, and HepA vac used in Areas of concern, after cleaning, Air quality testing #1 to be taken, (After clearance) All Areas to be sprayed will oil Base sealer, and all Components Above to be installed in accordance with building officials final Report, At the time of work completed A final Air quality test to be done, if A clear test in not aquired, Recleaning and Recomendations will be followed to Acheive A Clear Air test to insure safe Occupancy, C/O to be issued upon All above being met And fullfilled By CRAig Shriver. Building offical HAS final Approval.

Any Concerns or Questions.

970-466-1681

CRAig Shriver

ex. B