**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 15-cv-02325-CMA-NYW

RIVERSIDE STORAGE AND RECYCLING CENTER, a Colorado Limited Liability Corporation,
CRAIG SHRIVER,
KEVIN COX, and
JOHN HOOD,

    Plaintiffs,

v.

THE CITY OF FEDERAL HEIGHTS, a Colorado Municipal Corporation,
KEN EKROSS,
JACQUELINE HALBURNT, and
STEVEN DURIAN,

    Defendants.

## ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

This matter is before the Court on Defendants' Motion for Summary Judgment (Doc. # 87). On November 22, 2016, Plaintiffs filed a Response (Doc. # 96), to which Defendants replied on December 16, 2016 (Doc. # 106).

Upon review of the parties' briefing and the evidence referenced therein, the Court determines that Defendants failed to prove as a matter of law that Plaintiffs lacked a protectable property interest in the permits at issue and further concludes that there are remaining disputed issues of material fact which preclude a grant of summary judgment.

Accordingly, the Court ORDERS that Defendants' Motion for Summary Judgment (Doc. # 87) is DENIED.

DATED:  March 13, 2017

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge