# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO



Civil Action No. 1:15-cv-02325-CMA-NYW

**RIVERSIDE STORAGE AND RECYCLING CENTER**, a Colorado Limited Liability Corporation; and
**CRAIG SHRIVER,** individually; and
**KEVIN COX**, individually; and
**JOHN HOOD**, individually; and
**KIMBERLY HILLS MOBILE HOME PARK**, a Foreign Limited Liability Company,

Plaintiffs,

v.

**CITY OF FEDERAL HEIGHTS**, a Colorado Municipal Corporation;
**KEN EKROSS**, in his individual capacity;
**JACQUELINE HALBURNT**, in her individual capacity;
**KRISTEN TEAGUE**, in her individual capacity;
**KAREN JACKSON**, in her individual capacity;
**TERESA GARRAMONE**, in her individual capacity;
**TIMOTHY WILLIAMS**, in his individual capacity;
**STEVEN DURIAN**, in his individual capacity;
**JOHN DOE**, whose true name is currently unknown in his individual capacity,

Defendants.

## PLAINTIFFS' RULE 26(a)(2) EXPERT DISCLOSURES

Plaintiffs, by and through their attorney, Aimee M. Bove, hereby provide their Rule 26(a)(2) Disclosures, as follows:

**26(a)(2)(A) - Witnesses who may present evidence under Fed. R. Evid. 702, 703 or 705:**

1. Retained Witness Steve Thomas. President, Colorado Code Consulting LLC, 4610 S. Ulster Street Suite 150, Denver, CO 80237.

2. Retained Witness Roderick Knoll. Manufactured Housing Resources Group, 1031 Harper Street, Louisville, CO 80027.

      3.     Non Retained Witness Craig Shriver c/o Aimee M. Bove, BKN Murray LLP, 6795 E. Tennessee Avenue, Suite 330, Denver, CO  80224.  303-758-5100.

**26(a)(2)(C) - Subject matter of expected evidence under Fed. R. Evid. 702, 703 or 705:**

1. Please see attached report of retained expert witness Steve Thomas:

2. Please see attached report of retained expert witness Roderick Knoll:

3. <u>Non Retained Witness Craig Shriver</u>:  Mr. Shriver is an expert in the setting up and remodeling of manufactured homes.  Mr. Shriver has 15 years' experience in set up, construction, refurbishing, remodeling, tear down, demolition, recycling, moving and transport of manufactured/mobile homes. Mr. Shriver has personally moved over 1000 mobile homes.  Mr. Shriver also has 25 years' experience in renting, selling and leasing of properties and 18 years specifically with manufactured homes.  Mr. Shriver will testify to rental rates for manufactured homes in 2014 – present, including applicable rent increases and operating costs.

Mr. Shriver has 25 years of experience refurbishing neglected, unsafe, condemned and red tagged homes.  Mr. Shriver will testify that a building official who hung the "Red Tag/Unsafe to Occupy and Enter" notice would be contacted to set up a meeting to meet for a walk through, and receive building officials' concerns and guidelines for repair.  Repairs would be completed pursuant to guidelines, i.e. engineering, air quality testing, asbestos testing and other applicable requirements.  Mr. Shriver will testify to the process of obtaining set and building permits.  He will testify to the inspections process from the applicable jurisdiction's building official throughout the repair process and final granting of the certificate of occupancy ("CO").  Mr. Shriver will testify that once a building permit is signed off and a CO issued, the house is safe for occupancy.  Mr. Shriver will testify as to the process when repairing a structure marked Red Tag/Unsafe to Occupy and Enter.  Mr. Shiver's testimony will include the costs associated therein:  (<u>See Exhibit A attached hereto, "Breakdown of Repair and Set-Up Costs"</u>)

Mr. Shriver has 15 years of experience in setting up mobile homes. Mr. Shriver will testify to the policy and procedure to move a mobile home, including loading, pulling permits, paying fees and taxes and delivery of manufactured homes. Mr. Shriver will testify to the tasks involved in setting of up manufactured house in a Manufactured Home Park and private land. This includes working with state and local jurisdictions. He will explain procedures for set-up, electrical, plumbing, tie downs, COs and the costs involved therein. (See Exhibit A).

Mr. Shriver has vast experience in refurbishing and remolding mobile homes. In the last 25 years Mr. Shriver has been involved in the remodel and refurbishment of hundreds of residences (stick built and manufactured homes). Mr. Shriver will testify that he was involved in over 250 manufactured home remodels. Mr. Shriver will testify to the tasks involved in remodeling and/or refurbishing manufactured homes, including the tasks and costs associated with replacing subfloor, cabinets, windows, doors, siding, fixtures, flooring, insulation, dry wall, finishes, water heaters, duct work, plumbing and electrical. Mr. Shriver will testify to the specific areas of manufactured homes including kitchen, bathroom, laundry room, bedroom and living areas. Mr. Shriver will testify to the installation of safety apparatuses such as carbon monoxide and fire detectors and asbestos testing, air quality testing and structural engineering. Mr. Shriver will also testify as to the varied policies, codes, regulation and permitting procedures involved in refurbishing manufactured housing. This will include set permits, building permits, final inspections from the State of Colorado, COs and associated fees and costs (See Exhibit A).

