

EXHIBIT
C

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02325-CMA-NYW

**RIVERSIDE STORAGE AND RECYCLING CENTER**, a Colorado Limited Liability Corporation;
**CRAIG SHRIVER**, individually;
**KEVIN COX**, individually;
**JOHN HOOD**, individually; and
**KIMBERLY HILLS MOBILE HOME PARK**, a Foreign Limited Liability Company
Plaintiffs,

v.

**CITY OF FEDERAL HEIGHTS**, a Colorado Municipal Corporation;
**KEN EKROSS**, in his individual capacity;
**JACQUELINE HALBURNT**, in her individual capacity;
**KRISTEN TEAGUE**, in her individual capacity;
**KAREN JACKSON**, in her individual capacity;
**TERESA GARRAMONE**, in her individual capacity;
**TIMOTHY WILLIAMS**, in his individual capacity;
**STEVEN DURIAN**, in his individual capacity; and
**JOHN DOE**, whose true name is currently unknown in his individual capacity,
Defendants.

---

## DEFENDANTS' JOINT RULE 26(A)(2) DISCLOSURES

---

Defendants City of Federal Heights, Ken Ekross, Jacqueline Halburnt, Kristen Teague, Karen Jackson, Teresa Garramone, Timothy Williams, and Steven Durian, by their respective counsel of record, hereby submit their joint Fed. R. Civ. P. Rule 26(a)(2) Expert Disclosures:

### A. RETAINED EXPERTS

1.      Gil Rossmiller, Chief Building Official, Town of Parker, Colorado, 20120 E. Mainstreet, Parker, Colorado, 80138.  Mr. Rossmiller may be called to testify in the field of building codes and enforcement:

  a. Opinions and basis therefore:  Please see attached report contained in Exhibit A.

  b. Data and information considered:  Please see attached listing contained in Exhibit A.

  c. Exhibits to be used:  Exhibits which may be used at trial have not yet been determined.  However, all records which Mr. Rossmiller relied upon and may use at trial are referenced in Exhibit A.

  d. Qualification of Witness:  Mr. Rossmiller's CV and publication list are attached to Exhibit B.

  e. Testimony:  Mr. Rossmiller has not testified in the previous 4 years.

  f. Fees:  Mr. Rossmiller is compensated at a rate of $100 per hour.

  g. Mr. Rossmiller is expected to testify in accordance with his deposition testimony, if any, and to rebut the testimony of Plaintiff's retained and non-retained experts.  We reserve the right to supplement these disclosures as new information becomes available.

2. Chris Tremaine, President, and Kelly Spence, Public Adjuster, Tremaine Enterprises, Inc., 31098 Big Bear Drive, Evergreen, Colorado 80439.  Mr. Tremaine and Mr. Spence may be called to testify in the field of manufactured homes costs and damages:

  a. Opinions and basis therefore:  Please see attached report contained in Exhibit C.

  b. Data and information considered:  Please see attached listing contained in Exhibits C and D.  Please also see photographs considered which have been

disclosed at FHD 003217 – 003284.

   c.  Exhibits to be used:  Exhibits which may be used at trial have not yet been determined.  However, all records which Mr. Tremaine and Mr. Spence relied upon and may use at trial are referenced in Exhibits C and D.

   d.  Qualification of Witness:  Mr. Tremaine's and Mr. Spence's CV and publication lists are included Exhibit E.

   e.  Testimony:  Mr. Tremaine's and Mr. Spence's testimony lists are included in Exhibit C.

   f.  Fees:  Mr. Tremaine's and Mr. Spence's rate sheet is contained in Exhibit F.  Mr. Tremaine is compensated at a rate of $250 per hour for consulting and $275 per hour for deposition and trial, while Mr. Spence is compensated at a rate of $220 per hour and $240 per hour respectively.

   g.  Mr. Tremaine and Mr. Spence are expected to testify in accordance with their deposition testimony, if any, and to rebut the testimony of Plaintiff's retained and non-retained experts.  We reserve the right to supplement these disclosures as new information becomes available.

## B. NON-RETAINED EXPERTS

1.   Stephen Podrasky, Professional Restoration, 2494 West 2nd Ave. Denver CO 80223, 303-922-4001.  Mr. Podrasky is expected to testify about the following subjects:

   a.  His background, education, and experience working in the restoration and construction fields.

   b.  His personal observations and the results of his investigations at Eastwood

Village Mobile Home Park and Bella Vista Mobile Home Park during the Fall of 2013.

c.   The estimates he created for proper restoration services at Eastwood Village Mobile Home Park and Bella Vista Mobile Home Park.

d.   His communications with Mr. Feehan, the owner of Bella Vista Mobile Home Park, Mr. Cowan, the owner of Eastwood Village Mobile Home Park, Mr. Ratkai, listed below, and others related to the proposed restoration projects.

e.   His opinions about the requirements for demolition and removal of the debris at Eastwood Village Mobile Home Park and Bella Vista Mobile Home Park, including the mobile homes themselves.  He will testify about industry standards and the State of Colorado's guidance and requirements for handling flood-damaged debris, including debris affected by the Category 3 conditions, and related guidelines and regulations related to his field.

f.   His opinions about the conduct of Mr. Shriver and those who assisted him as it relates to the proper handling of a Category 3 site, including opinions about transporting mobile homes off the site and attempting to set them for occupancy elsewhere.

g.   Mr. Podrasky is in possession of certain documents, including work estimates and pictures, and these documents are being gathered and will be produced as soon as possible.

