**EXHIBIT E**

ex. B

Scope of work to be done on Flood Homes

The Home was Exposed to Flood waters Above the Floor line, Also up the walls App. 2 ft. the Electrical devices Affected Shall be Replaced, all water Damaged materials to be Cleaned And or Replaced, including but not Limited to subfloor, wall studs, insulation, siding, water Heater, Drywall, Furnace, Ductwork, Cleaning of underside of Home includes but not Limited to Belly pan insulation, Belly pan paper, plumbing, Heat ducting, floor joists. All surfaces will be Cleaned, and kept dry used in Areas of concern, after Cleaning, Air quality testing #1 to be taken (After Clearance) All Areas to be sprayed will oil Base sealer, and all Components About to be installed in Accordance with Building officials final Report. At the time of work Completed A Final Air quality test to be done, if A clear test in not aquired, Recleaning and Recomendations will be followed to Achieve A Clear AQ test to insure Safe Occupancy, CO to be issued upon All above Being met And fulfilled by Craig Shriver... Building official HAS Final Approval.

Any concerns or Questions.

970-466-1681

Craig Shriver