**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-02325-CMA-NYW

**RIVERSIDE STORAGE AND RECYCLING CENTER**, a Colorado Limited Liability Corporation; and
**CRAIG SHRIVER,** individually; and
**KEVIN COX**, individually; and
**JOHN HOOD**, individually; and
**KIMBERLY HILLS**, a Foreign Limited Liability Company,

Plaintiffs,

 v.

**CITY OF FEDERAL HEIGHTS**, a Colorado Municipal Corporation;

Defendant.

---

**ORDER RE: PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY AND OPINIONS OF CHRIS TREMAINE AND KELLY SPENCE, PURSUANT TO FED. R. EVID. 702**

---

**THIS MATTER** having come before the Court on Plaintiffs' Motion to Exclude Testimony and Opinions of Chris Tremaine and Kelly Spence, pursuant to Fed. R. Evid. 702, and any responses or arguments made thereto, and being duly advised, the Court does hereby

**FIND** that there is cause to grant Plaintiffs' Motion and hereby

**ORDERS** that the Motion is **GRANTED**.  The Court will exclude all testimony and opinions of Chris Tremaine and Kelly Spence for failure to meet the requirements of Fed. R. Evid. 702.  A Memorandum Order may attach hereto.

UNITED STATES DISTRICT COURT

_____
District Court Judge