Mr. Shriver has 15 years' experience in setting up and tearing down mobile homes. Mr. Shriver will testify to the procedure to place axles, tires and tongues/hitches under the manufactured home. This includes the use of hydraulic jacks, impact wrenches, miscellaneous construction tools and hired labor. Mr. Shriver will testify as to jacking up the manufactured home to put the axle, tires and tongue/hitch in place and pulling the moving permit with the required information. Necessary information needed to move a mobile home, including verification that the address on the permit is the address of current location of home; address of moving location; name and contact information of entity/individual moving the home; moving date; VIN number, title number and size of home. Mr. Shriver will testify about transport of manufactured homes over

public and private roads and the requirements when delivering the home, including obtaining set permits and associated fees and costs (See Exhibit A).

Mr. Shriver has 15 years' experience in demolition and recycling mobile homes. Mr. Shriver will testify to the proper disposal, permitting and environmental testing (including asbestos) involved in the proper demolition of manufactured housing. He will also testify to the preparation of manufactured homes before they can be disposed and transport of same. Mr. Shriver will testify to the decision process when determining if a manufactured home is a prospect for rebuild and/or reuse, including the structural stability and cost benefit analysis. With regard to recycling, Mr. Shriver will testify to his determination if manufactured homes and/or parts of manufactured homes have value for recycling and associated fees and costs (See Exhibit A).

Mr. Shriver has 25 years' experience in renting, selling and leasing of properties and 18 years specifically with manufactured homes. Mr. Shriver will testify as to advertising, applications, rental documents, renter walk-throughs, collection of rent/lease payments, eviction, and termination of rental contracts and leases. This includes rental leases and leases with option to purchase. Mr. Shriver will testify the reasonableness as to costs therein (See Exhibit A).

Mr. Shriver will also testify to the reasonableness and basis of the following damages he and Riverside Storage incurred:

| Item | Amount |
|---|---|
| Contracted 7 Remodels, Amaker Homes, ($16,000 each) | $ 112,000.00 |
| Contracted 7 Setups on Amaker Homes, ($8,000 each) | $ 56,000.00 |
| 7 transport to Kimberly Hills, Amaker ($600 each) | $ 4,200.00 |
| 7 transport from Kimberly Hills to Sterling, Amaker ($600 each) | $ 4,200.00 |
| 40 homes moved by Elite Builders and Leonard Todd to storage | $ 24,000.00 |
| 40 homes labor teardown to Hielscher, 30 single ($900 each), 10 doubles ($2,000 each) | $ 47,000.00 |
| 30 homes cleaned and prepped for delivery to Federal Heights, including dumpsters, 29 singles ($1,500 each), 1 double ($2,000) | $ 45,500.00 |
| 2 homes/Zinc homes: | |
|    Remodel ($16,000 each) | $ 32,000.00 |
|    Setup ($8,000 each) | $ 16,000.00 |
|    Transport to Kimberly Hills ($600 each) | $ 1,200.00 |

| | |
|---|---|
| Transport to storage ($600 each) | $ 1,200.00 |
| Contract to sell 8 homes to Hielscher ($10,000 each) | $ 80,000.00 |

Respectfully submitted this 16th day of September, 2016.

By: */s/ Aimee M. Bove*
Aimee M. Bove, #36915
BKN Murray LLP
6795 E. Tennessee Ave, Ste. 330
Denver, Colorado 80224
Phone: (303) 758-5100
Fax: (303) 758-5055
Email: above@bknmurray.com
*ATTORNEY FOR PLAINTIFFS RIVERSIDE STORAGE AND RECYCLING CENTER, CRAIG SHRIVER, KEVIN COX, JOHN HOOD, AND KIMBERLY HILLS MOBILE HOME PARK*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 16th day of September, 2016, a true and correct copy of the foregoing **PLAINTIFFS' RULE 26(a)(2) DISCLOSURES** was served via email on all parties of record, as follows:

Patrick A. Singer, Esq.
Nixon Shifrin Hensen Ogburn, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111
Email: psinger@nixonshefrin.com

J. Andrew Nathan
Brenden Desmond
Nathan Dumm & Mayer P.C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
rdrieth@nbdmlaw.com

/s/*Ilene Dell'Acqua*
BKN Murray LLP