4

      h. Mr. Podrasky is expected to testify in accordance with his deposition testimony, if any, and to rebut the testimony of Plaintiff's retained and non-retained experts. We reserve the right to supplement these disclosures as new information becomes available.

2.      Tim Williams, Community Development Director, 2380 W. 90th Ave., Federal Heights, Colorado 80260. Mr. Williams may testify on the following:

      a. His background, education, and experience working in building and planning departments, as detailed in Federal Heights' Fed. R. Civ. P. 30(b)(6) deposition.

      b. Mr. Williams, based on his training and experience, may opine as per his deposition testimony as a Fed. R. Civ. P. 30(b)(6) witness.

      c. Mr. Williams may be asked to rebut the testimony of other witnesses, including those disclosed by Plaintiffs.

      d. Mr. Williams may be asked to testify regarding the responses to written discovery served by any party to this civil action.

      e. Mr. Williams is expected to affirm the opinions of Defendants' retained experts and Mr. Podrasky and to rebut Plaintiffs' retained and non-retained experts and to provide supporting factual and technical information based on his education, training, and experience.

      f. We reserve the right to supplement these disclosures as new information becomes available.

3.      Ken Ekross, c/o Nathan Dumm & Mayer P.C., 7900 E. Union Ave, Suite 600,

Denver, CO 80237.  Mr. Ekross may testify on the following:

    a.  His background, education, and experience working in building and planning departments, as detailed in his deposition.

    b.  Mr. Ekross, based on his training and experience, may opine as per his deposition testimony.

    c.  Mr. Ekross may be asked to rebut the testimony of other witnesses, including those disclosed by Plaintiffs.

    d.  Mr. Ekross may be asked to testify regarding the responses to written discovery served by any party to this civil action.

    e.  Mr. Ekross is expected to affirm the opinions of Defendants' retained experts and Mr. Podrasky and to rebut Plaintiffs' retained and non-retained experts and to provide supporting factual and technical information based on his education, training, and experience.

    f.  We reserve the right to supplement these disclosures as new information becomes available.

4.    Zack Ratkai, Economic Development Manager, City of Richland, Washington, 505 Swift Boulevard, Richland, Washington, 99352; (509) 942-7390.  Mr. Ratkai may testify on the following:

    a.  His background, education, and experience working in building and planning departments, as detailed in his deposition.

    b.  Mr. Ratkai, based on his training and experience, may opine as per his deposition testimony.

    c.  Mr. Ratkai is expected to testify as to his opinions and expectations related to the flood-damaged mobile homes in Eastwood Village and Bella Vista Mobile Home Parks, including their designation as Tier 1 Debris and otherwise and the proper handling of the mobile homes and related materials.

    d.  We reserve the right to supplement these disclosures as new information becomes available.

5.    Steven Durian, former Community Services Director for City of Federal Heights, c/o Patrick A. Singer, 5619 DTC Parkway Suite 1200, Greenwood Village, CO 80111, (303) 773-3500.  Mr. Durian is expected to testify regarding the following facts and opinions:

    a.  His background, education, and experience working in building and planning departments, as described in his deposition.

    b.  Mr. Durian, based on his training and experience, may opine as to any topic discussed or referred to in his deposition testimony or the deposition testimony of Mr. Williams or Ms. Halburnt, as they pertain to his opinons and observations of fact.

    c.  Mr. Durian may be asked to rebut the testimony of other witnesses, including those disclosed by Plaintiffs.

    d.  Mr. Durian may be asked to testify regarding the responses to written discovery served by any party to this civil action.

    e.  Mr. Durian may be asked to testify regarding any matter regarding which he

has personal knowledge, including his observations of the mobile homes at issue in this case, his interactions with related individuals and entities, and the related circumstances as they may be developed at trial.

f.  Mr. Durian is expected to affirm the opinions of Defendants' retained experts and Mr. Podrasky and to rebut Plaintiffs' retained and non-retained experts and to provide supporting factual and technical information based on his education, training, and experience.

g.  We reserve the right to supplement these disclosures as new information becomes available.

Respectfully submitted this October 14th 2016.


*s/  Patrick A. Singer*
Patrick A. Singer
Nixon Shefrin Hensen Ogburn, P.C.
*5619 DTC Parkway Ste. 1200*
Greenwood Village, CO 80111
Phone: (303) 773-3500
Email: psinger@nixonshefrin.com
*Counsel for Defendant, Steven Durian*

*s/ Brenden Desmond*
J. Andrew Nathan
Brenden Desmond
*Nathan Dumm & Mayer P.C.*
7900 E. Union Avenue, Suite 600
Denver, CO 80237
Phone: (303) 691-3737
Email: bdesmond@nbdmlaw.com,
anathan@nbdmlaw.com
*Counsel for City of Federal Heights, Ken Ekross, Jacqueline Halburnt, Kristen Teague, Karen Jackson, Teresa Garramone, Timothy Williams*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of October 2016, I served the foregoing **FEDERAL HEIGHTS DEFENDANTS' RULE 26(A)(2) DISCLOSURES** to the following at their e-mail addresses:

Stuart B. Borne, Atty. Reg. No. 23622
Aimee M. Bove, Atty. Reg. No. 36915
BKN Murray, LLP
6795 E. Tennessee Ave., Ste. 330
Denver, Colorado 80224
Phone number: 303-758-5100
above@bknmurray.com


*s/ Brenden Desmond*
Brenden Desmond

NATHAN DUMM & MAYER P.C.

9